Kathryn Huddleston***
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
915 15th Street NW, 7th Floor
Washington, D.C. 20005
T: (212) 549-2500
khuddleston@aclu.org

Grace Choi*
Omar Jadwat*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
gchoi@aclu.org
ojadwat@aclu.org

John M. Mitchell**
Tara DeGeorge
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF ARIZONA
2712 North 7th Street
Phoenix, Arizona 85006
T: (602) 773-6007
jmitchell@acluaz.org
tdegeorge@acluaz.org

Cody Wofsy*
Hannah Steinberg*
Oscar Sarabia Roman*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
hsteinberg@aclu.org
osarabia@aclu.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Florence Immigrant & Refugee Rights Project, | No. |
| Plaintiff, | |
| v. | |
| Mayes, *et al.*, | |
| Defendants. | |

**DECLARATION OF GRACE CHOI**

1

I, Grace Choi, pursuant to 28 U.S.C. § 1746, declare as follows:

I submit this declaration in support of Plaintiff's motion for a temporary restraining order and preliminary injunction. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently as follows:

1.  I am over eighteen years of age and am competent to make this Declaration.

2.  I am a Skadden Fellow with the American Civil Liberties Union Foundation Immigrants' Rights Project. I am one of the attorneys representing Plaintiff in the instant case.

3.  Attached hereto as exhibits are true and correct copies of the following.

**Exhibit Document**

1.  Am. Immigr. Council, *Immigrants in Arizona (Data Year 2023)*, https://perma.cc/78NT-SW7X (last visited July 8, 2026).

2.  Nat'l Cancer Inst. & Ctrs. for Disease Control & Prevention, *State Cancer Profiles: Demographic Data Report for Arizona by County—Population: Foreign Born*, https://perma.cc/GXR3-5DQB (last visited July 8, 2026).

3.  Exec. Off. for Immigr. Rev., U.S. Dep't of Just., *List of Pro Bono Legal Service Providers*, https://perma.cc/87X9-SHBM (last updated July 2026).

4.  Stephanie Brewer, Lesley Tejada & Maureen Meyer, WOLA, *Struggling to Survive: the Situation of Asylum Seekers in Tapachula, Mexico* (June 2022), https://perma.cc/4KX7-NAYR.

5.  Hum. Rights First, Mexico: Still Not Safe for Refugees and Migrants (Mar. 23, 2018), https://perma.cc/AW52-LCHQ.

6.  WOLA, *Situation of Impunity and Violence in Mexico's Northern Border Region*, (Mar. 2017), https://perma.cc/8ZT9-FXY5.

2

7.  Ximena Suárez, Andrés Díaz, José Knippen, & Maureen Meyer, WOLA, *Access to Justice for Migrants in Mexico: A Right That Exists Only on the Books* (July 2017), https://perma.cc/LJZ6-9W6Y.

8.  Gretchen Kuhner, Women's Refugee Comm'n, *Stuck in Uncertainty and Exposed to Violence: The Impact of US and Mexican Migration Policies on Women Seeking Protection in 2021*(Feb. 2, 2022), https://perma.cc/R986-CSKS.

9.  José Knippen, Clay Boggs & Maureen Meyer, WOLA, *An Uncertain Path: Justice for Crimes and Human Rights Violations against Migrants and Refugees in Mexico* (Nov. 2015), https://perma.cc/HDA6-P7L5.

10. Tatiana Brofft, Women's Refugee Comm'n, *Migrant and Refugee Caravans: Failed Responses to Women and Children in Need of International Protection and Humanitarian Aid* (May 2019), https://perma.cc/JN5Y-FC62.

11. Hum. Rights Watch, *US: LGBT Asylum Seekers in Danger at the Border* (May 31, 2022), https://perma.cc/5DPK-7TKT.

12. Julia Neusner, Kennji Kizuka, & Eleanor Acer, Hum. Rights First, *Human Rights Stain, Public Health Farce: Evasion of Asylum Law and Title 42 Abuse Must End – and Never Be Revived* (Dec. 15, 2022), https://perma.cc/3X8X-BTF9.

13. Arturo Castellanos-Canales, Nat'l Immigr. Forum, *Mexico's Asylum System: Good in Theory, Insufficient in Practice* (Mar. 15, 2023), https://perma.cc/J6L2-NAUV.

14. Martina Rapido Ragozzino & Juan Pappier, Hum. Rights Watch, *"This Hell Was My Only Option": Abuses Against Migrants and Asylum Seekers Pushed to Cross the Darién Gap* (Nov. 9, 2023), https://perma.cc/X89X-D8ST.

3

15. U.S. Dep't of State, *Travel Advisories: Mexico Travel Advisory* (May 2026), https://perma.cc/W9W3-9HLE (last visited July 8, 2026).

16. Hum. Rights First, *Trapped, Preyed Upon, and Punished: One Year of the Biden Administration Asylum Ban* (May 7, 2024), https://perma.cc/JJ3Y-L46Q.

17. Amnesty Int'l, *Lives in Limbo: Devastating Impacts of Trump's Migration and Asylum Policies* (Feb. 20, 2025), https://perma.cc/RH27-Y3MP.

18. Rafael Carranza, *Maricopa County sheriff says his department eliminated racial bias. Data shows otherwise.* (Mar. 26, 2026), https://perma.cc/DT3X-AHRJ.

19. ACLU of Arizona, *Complaint and request for investigation of abuses at U.S. Border Patrol interior checkpoints in southern Arizona, including unlawful search and seizure, excessive force, and racial profiling* (Jan. 15, 2014), https://perma.cc/8X7Q-2J9Z.

20. ACLU of Arizona, *Record of Abuse: Lawlessness and Impunity in Border Patrol's Interior Enforcement Operations* (Oct. 2015), https://perma.cc/8UDY-7988.

I hereby declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on the 9th of July, 2026 in San Francisco, California.

*/s/ Grace Choi*
Grace Choi
Skadden Fellow
ACLU Foundation Immigrants' Rights Project

4

# EXHIBIT 1

New Americans in

# Arizona




Arizona has a large population of immigrants, over 40% of whom are naturalized citizens. About 13.2 percent of the state's residents are foreign-born, and 8.7 percent of its U.S.-born residents live with at least one immigrant parent. Immigrants make up 16.1 percent of Arizona's labor force, immigrants support the state's economy in many ways. They account for 22.6 percent of entrepreneurs, 19.6 percent of STEM workers, and 29.3 percent of the agriculture workers in the state. As neighbors, business owners, taxpayers, and workers, immigrants are an integral part of Arizona's diverse and thriving communities and make extensive contributions that benefit all.

## OVERVIEW[1]

| | |
|---|---|
| Immigrant residents[2] | 984,200 |
| Immigrant share of population | 13.2% |
| Immigrant taxes paid | $11.1B |
| Immigrant spending power | $33.1B |

## DEMOGRAPHICS

In the United States, immigrants are more likely to be working-age than their U.S.-born counterparts. This means they are more likely to be active in the labor force, allowing them to contribute to the economy not only as consumers but also as taxpayers, helping fund social services and programs like Medicare and Social Security.

| | |
|---|---|
| Share of immigrant women | 52.3% |
| Share of immigrant men | 47.7% |
| Number of immigrant children | 48,900 |
| Share of U.S.-born residents living with at least one immigrant parent | 8.7% |
| Number of U.S.-born residents living with at least one immigrant parent | 558,500 |
| Share of foreign-born that are proficient in English | 75.0% |

| Age Group | Foreign-Born Population | U.S.-Born Population |
|---|---|---|
| 0-15 | 4.0% | 20.8% |
| 16-64 | 77.3% | 59.7% |
| 65+ | 18.7% | 19.4% |

New Americans in **Arizona**

## Top Countries of Origin for Immigrants

| | |
|---|---|
| Mexico | 51.3% |
| India | 5.4% |
| Canada | 4.0% |
| Philippines | 3.4% |
| China | 2.2% |

## ENTREPRENEURSHIP

It is hard to overstate the importance of entrepreneurship since new businesses are the main driver of job growth in the United States. Immigrants play a particularly important role in this—founding businesses at far higher rates than the U.S. population overall. Today, millions of American workers are employed at immigrant-founded and immigrant-owned companies.

| | |
|---|---|
| Immigrant entrepreneurs | 79,300 |
| Share of entrepreneurs who are immigrants | 22.6% |
| Total business income of immigrant entrepreneurs | $2.5B |
| Number of Fortune 500 companies founded by immigrants or children of immigrants [3] | 3 |

## TAXES & SPENDING POWER

Immigrant households contribute hundreds of billions of dollars in federal, state, and local taxes and hold a tremendous amount of spending power. This gives them significant economic clout, helping support local communities as consumers and taxpayers. Like all residents of the United States, regardless of where they were born, immigrants make use of public services like education, healthcare, and public safety. Even with these costs, however, immigrants' economic contributions far outweigh the cost of additional public services they incur.

| | |
|---|---|
| Immigrant household income | $44.1B |
| Total taxes paid | $11.1B |
| Federal taxes paid [4] | $7.4B |
| State & local taxes paid [5] | $3.7B |
| Total spending power | $33.1B |
| Foreign-born, contributions to Social Security | $3.9B |
| Foreign-born, contributions to Medicare | $1.0B |

2

New Americans in **Arizona**

## WORKFORCE

The growth in the immigrant population has helped to strengthen America's labor force. As baby boomers retire, younger immigrants are filling crucial gaps in the labor market. Nationally, immigrants are more likely to hold an advanced degree than the U.S.-born. They are also more likely to have less than a high school education. As such, they are able to fill critical shortages at both ends of the skill spectrum, from high-tech positions to agriculture, hospitality, and service jobs.

| | |
|---|---|
| Number of immigrant workers in the labor force | 590,800 |
| Share of workers in the labor force who are immigrants | 16.1% |

| Education Level | Foreign-Born Population | U.S.-Born Population |
|---|---|---|
| Less than high school | 28.0% | 7.1% |
| High school & some college | 42.6% | 58.5% |
| Bachelor's degree | 17.3% | 21.1% |
| Graduate degree | 12.1% | 13.3% |
| Share of college-educated workers employed in jobs that don't require a college degree | 32.7% | 27.6% |

### Top Industries with Highest Share of Immigrant Workers

| | |
|---|---|
| Agriculture | 29.3% |
| Construction | 27.2% |
| Manufacturing | 21.1% |
| General Services | 19.8% |
| Professional, Scientific, Administrative, and Waste Services | 18.4% |

### Top Occupations with Highest Share of Immigrant Workers

| | |
|---|---|
| Maids and housekeeping cleaners | 57.0% |
| Landscaping and groundskeeping workers | 52.5% |
| Carpenters | 42.3% |
| Construction laborers | 41.3% |
| Janitors and building cleaners | 39.7% |

3

New Americans in **Arizona**

## Science, Technology, Engineering, and Math

Jobs in science, technology, engineering, and math (STEM) fields are some of the most in-demand jobs in the U.S. economy. These jobs are also expected to experience some of the highest growth rates in the next decade, second only to healthcare jobs. While immigrants already play a huge part in maintaining the United States' role as a leading innovator, immigrants will also be instrumental in helping high-tech industries meet their full potential as their needs for high-skilled STEM workers rapidly increases in the future.

| | |
|---|---|
| Share of STEM workers who are immigrants [6] | 19.6% |

## Healthcare

As millions of baby boomers become elderly, the U.S. healthcare system is facing unprecedented demand, adding jobs faster than any other segment of the economy. Many healthcare businesses and providers are struggling to find enough workers, and in some rural areas shortages are particularly acute. Immigrants have already been filling some of our most glaring healthcare needs. They are twice as likely as the U.S.-born to work as home health aides, and twice as likely to work as physicians and surgeons.

| | |
|---|---|
| Nurses who are foreign-born | 14.1% |
| Health aides who are foreign-born | 25.2% |

## HOUSING

Immigrant families have long played an important role in helping to build housing wealth in the United States. In recent decades, the more than 40 million immigrants in the U.S. collectively increased U.S. housing wealth by trillions of dollars. Much of this was possible because immigrants moved into neighborhoods once in decline, thus helping to revitalize communities and make neighborhoods more attractive to U.S.-born residents.

| | |
|---|---|
| Immigrant homeowners | 281,700 |
| Share of recent homebuyers who were foreign-born | 13.4% |
| Housing wealth held by immigrant households | $127.9B |
| Amount paid by immigrant-led households in rent | $2.6B |

4

New Americans in **Arizona**

## INTERNATIONAL STUDENTS[7]

International students in the United States contribute tens of billions of dollars to the U.S. economy every year and support a significant number of U.S. jobs through their tuition payments and day-to-day spending. Research has also found that increases in the number of international students at American universities boost innovation and patent creation.

| | |
|---|---|
| Students at Arizona's colleges and universities who are international students | 27883 |
| Economic contribution of international students | $917.7M |
| Jobs supported by international students | 8,196 |

## NATURALIZATION & VOTING POWER

As more immigrants naturalize and become eligible to vote, they continue to gain political power. The number of immigrant voters is only projected to rise in the next decade, and in some states foreign-born voters are already capable of deciding elections.

| | |
|---|---|
| Share of immigrants who are naturalized U.S. citizens | 43.2% |
| Number of immigrants who are naturalized U.S. citizens | 425,500 |
| Number of immigrants who are eligible for naturalization | 161,900 |
| Number of immigrants eligible to vote | 412,500 |

New Americans in **Arizona**

## UNDOCUMENTED IMMIGRANTS

The presence of a significant number of undocumented immigrants in the United States poses many legal and political challenges. But these millions of undocumented immigrants, most of whom have lived in the country for more than five years, are working across the country, contributing billions of dollars to the U.S. economy.

| | |
|---|---|
| Number of undocumented immigrants [8] | 286,900 |
| Share of immigrant population who are undocumented immigrants | 29.1% |
| Share of population that is undocumented | 3.9% |
| Share of workforce that is undocumented | 5.4% |
| Share of undocumented immigrants who are working age | 90.8% |
| Undocumented entrepreneurs | 30,400 |
| Undocumented household income | $9.5B |
| Total taxes paid [9] | $2.1B |
| Federal taxes paid | $1.3B |
| State & local taxes paid | $770.3M |
| Total spending power | $7.5B |
| Number of U.S. citizens living with at least one undocumented family member | 274,400 |
| Share of U.S. citizens living with at least one undocumented family member | 4.0% |
| Number of U.S. citizen children living with at least one undocumented family member | 146,400 |
| Share of U.S. citizen children living with at least one undocumented family member | 9.5% |
| Number of U.S. citizen children living with at least one undocumented parent | 116,700 |
| Share of U.S. citizen children living with at least one undocumented parent | 7.6% |

6

# New Americans in **Arizona**

**Top Industries with Highest Share of Undocumented Immigrant Workers**

| | |
|---|---|
| Construction | 16.6% |
| General Services | 7.8% |
| Manufacturing | 7.3% |
| Professional, Scientific, Administrative, and Waste Services | 7.2% |
| Transportation and Warehousing | 6.2% |

## THE DACA-ELIGIBLE POPULATION

DACA-eligible people contribute billions of dollars to the U.S. economy. Removing the protections afforded to DACA recipients would likely upset local economies, communities, and schools, hurting employers and businesses that depend on these young immigrants as workers and customers.

| | |
|---|---|
| Number of DACA-eligible residents | 41,200 |
| Employment rate of DACA-eligible population | 97.6% |
| Number of DACA-eligible entrepreneurs | - |
| DACA-eligible household income [10] | $1.4B |
| Total taxes paid | $307.6M |
| Federal taxes paid | $162.1M |
| State & local taxes paid | $145.5M |
| Total spending power | $1.1B |
| Number of active DACA recipients [11] | 20,230 |
| Number of people with DACA granted [12] | 30,756 |
| Number of additional residents who would satisfy all but the educational requirements for DACA | 11,500 |

7

New Americans in **Arizona**

## REFUGEES[13]

Refugees living in the United States make tremendous contributions to our economy as earners, taxpayers, and consumers. Rather than a drain on communities, refugees, with their high employment rate and entrepreneurial spirit, actually sustain and strengthen their new hometowns.

| | |
|---|---|
| Number of likely refugees | 38,700 |
| Employment rate of likely refugees | 95.3% |
| Share of refugees who are naturalized U.S. citizens | 89.4% |
| Refugee household income | $1.8B |
| Total taxes paid | $450.0M |
| Federal taxes paid | $294.5M |
| State & local taxes paid | $155.5M |
| Total spending power | $1.4B |
| Number of refugee entrepreneurs | - |
| Total business income of refugee entrepreneurs | - |
| Number of refugees resettled in the last fiscal year [14] | 3,776 |

### Top Countries of Origin for Refugees Resettled in the Last Fiscal Year

| | |
|---|---|
| Democratic Republic of the Congo | 33.7% |
| Afghanistan | 10.6% |
| Myanmar | 10.3% |
| Syria | 9.6% |
| Somalia | 7.4% |

## TEMPORARY PROTECTED STATUS HOLDERS

Recipients of Temporary Protected Status (TPS) have made enormous contributions to various industries and paid a significant amount in federal, state, and local taxes in the United States. Forcing them to leave the country not only risks putting these individuals in danger, but also threatens to significantly disrupt local economies.

| | |
|---|---|
| Number of TPS holders [15] | 2,100 |

# New Americans in **Arizona**

To learn more about Map the Impact, visit  maptheimpact.org.

The American Immigration Council works to empower immigrants from arrival to belonging.
To learn more about the Council's work, visit  americanimmigrationcouncil.org.

## ENDNOTES

1.  Unless otherwise specified, data comes from the American Immigration Council analysis of microdata from the 1-year sample of the 2023 American Community Survey (ACS), downloaded from the Integrated Public Use Microdata Series (IPUMS) https://www.ipums.org/.

2.  Except where otherwise noted, an immigrant refers to anyone born outside the country to non-U.S. citizen parents who is resident in the United States. This includes naturalized citizens, green card holders, individuals holding temporary (nonimmigrant) status, refugees, asylees, and undocumented immigrants, among others.

3.  American Immigration Council analysis of the 2024 Fortune 500 rankings https://fortune.com/ranking/fortune500/.

4.  Congressional Budget Office. 2022. "The Distribution of Household Income and Federal Taxes, 2019." https://www.cbo.gov/publication/58353.

5.  Institute on Taxation and Economic Policy (ITEP). 2024. "Who Pays? A Distributional Analysis of the Tax Systems in All 50 States (7th edition)."  https://itep.org/whopays-7th-edition/.

6.  U.S. Census Bureau. 2018. "STEM, STEM-related, and Non-STEM Occupation Code List 2018." https://www2.census.gov/programs-surveys/demo/guidance/industry-occupation/ 2018-census-stem-related-and-non-stem-occupation-code-list.xlsx

7.  We use the state-level data of international students in the 2023-24 academic year from the "International Student Economic Value Tool" developed by NAFSA,  www.nafsa.org/economicvalue.

8.  We use data from the ACS to arrive at an estimate of the undocumented immigrant population by applying the methodological approach outlined by Harvard University economist George Borjas in his 2016 NBER working paper, "The Labor Supply of Undocumented Immigrants",  https://ideas.repec.org/p/nbr/nberwo/22102.html.

9.  When estimating the tax contributions of undocumented immigrants, we follow the methodology detailed by Institute on Taxation and Economic Policy (ITEP). ITEP. 2024 "Tax Payments By Undocumented Immigrants." https://itep.org/undocumented-immigrants-taxes-2024/.

10. We treat each DACA-eligible individual as a single taxpaying unit, following the lead of other groups that have also sought to quantify the economic and tax contributions of this population, such as ITEP in its report "State & Local Tax Contributions of Young Undocumented Immigrants",  https://itep.sfo2.digitaloceanspaces.com/2017DACA.pdf.

11. U.S. Citizenship and Immigration Services (USCIS). 2024. "Active DACA Recipients - Fiscal Year 2024, Quarter 4 https://www.uscis.gov/sites/default/files/document/data/active_daca_recipients_fy2024_q4.xlsx.

12. USCIS. 2024. "Deferred Action for Childhood Arrivals (DACA) Quarterly Report (Fiscal Year 2024, Quarter 4)." https://www.uscis.gov/sites/default/files/document/data/daca_performancedata_fy2024_q4.xlsx.

13. To identify cases in microdata from the 2023 ACS that are likely to be refugees, we use an imputation method based on each foreign-born respondent's country of birth and their year of arrival, similar to the work of Kallick and Mathema in "Refugee Integration in the United States," https://www.americanprogress.org/article/refugee-integration-in-the-united-states, as well as Capps et al in "The Integration Outcomes of U.S. Refugees: Successes and Challenges https://www.migrationpolicy.org/research/integration-outcomes-us-refugees-successes-and-challenges.

14. Refugee Processing Center (RPC). 2024. "FY 2024 Refugee Arrivals by State and Nationality." https://www.wrapsnet.org/archives/

15. Congressional Research Service (CRS). 2023. "Temporary Protected Status and Deferred Enforced Departure." https://crsreports.congress.gov/product/pdf/RS/RS20844/70

9

# EXHIBIT 2

(https://www.cancer.gov/)

 (https://www.cdc.gov)

# STATE CANCER PROFILES

## Main Menu

(http://statecancerprofiles.cancer.gov/index.html) > Demographics
(http://statecancerprofiles.cancer.gov/data-topics/demographics.html) > Table

## Demographics Table

Generate Table

**Demographic Data Report for Arizona by County**
**Population: Foreign born**
(http://statecancerprofiles.cancer.gov/dictionary.php#population)
**All Ages, All Races (includes Hispanic), Both Sexes**
**2020-2024 American Community Survey 5-Year Data**
**Sorted by Percent**

| County | 2023 Rural-Urban Continuum Codes Φ | Value (Percent) | People (Foreign Born) | Rank within US (of 3142 counties) |
|---|---|---|---|---|
| Arizona | N/A | 13.0 | 957,784 | 16 of 51 |
| United States | N/A | 14.1 | 47,349,078 | N/A |
| Apache County | Rural | 1.6 | 1,039 | 2,218 |
| Graham County | Rural | 2.5 | 973 | 1,720 |
| Navajo County | Rural | 2.5 | 2,674 | 1,720 |
| Gila County | Rural | 3.6 | 1,914 | 1,324 |
| Coconino County | Urban | 5.0 | 7,173 | 968 |

| County | 2023 Rural-Urban Continuum Codes Φ | Value (Percent) | People (Foreign Born) | Rank within US (of 3142 counties) |
|---|---|---|---|---|
| Mohave County | Urban | 6.1 | 13,467 | 779 |
| Yavapai County | Urban | 6.4 | 15,768 | 738 |
| Greenlee County | Rural | 7.9 | 745 | 572 |
| Pinal County | Urban | 9.1 | 42,861 | 459 |
| La Paz County | Rural | 9.8 | 1,632 | 407 |
| Cochise County | Urban | 11.3 | 14,221 | 310 |
| Pima County | Urban | 11.8 | 124,922 | 291 |
| Maricopa County | Urban | 14.5 | 660,484 | 195 |
| Yuma County | Urban | 25.1 | 53,166 | 60 |
| Santa Cruz County | Rural | 34.2 | 16,745 | 14 |

**Notes:** (http://statecancerprofiles.cancer.gov)
Created by statecancerprofiles.cancer.gov on 07/08/2026 11:24 am.

Φ Rural–urban county classifications are based on the [2023 USDA Rural–Urban Continuum Codes](http://statecancerprofiles.cancer.govhttps://www.ers.usda.gov/data-products/rural-urban-continuum-codes/) (except for Connecticut Counties which use 2013 codes). State-level cancer rates for rural areas are calculated using cancer cases registered exclusively in rural counties, while state-level cancer rates for urban areas are calculated using cases registered exclusively in urban counties.

Source: Demographic data provided by the [Census Bureau](http://www.census.gov/) and the [American Community Survey](http://www.census.gov/acs/www/).

For more information about Population: Foreign born, see the dictionary (http://statecancerprofiles.cancer.gov/dictionary.php#population).

Data for United States does not include Puerto Rico.

[Return to Top](#)

---

U.S. Department of Health and Human Services (https://www.hhs.gov/) | National Institutes of Health (https://www.nih.gov/) | National Cancer Institute (https://www.cancer.gov/) | USA.gov (https://www.usa.gov/)

NIH... Turning Discovery Into Health®

# EXHIBIT 3

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Table of Contents

ARIZONA
    Eloy Immigration Court
    Florence Immigration Court
    Phoenix Immigration Court
    Phoenix Immigration Court Juvenile Docket
    Tucson Immigration Court
    Tucson Immigration Court Juvenile Docket

CALIFORNIA
    Adelanto Immigration Court
    Concord Immigration Court
    Concord Immigration Court Juvenile Docket
    Imperial Immigration Court
    Imperial Immigration Court Juvenile Docket
    Los Angeles Immigration Courts
    Los Angeles Immigration Courts Juvenile Docket
    Otay Mesa Immigration Court
    Sacramento Immigration Court
    San Diego Immigration Court
    Santa Ana Immigration Court

COLORADO
    Aurora Immigration Court
    Denver Immigration Court

CONNECTICUT
    Hartford Immigration Court
    Hartford Immigration Court Juvenile Docket

FLORIDA
    Krome Immigration Court
    Miami Immigration Court
    Miami Immigration Court Juvenile Docket
    Orlando Immigration Court

GEORGIA
    Atlanta Immigration Court
    Stewart Detention Center Immigration Court

HAWAII
    Honolulu Immigration Court

ILLINOIS
    Chicago Immigration Court
    Chicago Immigration Court Juvenile Docket

INDIANA
    Indianapolis Immigration Court

LOUISIANA
    LaSalle Immigration Court
    New Orleans Immigration Court
    Oakdale Immigration Court

MARYLAND
    Baltimore Immigration Court
    Baltimore Immigration Court Juvenile Docket
    Hyattsville Immigration Court

MASSACHUSETTS
    Boston Immigration Court
    Boston Immigration Court Juvenile Docket
    Chelmsford Immigration Court

MICHIGAN
    Detroit Immigration Court

MINNESOTA
    Fort Snelling Immigration Court
    Fort Snelling Immigration Court Juvenile Docket

MISSOURI
    Kansas City Immigration Court
    Kansas City Immigration Court Juvenile Docket

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated July 2026

## Table of Contents

NEBRASKA
    Omaha Immigration Court
    Omaha Immigration Court Juvenile Docket

NEVADA
    Las Vegas Immigration Court

NEW JERSEY
    Elizabeth Immigration Court
    Elizabeth Immigration Court Juvenile Docket
    Newark Immigration Court
    Newark Immigration Court Juvenile Docket

NEW MEXICO
    Otero Immigration Court
NEW YORK
    Buffalo & Batavia Immigration Courts
    New York Immigration Courts
    New York Immigration Courts Juvenile Docket
    Ulster Immigration Court

NORTH CAROLINA
    Charlotte Immigration Court

OHIO
    Cleveland Immigration Court
    Cleveland Immigration Court Juvenile Docket

OREGON
    Portland Immigration Court
    Boise Hearing Location
    Boise Hearing Location Juvenile Docket

PENNSYLVANIA
    Philadelphia Immigration Court
    Philadelphia Immigration Court Juvenile Docket

PUERTO RICO
    Guaynabo (San Juan) Immigration Court

TENNESSEE
    Memphis Immigration Court
    Memphis Immigration Court Juvenile Docket

TEXAS
    Dallas Immigration Court
    Dallas Immigration Court Juvenile Docket
    El Paso Immigration Court
    El Paso Detained Immigration Court
    Harlingen Immigration Court
    Harlingen Immigration Court - Brownsville Hearing Location
    Houston Immigration Courts
    Houston Immigration Courts Juvenile Docket
    Conroe Immigration Court
    Laredo Immigration Court
    Pearsall Immigration Court
    Port Isabel Immigration Court
    San Antonio Immigration Court
    San Antonio Immigration Court Juvenile Docket
    Karnes County Residential Center

UTAH
    Salt Lake City Immigration Court
    Salt Lake City Immigration Court Juvenile Docket

VIRGINIA
    Annandale Immigration Court
    Annandale Immigration Court Juvenile Docket
    Sterling Immigration Court

WASHINGTON
    Seattle Immigration Court
    Tacoma Immigration Court

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

**List of Pro Bono Legal Service Providers**

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

# ARIZONA

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Eloy Immigration Court

| Eloy, Arizona | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Florence Immigrant and Refugee Rights Project\***<br><br>P.O. Box 32670<br>Phoenix, AZ 85064<br>Tel: (520) 868-0191<br>firrp@firrp.org<br>www.firrp.org<br><br>• Removal defense, orientation materials |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Florence Immigration Court

| Florence, Arizona |
|---|

| **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/ | **Florence Immigrant and Refugee Rights Project\***<br><br>P.O. Box 32670<br>Phoenix, AZ 85064<br>Tel: (520) 868-0191<br>firrp@firrp.org<br>www.firrp.org<br><br>• Removal defense, orientation materials |

• Pro se case assistance for detained respondents only
• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Phoenix Immigration Court

| Phoenix, Arizona | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Florence Immigrant and Refugee Rights Project\***<br><br>P.O. Box 32670<br>Phoenix, AZ 85064<br>Tel: (602) 307-1008<br>firrp@firrp.org<br>www.firrp.org<br><br>• Children cases only<br>• No walk-ins<br>• Please call to make an appointment |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Phoenix Immigration Court Juvenile Docket

| Phoenix, Arizona |
|---|

**Florence Immigrant and Refugee Rights Project\***

P.O. Box 32670
Phoenix, AZ 85064
Tel: (602) 307-1008
firrp@firrp.org
www.firrp.org

- Children cases only
- No walk-ins
- Please call to make an appointment

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Tucson Immigration Court

| Tucson, Arizona | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/<br>immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Florence Immigrant and Refugee Rights Project\***<br><br>P.O. Box 32670<br>Phoenix, AZ 85064<br>Tel: (602) 307-1008<br>firrp@firrp.org<br>www.firrp.org<br><br>• Children cases only<br>• No walk-ins<br>• Please call to make an appointment |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Tucson Immigration Court Juvenile Docket

| Tucson, Arizona |
|---|

**Florence Immigrant and Refugee Rights Project***

P.O. Box 32670

Phoenix, AZ 85064

Tel: (602) 307-1008

firrp@firrp.org

www.firrp.org

• Children cases only
• No walk-ins
• Please call to make an appointment

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

**List of Pro Bono Legal Service Providers**

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

# CALIFORNIA

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Adelanto Immigration Court

| Adelanto, California (page 1 of 2) |
|---|

**Esperanza Immigrant Rights Project, Catholic Charities of Los Angeles, Inc. Main Office***

Catholic Charities of Los Angeles
1530 James M Wood Boulevard
Los Angeles, CA 90015
Tel: (213) 251-3505
Fax: (213) 487-0986
www.esperanza-la.org

- Monday-Friday, 8:30AM-5:30PM
- Assisting immigrants in understanding visas, asylum claims, special immigrant juvenile status (SIJS), cancellation of removal, and other forms of immigration relief
- Representing detained adults in removal proceedings
- Assisting victims of crime such as: victims of domestic violence and victims of human trafficking
- Pro bono (resources permitting and based on grant availability
- We have a hotline service which provides guidance, legal orientations, and referrals to adult detained individuals in removal proceedings
- Languages: English and Spanish (other languages available through interpreter services)

**Immigrant Defenders Law Center***

634 S. Spring Street, 10th floor
Los Angeles, CA 90014
Tel: (213) 634-0999
Fax: (213) 282-3133
info@immdef.org
www.immdef.org

- Low income detainees
- Priority given to Los Angeles County residents
- Other program requirements may apply
- Languages: Spanish and other languages available upon request

**Human Rights First****

3680 Wilshire Blvd., Suite PO4-414
Los Angeles, CA 90010
Tel: (213) 205-0468
laprobono@humanrightsfirst.org
www.humanrightsfirst.org/asylum.asylum-seekers-and-potential-clients

- Represents indigent individuals and families seeking asylum
- No walk-ins accepted
- Languages: Spanish and others as needed

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Adelanto Immigration Court

### Adelanto, California (page 2 of 2)

**Alameda County Public Defender - Immigration Representation Unit\***

1401 Lakeside Drive, Suite 400
Oakland, CA 94612
Tel: (510) 272-6611

• Representation limited to individuals with Alameda county residence or convictions
• Languages: English, Spanish, Farsi, and Russian

**International Institute of Los Angeles\***

3845 Selig Place
Los Angeles, CA 90031
Tel: (323) 264-6217
Fax: (323) 264-6418
ireception@iilosangeles.org
www.iilosangeles.org

• Open Monday-Friday, 8:30AM-5PM
• Services include removal defense, habeas petitions and bond representation
• No walk-ins
• By appointment only (solo con cita)
• Languages: English and Spanish, other languages available upon request

**San Francisco Public Defender's Office\***

555 7th Street
San Francisco, CA 94103
Tel: (628) 271-9898

• We provide removal defense to people in immigration custody. We prioritize people who have lived or worked in San Francisco
• We also offer removal defense to people that are not detained AND who are current or former clients of San Francisco Public Defender's Office
• Languages: English and Spanish

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated July 2026

## Concord Immigration Court

| Concord, California (page 1 of 2) | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Low Income Legal Assistance Center\***<br><br>345 Franklin Street, 2nd Floor<br>San Francisco, CA 94102<br>Tel: (650) 810-6357<br>info@lilaclegal.org<br>lilaclegal.org/<br><br>San Jose Office:<br>1576 Story Road<br>San Jose, CA 95122<br>Tel: (650) 810-6357<br><br>Redwood City Office:<br>2615 Middlefield Road<br>Redwood City, CA 94063<br>Tel: (650) 810-6357<br><br>• No walk-ins<br>• Please call for an appointment<br>• Intake hours: Monday-Saturday, 8AM-6PM<br>• Specialize in removal defense<br>• Languages: English and Spanish |
| **Community Legal Services in East Palo Alto (CLSEPA)\***<br><br>1861 Bay Road<br>East Palo Alto, CA 94303<br>Tel: (650) 326-6440<br>Fax: (866) 688-5204<br>info@clsepa.org<br><br>• Representation limited to residents of San Mateo and Santa Clara counties<br>• Will represent juveniles and adults in removal proceedings<br>• No collect calls are accepted<br>• Languages: Spanish, Portuguese | **California Immigration Project\***<br><br>1722 J Street, Suite 300<br>Sacramento, CA 95811<br>Tel: (916) 241-3355<br>info@calimm.org<br><br>• Please call our office to schedule a consultation |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Concord Immigration Court

| Concord, California (page 2 of 2) |
|---|

**Kids in Need of Defense (KIND)\***

San Francisco Office:
71 Stevenson Street, Suite 1450
San Francisco, CA 94105
Tel: (415) 694-7389
Fax: (415) 694-7397
infosanfrancisco@supportkind.org
www.supportkind.org

• KIND's San Francisco office represents children residing in San Francisco, Alameda, Marin, and Contra Costa counties
• La oficina de KIND San Francisco representa a a niños que viven en los condados de San Francisco, Alameda, Marin, Contra Costa

Fresno Office:
550 E. Shaw Avenue, Suite 210
Fresno, CA 93710
Tel: (559) 573-8404
Fax: (800) 707-8309
infofresno@supportkind.org
www.supportkind.org

• KIND's Fresno office represents children residing in San Joaquin, Kern, Fresno, Kings, Tulare, Madera, Merced, and Stanislaus counties
• La oficina de KIND San Francisco representa a niños que viven en los condados de San Joaquin, Kern, Fresno, Kings, Tulare, Madera, Merced, y Stanislaus

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers
Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Concord Immigration Court Juvenile Docket

| Concord, California | |
|---|---|
| **Kids in Need of Defense (KIND)***<br><br>San Francisco Office:<br>71 Stevenson Street, Suite 1450<br>San Francisco, CA 94105<br>Tel: (415) 694-7389<br>Fax: (415) 694-7397<br>infosanfrancisco@supportkind.org<br>www.supportkind.org<br><br>• KIND's San Francisco office represents children residing in San Francisco, Alameda, Marin, and Contra Costa counties<br>• La oficina de KIND San Francisco representa a a niños que viven en los condados de San Francisco, Alameda, Marin, Contra Costa<br><br>Fresno Office:<br>550 E. Shaw Avenue, Suite 210<br>Fresno, CA 93710<br>Tel: (559) 573-8404<br>Fax: (800) 707-8309<br>infofresno@supportkind.org<br>www.supportkind.org<br><br>• KIND's Fresno office represents children residing in San Joaquin, Kern, Fresno, Kings, Tulare, Madera, Merced, and Stanislaus counties<br>• La oficina de KIND San Francisco representa a niños que viven en los condados de San Joaquin, Kern, Fresno, Kings, Tulare, Madera, Merced, y Stanislaus | **Global Communication Education & Art (GCEA)***<br><br>4689 Telegraph Avenue<br>Oakland, CA 94609<br>Tel: (510) 395-2233<br>info.gcsinc@gmail.com |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Imperial Immigration Court

| Imperial, California | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Casa Cornelia Law Center\***<br><br>Post Office Box 12666<br>San Diego, CA 92112<br>Tel: (619) 231-7788<br>Fax: (619) 231-7784<br>www.casacornelia.org<br>services@casacornelia.org<br><br>• Services include: Asylum, Withholding of Removal, UN Convention Against Torture, Defensive VAWA, U, T Visas, and Bond Hearings.<br>• Focus on asylum seekers, unaccompanied children, and victims of serious crime.<br>• Will accept detained and non-detained cases<br>• Call for assistance<br>• Languages: Spanish; multilingual interpretation may be available. |
| **Southern California Immigration Project\***<br><br>2534 State Street, Suite 208<br>San Diego, CA 92101<br>Tel: (619) 516-8119<br>socalimmigrationp@gmail.com<br>www.socalimmigrationproject.org<br><br>• Specialize in African countries and LGBTQ from any country<br>• Asylum cases only<br>• No hablamos español | **OikosNow Not For Profit\***<br><br>332 South Michigan Avenue, Suite #121-Z300<br>Chicago, IL 60604<br>Tel: (815) 549-5678<br>immigration@oikosnow.com<br>www.oikosnow.org<br><br>• Please call for an appointment<br>• Languages: Mandarin Chinese, Cantonese 中文 |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Imperial Immigration Court Juvenile Docket

| Imperial, California |
|---|

**Casa Cornelia Law Center***

Post Office Box 12666
San Diego, CA 92112
Tel: (619) 231-7788
Fax: (619) 231-7784
www.casacornelia.org
services@casacornelia.org

- Services include: Asylum, Withholding of Removal, UN Convention Against Torture, Defensive VAWA, U, T Visas, and Bond Hearings.
- Focus on asylum seekers, unaccompanied children, and victims of serious crime.
- Will accept detained and non-detained cases
- Call for assistance
- Languages: Spanish; multilingual interpretation may be available.

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Los Angeles Immigration Courts

| Los Angeles, California (page 1 of 2) | |
|---|---|
| **Esperanza Immigrant Rights Project, Catholic Charities of Los Angeles, Inc. Main Office\***<br><br>Catholic Charities of Los Angeles<br>1530 James M Wood Blvd.<br>Los Angeles, CA 90015<br>Tel: (213) 251-3505<br>Fax: (213) 487-0986<br>www.esperanza-la.org<br><br>• Monday-Friday, 8:30AM-5:30PM<br>• Serving EOIR Los Angeles (the counties of: Los Angeles, Orange, Riverside, San Bernardino, Ventura, Kern, and Santa Barbara)<br>• Assisting immigrants in understanding visas, asylum claims, special immigrant juvenile status (SIJS), and other forms of immigration relief<br>• Representing both detained and non-detained adult immigrants in removal proceedings<br>• Representing non-detained minors in removal proceedings<br>• Assisting victims of crime such as: victims of domestic violence and victims of human trafficking<br>• Pro bono (resources permitting and based on grant availability<br>• Languages: English and Spanish (other languages through interpreter services) | **El Rescate\***<br><br>1605 West Olympic Blvd., Suite 516<br>Los Angeles, CA 90031<br>Tel: (213) 387-3284<br>www.elrescate.org |
| | **OikosNow Not For Profit\***<br><br>332 South Michigan Avenue, Suite #121-Z300<br>Chicago, IL 60604<br>Tel: (815) 549-5678<br>immigration@oikosnow.com<br>www.oikosnow.org<br><br>• Please call for an appointment<br>• Languages: Mandarin Chinese, Cantonese 中文 |
| | **International Institute of Los Angeles\***<br><br>3845 Selig Place<br>Los Angeles, CA 90031<br>Tel: (323) 264-6217<br>Fax: (323) 264-6418<br>ireception@iilosangeles.org<br>www.iilosangeles.org<br><br>• Open Monday-Friday, 8:30AM-5PM<br>• Services include: removal defense and affirmative petitions<br>• No walk-ins<br>• By appointment only (solo con cita)<br>• Languages: English and Spanish, other languages available upon request |
| **Refugee Support Network\***<br><br>2301 Findlay Avenue<br>Monterey Park, CA 91754<br>Tel: (626) 323-1495<br>refugeeunitedstates@gmail.com<br>www.refugeeunitedstates.com<br><br>• No walk-ins, please call for an appointment<br>• Languages: English, Spanish, and Mandarin | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Los Angeles Immigration Courts

### Los Angeles, California (page 2 of 2)

**ABA Commission on Immigration Detention Information Hotline**

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Immigrant Defenders Law Center***

634 S. Spring Street, 10th floor
Los Angeles, CA 90014
Tel: (213) 634-0999
Fax: (213) 282-3133
info@immdef.org
www.immdef.org

- Low income respondents
- Priority given to Los Angeles County residents
- Unaccompanied minors
- Languages: Spanish and other languages available upon request

**Human Rights First****

3680 Wilshire Blvd., Suite PO4-414
Los Angeles, CA 90010
Tel: (213) 205-0468
laprobono@humanrightsfirst.org
www.humanrightsfirst.org/asylum.asylum-seekers-and-potential-clients

- Represents indigent individuals and families seeking asylum
- No walk-ins accepted
- Languages: Spanish and others as needed

**Kids In Need of Defense (KIND) - Los Angeles***

801 S. Grand Avenue, Suite 550
Los Angeles, CA 90017
Tel: (213) 274-0170
Fax: (213) 274-0169
infolosangeles@supportkind.org
www.supportkind.org

- Children's, juvenile, and UAC cases only
- SIJS, asylum, U/T Visas
- No walk-ins, by appointment only
- Languages: English and Spanish speaking staff

**Community Lawyers, Inc.***

1216 East Compton Blvd.
Compton, CA 90221
Tel: (310) 635-8181
clinics@community-lawyers.org
www.community-lawyers.org

- No walk-ins
- By appointment only (solo con cita)
- Languages: English, Spanish, and other languages available upon request

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Los Angeles Immigration Courts Juvenile Docket

| Los Angeles, California | |
|---|---|
| **International Institute of Los Angeles\***<br><br>3845 Selig Place<br>Los Angeles, CA 90031<br>Tel: (323) 264-6217<br>Fax: (323) 264-6418<br>ireception@iilosangeles.org<br>www.iilosangeles.org<br><br>• Open Monday-Friday, 8:30AM-5PM<br>• Services include: removal defense and affirmative petitions<br>• No walk-ins<br>• By appointment only (solo con cita)<br>• Languages: English and Spanish, other languages available upon request | **Kids In Need of Defense (KIND) - Los Angeles\***<br><br>801 S. Grand Avenue, Suite 550<br>Los Angeles, CA 90017<br>Tel: (213) 274-0170<br>infolosangeles@supportkind.org<br>www.supportkind.org<br><br>• Children's cases/UACs only, SIJS, Asylum, U/T visas<br>• Staff is Spanish speaking<br>• No walk-ins, by appointment only |
| | **Immigrant Defenders Law Center\***<br><br>634 S. Spring Street, 10th floor<br>Los Angeles, CA 90014<br>Tel: (213) 634-0999<br>Fax: (213) 282-3133<br>info@immdef.org<br>www.immdef.org<br><br>• Unaccompanied minors only<br>• Languages: Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Otay Mesa Immigration Court

| Otay Mesa, California (page 1 of 2) | |
|---|---|
| **Jewish Family Service of San Diego\***<br><br>8788 Balboa Avenue<br>San Diego, CA 92123<br>Tel: (858) 637-3365<br>Fax: (858) 637-3011<br>immigration@jfssd.org<br>www.jfssd.org/site/PageServer?pagename=pr<br>ograms_refugee_main<br><br>• Please leave a voicemail any time day or night. Calls returned in the order received. If currently detained and you reach our voicemail, leave your full name and A-number in a voicemail and we will schedule a meeting in person or remote.<br>• Specialize in Bond Hearings, Removal Defense, Cancellation of Removal, Asylum,  Withholding of Removal, UN Convention Against Torture, Adjustment of Status, VAWA, U Visa, SIJS and T visa.<br>• Languages: Spanish and multilingual interpretation may be available | **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/<br>immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |
| **La Maestra Community Health Centers\***<br><br>4060 Fairmount Avenue<br>San Diego, CA 92105<br>Tel: (619) 280-4213<br>Fax: (619) 961-0805<br>mportugal@lamaestra.org; ecedillo@lamaestra.org<br>www.lamaestra.org<br><br>• Bond hearings only<br>• All Ukrainians cases<br>• All Afghan cases<br>• All victims of trafficking cases (U-Visa, T-Visa, and VAWAs)<br>• Languages: Spanish, Dari, and Pashto | **Casa Cornelia Law Center\***<br><br>Post Office Box 12666<br>San Diego, CA 92112<br>Tel: (619) 231-7788<br>Fax: (619) 231-7784<br>www.casacornelia.org<br>services@casacornelia.org<br><br>• Services include: Asylum, Withholding of Removal, UN Convention Against Torture, Defensive VAWA, U, T Visas, and SIJS, Bond Hearings.<br>• Focus on asylum seekers, and victims of serious crime.<br>• Will accept detained cases<br>• Call for assistance<br>• Languages: Spanish; multilingual interpretation may be available. |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Otay Mesa Immigration Court

| Otay Mesa, California (page 2 of 2) | |
|---|---|
| **Immigrant Defenders Law Center***<br><br>303 A Street, Suite 305<br>San Diego, CA 92101<br>Tel: (213) 314-0701<br>Fax: (213) 282-3133<br>sdinfo@immdef.org<br><br>• Must be low income<br>• No walk-ins, appointment only<br>• Languages: Spanish and other languages available upon request | **Southern California Immigration Project***<br><br>2534 State Street, Suite 208<br>San Diego, CA 92101<br>Tel: (619) 516-8119<br>socalimmigrationp@gmail.com<br>www.socalimmigrationproject.org<br><br>• Specialize in African countries and LGBTQ from any country<br>• Asylum cases only<br>• No hablamos español |
| **International Institute of Los Angeles***<br><br>3845 Selig Place<br>Los Angeles, CA 90031<br>Tel: (323) 264-6217<br>Fax: (323) 264-6418<br>ireception@iilosangeles.org<br>www.iilosangeles.org<br><br>• Open Monday-Friday, 8:30AM-5PM<br>• Services include removal defense, habeas petitions and bond representation<br>• No walk-ins<br>• By appointment only (solo con cita)<br>• Languages: English and Spanish, other languages available upon request | **Immigrant Rights Legal Defense Program (IRLDP) - San Diego County Public Defender***<br><br>451 A Street, Suite 1450<br>San Diego, CA 92101<br>Tel: (619) 446-2883<br>oac@sdcounty.ca.gov<br><br>• Removal defense cases only |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Sacramento Immigration Court

| Sacramento, California | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Catholic Charities of Northern Nevada\***<br><br>480 E. Moana Ln<br>Reno, NV 89502<br>Tel: (775) 393-3877<br>immigration@ccsnn.org<br>www.ccsnn.org/pages/immigration-legal-services<br><br>• Consultations by appointment only<br>• Only accepts cases heard in the Reno Immigration Court |
| | **California Immigration Project\***<br><br>1722 J Street, Suite 300<br>Sacramento, CA 95811<br>Tel: (916) 241-3355<br>info@calimm.org<br><br>• Please call our office to schedule a consultation |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## San Diego Immigration Court

| San Diego, California (page 1 of 2) | |
|---|---|
| **Immigrant Defenders Law Center\***<br><br>1620 5th Avenue, Suite 825<br>San Diego, CA 92101<br>Tel: (213) 314-0701<br>Fax: (213) 282-3133<br>sdinfo@immdef.org<br><br>• Must be low income<br>• No walk-ins, appointment only<br>• Languages: Spanish and other languages available upon request | **OikosNow Not For Profit\***<br><br>332 South Michigan Avenue, Suite #121-Z300<br>Chicago, IL 60604<br>Tel: (815) 549-5678<br>immigration@oikosnow.com<br>www.oikosnow.org<br><br>• Please call for an appointment<br>• Languages: Mandarin Chinese, Cantonese 中文 |
| **Casa Cornelia Law Center\***<br><br>Post Office Box 12666<br>San Diego, CA 92112<br>Tel: (619) 231-7788<br>Fax: (619) 231-7784<br>www.casacornelia.org<br>services@casacornelia.org<br><br>• Services include: Asylum, Withholding of Removal, UN Convention Against Torture, Defensive VAWA, U, T Visas, and SIJS, Bond Hearings.<br>• Focus on asylum seekers, unaccompanied minors, and victims of serious crime.<br>• Will accept detained and non-detained cases<br>• Call for assistance<br>• Languages: Spanish; multilingual interpretation may be available. | **Immigrant Rights Legal Defense Program (IRLDP) - San Diego County Public Defender\***<br><br>451 A Street, Suite 1450<br>San Diego, CA 92101<br>Tel: (619) 446-2883<br>oac@sdcounty.ca.gov<br><br>• Removal defense cases only |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

*  Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## San Diego Immigration Court

| San Diego, California (page 2 of 2) | |
|---|---|
| **Jewish Family Service of San Diego\***<br><br>8788 Balboa Avenue<br>San Diego, CA 92123<br>Tel: (858) 637-3365<br>Fax: (858) 637-3011<br>immigration@jfssd.org<br>www.jfssd.org/site/PageServer?pagename=programs_refugee_main<br><br>• Please leave a voicemail at any time day or night. Calls returned in the order received. If you reach our voicemail, leave your full name and phone number in a voicemail and we will return your call as soon as possible<br>• Specialize in Bond Hearings, Removal Defense, Cancellation of Removal, Asylum, Withholding of Removal, UN Convention Against Torture, Adjustment of Status, VAWA, U Visa, SIJS and T visa.<br>• Languages: Spanish and multilingual interpretation may be available | **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Santa Ana Immigration Court

### Santa Ana, California (page 1 of 2)

**Human Rights First\*\***

3680 Wilshire Blvd., Suite PO4-414
Los Angeles, CA 90010
Tel: (213) 205-0468
laprobono@humanrightsfirst.org
www.humanrightsfirst.org/asylum.asylum-seekers-and-potential-clients

- Represents indigent individuals and families seeking asylum
- No walk-ins accepted
- Languages: Spanish and others as needed

**Immigrant Defenders Law Center\***

634 S. Spring Street 10th floor
Los Angeles, CA 90014
Tel: (213) 634-0999
Fax: (213) 282-3133
info@immdef.org
www.immdef.org

- Low income detainees
- Priority given to Los Angeles County residents
- Other program requirements may apply
- Languages: Spanish - other languages available upon request

**Refugee Support Network\***

2301 Findlay Avenue
Monterey Park, CA 91754
Tel: (626) 323-1495
refugeeunitedstates@gmail.com
www.refugeeunitedstates.com

- No walk-ins, please call for an appointment
- Languages: English, Spanish, and Mandarin

**International Institute of Los Angeles\***

3845 Selig Place
Los Angeles, CA 90031
Tel: (323) 264-6217
Fax: (323) 264-6418
ireception@iilosangeles.org
www.iilosangeles.org

- Open Monday-Friday, 8:30AM-5PM
- Services include: removal defense and affirmative petitions
- No walk-ins
- By appointment only (solo con cita)
- Languages: English and Spanish, other languages available upon request

**Kids In Need of Defense (KIND) - Los Angeles\***

801 S. Grand Avenue, Suite 550
Los Angeles, CA 90017
Tel: (213) 274-0170
Fax: (213) 274-0169
infolosangeles@supportkind.org
www.supportkind.org

- Children's, juvenile, and UAC cases only
- SIJS, asylum, U/T Visas
- No walk-ins, by appointment only
- Languages: English and Spanish speaking staff

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Santa Ana Immigration Court

| Santa Ana, California (page 2 of 2) |
|---|

**Catholic Charities of Los Angeles, Archdiocese of Los Angeles, Inc. Main Office***

1530 James M Wood Boulevard
Los Angeles, CA 90015
Tel: (213) 251-3505
Fax: (213) 487-0986
www.esperanza-la.org

- Monday-Friday 9:00AM-5:30PM
- Serving EOIR: Orange, San Bernadino, and Riverside counties
- Assisting immigrants in understanding visas, asylum claims, special immigrant juvenile status (SIJS), and other forms of immigration relief
- Reduced fee schedule, nominal, or pro bono (resources permitting and based on grant availability)
- Languages: English and Spanish (other languages through interpreter services)

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated July 2026

# COLORADO

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Aurora Immigration Court

| Aurora, Colorado |
|---|

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/
immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Rocky Mountain Immigrant Advocacy Network (RMIAN)***

7301 N. Federal Blvd., Suite 300
Westminster, CO 80030
Tel: (303) 433-2812
Fax: (303) 433-2823
webforms@rmian.org
www.rmian.org

- To request services for someone who is detained, please go to www.rmian.org/detention-program or leave a message on the detained hotline at (303) 866-9308
- RMIAN offers free legal representation, information, and pro se support for unrepresented individuals detained by Immigration and Customs Enforcement (ICE) in Aurora, Colorado

**Connect Immigration***

305 McGregor Drive
Gypsum, CO 81637
Tel: (720) 674-1919
immigration@connectchurchcolorado.com
www.connectchurchcolorado.com/immigration

- Please call for an appointment
- Languages: Spanish and English

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Denver Immigration Court

| Denver, Colorado | |
|---|---|
| **Rocky Mountain Immigrant Advocacy Network (RMIAN)***<br><br>7301 N. Federal Blvd., Suite 300<br>Westminster, CO 80030<br>Tel: (303) 433-2812<br>Fax: (303) 433-2823<br>webforms@rmian.org<br>www.rmian.org<br><br>• To request services for someone who is not detained, please go to www.rmian.org/childrens-program or leave a message on the non-detained hotline at (720) 543-8898<br>• RMIAN offers free legal representation, information, and pro se support for unrepresented children and families who are in removal proceedings before the Denver Immigration Court | **ABA Commission on Immigration Detention Information Hotline***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |
| **Colorado Asylum Center***<br><br>517 16th Avenue<br>Denver, CO 80203<br>Tel: (303) 376-9907<br>www.coasylum.org<br><br>• Asylum applications and Notices of Appeals only<br>• By appointment only<br>• Text (303) 376-9907 once with request for appointment (text only) | **Connect Immigration***<br><br>305 McGregor Drive<br>Gypsum, CO 81637<br>Tel: (720) 674-1919<br>immigration@connectchurchcolorado.com<br>www.connectchurchcolorado.com/immigration<br><br>• Please call for an appointment<br>• Languages: Spanish and English |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

# CONNECTICUT

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Hartford Immigration Court

| Hartford, Connecticut | |
|---|---|
| **Connecticut Institute for Refugees and Immigrants***<br><br>34 Woodland Avenue<br>Stamford, CT 06902<br>Tel: (203) 965-7190<br>www.cirict.org<br><br>410 Colorado Avenue<br>Bridgeport, CT 06605<br>Tel: (203) 336-0141<br>www.cirict.org<br><br>75 Charter Oak Avenue, Suite 2-180<br>Hartford, CT 06106<br>Tel: (860) 692-3085<br>www.cirict.org<br><br>• Representation to individuals in removal proceedings, either in-house or through referrals<br>• Pro Bono representation may be limited by grant and program requirements<br>• Does not provide representation in detained cases | **ABA Commission on Immigration Detention Information Hotline***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |
| | **Central West Justice Center - An Affiliate of Community Legal Aid***<br><br>370 Main Street, Suite 200<br>Worcester, MA 01608<br>Tel: (855) 252-5342<br>www.communitylegal.org<br><br>• Serves low-income residents of Central & Western Massachusetts |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

**List of Pro Bono Legal Service Providers**

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated July 2026

# FLORIDA

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Krome Immigration Court

| Miami, Florida | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\*** <br><br> 1050 Connecticut Avenue, NW, Unit 400 <br> Washington, DC 20036 <br> immcenter@americanbar.org <br> www.americanbar.org/groups/public_interest/ immigration/ <br><br> • Pro se case assistance for detained respondents only <br> • Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150# <br> • To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org <br> • Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Americans for Immigrant Justice\*** <br><br> 6355 NW 36 Street, Suite 309 <br> Miami, FL 33166 <br> Tel: (786) 454-8554 <br> info@aijustice.org <br> www.aijustice.org |
| | **MLK Public Interest Law Offices, Inc.\*** <br><br> 27 NW 17th Street <br> Miami, FL 33125 <br> Tel: (800) 505-0357 <br> Fax: (305) 631-2310 <br> admin@mlkpilo.com <br><br> • Haitian detainee cases: Asylum, cancellation of removal, and VAWA cases <br> • Criminal law specialty <br> • Call in hours: 12:00PM-1:00PM <br> • Languages: Spanish, Haitian Creole, and French |
| **Church World Service\*** <br><br> 200 Congress Park Drive, Suite 201 <br> Delray Beach, Fl 33445 <br> Tel: (561) 266-0624 <br> selegal@cwsglobal.org | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Miami Immigration Court

| Miami, Florida (page 1 of 2) | |
|---|---|
| **Catholic Charities Legal Services Archdiocese of Palm Beach, Inc.\*** <br><br> 100 West 20th Street <br> Riviera Beach, FL 33404 <br> Tel: (561) 345-2003 <br> Fax: (561) 202-2310 <br> 1300 East 10th St <br><br> Tel: (772) 463-0445 <br> Fax: (772) 872-0311 <br><br> • Representation limited to Miami Court <br> • Does not represent detained clients <br> • Languages: Spanish and Creole | **ABA Commission on Immigration Detention Information Hotline\*\*** <br><br> 1050 Connecticut Avenue, NW, Unit 400 <br> Washington, DC 20036 <br> immcenter@americanbar.org <br> www.americanbar.org/groups/public_interest/immigration/ <br><br> • Pro se case assistance for detained respondents only <br> • Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150# <br> • To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org <br> • Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |
| **MLK Public Interest Law Offices, Inc.\*** <br><br> 27 NW 17th Street <br> Miami, FL 33125 <br> Tel: (800) 505-0357 <br> Fax: (305) 631-2310 <br> admin@mlkpilo.com <br><br> • All specialized docket cases: Asylum, cancellation of removal, and VAWA cases <br> • Criminal law specialty <br> • Walk in hours: 8:00AM-10:00AM <br> • Languages: Spanish, Haitian Creole, and French | **Americans for Immigrant Justice\*** <br><br> 6355 NW 36th Street, Suite 309 <br> Miami, FL 33166 <br> Tel: (305) 573-1106 <br> info@aijustice.org <br> www.aijustice.org |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Miami Immigration Court

| Miami, Florida (page 2 of 2) | |
|---|---|
| **Church World Service\***<br><br>Miami Office:<br>1924 NW 84 Avenue<br>Doral, FL 33126<br>Tel: (305) 774-6770<br>www.cwssoutheast.org<br><br>Palm Beach Office:<br>200 Congress Park Drive, Suite 201<br>Delray Beach, FL 33445<br>Tel: (651) 266-0624<br><br>Broward Office:<br>3215 NW 10th Terr, Suite 209 B<br>Ft. Lauderdale, FL 33309<br>Tel: (954) 689-6466<br><br>• Walk-ins or appointments<br>• Legal Orientation for those in removal proceedings<br>• Asylum, Adjustment of Status, Cancellation of Removal for LPR and non-LPR, waivers, motions, and other applications for relief<br>• All Immigration Matters<br>• Languages: Spanish, Haitian Creole, and other languages arranged | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Miami Immigration Court Juvenile Docket

| Miami, Florida | |
|---|---|
| **Church World Service\***<br><br>Miami Office:<br>1924 NW 84 Avenue<br>Doral, FL 33126<br>Tel: (305) 774-6770<br>www.cwssoutheast.org<br><br>Palm Beach Office:<br>200 Congress Park Drive, Suite 201<br>Delray Beach, FL 33445<br>Tel: (651) 266-0624<br><br>Broward Office:<br>3215 NW 10th Terr, Suite 209 B<br>Ft. Lauderdale, FL 33309<br>Tel: (954) 689-6466<br><br>• Walk-ins or appointments<br>• Legal Orientation for those in removal proceedings<br>• Asylum, Adjustment of Status, Cancellation of Removal for LPR and non-LPR, waivers, motions, and other applications for relief<br>• All Immigration Matters<br>• Languages: Spanish, Haitian Creole, and other languages arranged | **Americans for Immigrant Justice\***<br><br>6355 NW 36 Street, Suite 309<br>Miami, FL 33166<br>Tel: (786) 454-8565<br>clpreferrals@aijustice.org<br>www.aijustice.org<br><br>• No walk-ins. Must call to make an appointment |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Orlando Immigration Court

| Orlando, Florida (page 1 of 2) | |
|---|---|
| **Family and Immigration Rights Center (FIRC)***<br><br>215 E. Fifth Avenue<br>Tallahassee, FL 32303<br><br>P.O. Box 11331<br>Tallahassee, FL 32302<br>Tel: (850) 739-0017<br>info@firclaw.org<br>www.firclaw.org<br><br>• Family and Immigration Rights Center (FIRC) provides no cost representation to unaccompanied children in North Florida, South Georgia, and South Alabama | **ABA Commission on Immigration Detention Information Hotline***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org |
| **Orlando Center for Justice***<br><br>1300 N. Semoran Boulevard, Suite 120<br>Orlando, FL 32807<br>Tel: (407) 279-1802<br>Fax: (407) 279-1802<br>help@orlandojustice.org<br>www.orlandojustice.org<br><br>• No walk-ins<br>• Call or email to set up an appointment<br>• Unaccompanied children's cases only (under 18 years old at time of referral) | • Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |
|  | **Florida Legal Services, Inc.***<br><br>934 N. Magnolia Avenue, Suite 227<br>Orlando, FL 32803<br>Tel: (855) 573-5225<br>laura.pichardo-cruz@floridalegal.org<br><br>• No walk-ins<br>• Please call to make an appointment |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Orlando Immigration Court

| Orlando, Florida (page 2 of 2) | |
|---|---|
| **Kids In Need of Defense (KIND) - Orlando Field Office\***<br><br>121 S. Orange Ave., Suite 1500<br>Orlando, FL 32801<br>Tel: (689) 800-7515<br>infoorlando@supportkind.org<br>www.supportkind.org<br><br>• No walk-ins<br>• Call or email to set up appointment<br>• Unaccompanied children's cases only (under 18 years old at time of referral); SIJS; Asylum; U/T Visas<br>• Languages: Spanish (interpretation for other languages available upon request) | **Catholic Charities of Central Florida\***<br><br>1771 North Semoran Boulevard, Suite C<br>Orlando, FL 32807<br>Tel: (407) 658-0110<br>Fax: (407) 601-0738<br>legalservices@cflcc.org<br>www.cflcc.org<br><br>• Representation limited to non-detained persons<br>• We are currently focusing on providing services to persons from Cuba, Haiti, Afghanistan, and Ukraine<br>• Languages: Spanish, Portuguese, Haitian Creole, French |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

**List of Pro Bono Legal Service Providers**

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

# GEORGIA

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Atlanta Immigration Court

| Atlanta, Georgia |
|---|

**Family and Immigration Rights Center (FIRC)***

215 E. Fifth Avenue
Tallahassee, FL 32303

P.O. Box 11331
Tallahassee, FL 32302

Tel: (850) 739-0017
info@firclaw.org
www.firclaw.org

- Family and Immigration Rights Center (FIRC) provides no cost representation to unaccompanied children in North Florida, South Georgia, and South Alabama

**Georgia Asylum and Immigration Network, Inc.***

P.O. Box 56268
Atlanta, GA 30343
Tel: (678) 335-6040
help@georgiaasylum.org
www.georgiaasylum.org

- Please call for an appointment
- Affirmative Asylum, Defensive Asylum, VAWA, U-Visa, T-Visa

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Stewart Immigration Court

| Lumpkin, Georgia | |
|---|---|
| **Amica Center for Immigrant Rights\*** (formerly Capital Area Immigrants' Rights (CAIR) Coalition)<br><br>Main Office:<br>1025 Connecticut Avenue NW, Suite 701<br>Washington, DC 20036<br><br>Baltimore Office:<br>1 North Charles Street, Suite 2305<br>Baltimore, MD 21201<br><br>Tel: (202) 331-3320 (Main Line)<br>Tel: (202) 331-3329 (Detention Line)<br>Fax: (202) 331-3341<br><br>For Help with DETAINED ADULTS:<br>Email: adults@caircoalition.org | **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |
| www.amicacenter.org<br><br>• Provides immigration legal services to detained adults and children in DC, Maryland, and Virginia<br>• Languages: Spanish with interpretation available for other languages | **Immigration Justice Campaign\*\***<br><br>2001 L Street NW, Suite 500 #2026<br>Washington, DC 20036<br>Tel: (202) 946-8271<br>justice@immcouncil.org |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated July 2026

# HAWAII

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Honolulu Immigration Court

| Honolulu, Hawaii | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\*** <br><br> 1050 Connecticut Avenue, NW, Unit 400 <br> Washington, DC 20036 <br> immcenter@americanbar.org <br> www.americanbar.org/groups/public_interest/ immigration/ <br><br> • Pro se case assistance for detained respondents only <br> • Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150# <br> • To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org <br> • Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **The Legal Clinic\*** <br><br> 1001 Bishop Street, Suite 1120 <br> Honolulu, HI 96813 <br> Tel: (808) 777-7071 <br> www.tlchawaii.org |
| | **Pacific Gateway Center\*** <br><br> 723 C. Umi Street <br> Honolulu, HI 96819 <br> Tel: (808) 978-4520 <br> ucp@pacificgatewaycenter.org <br><br> • Intake hours: 9:00AM-5:00PM Monday-Friday <br> • No walk-ins <br> • Please call for an appointment <br> • Representation limited to juveniles under the age of 18 who have been designated unaccompanied children by the Office of Refugee Resettlement <br> • Will not represent individuals in detention |
| **The Legal Aid Society of Hawaii\*** <br><br> 245 N. Kukui Street, Suite 206 <br> Honolulu, HI 96817 <br> Tel: (808) 380-5235 <br> contacthijc@legalaidhawaii.org <br> www.legalaidhawaii.org <br><br> • Organization may provide assistance to victims of domestic abuse, victims of human trafficking, victims of serious (U qualifying) crimes, lawful permanent residents, COFA immigrants, asylees, and refugees, those with withholding of removal, and others in accordance with 45 CFR § 1626 | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

# ILLINOIS

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Chicago Immigration Court

| Chicago, Illinois (page 1 of 2) | |
|---|---|
| **National Immigrant Justice Center***<br><br>111 W. Jackson Blvd.<br>Chicago, IL 60604<br><br>110 East Washington Street<br>Goshen, IN 46528<br><br>615 N. Alabama Street, Suite 126<br>Indianapolis, IN 46204<br><br>Tel: (312) 660-1370<br>nijcild@immigrantjustice.org<br>www.immigrantjustice.org<br><br>• Representation limited to low-income immigrants<br>• Provides free legal information to unrepresented individuals at court Monday-Wednesday<br>• Detained adults: call on Tuesdays from 11AM-2PM CT, telephone for detainees: (312) 583-9721, telephone for family members calling about a detainee: (773) 672-6599<br>• LGBT individuals (detained and non-detained) call on Wednesdays or Fridays from 10AM-12PM CT at: (773) 672-6551<br>• For free information about the immigration court process, possible legal options, and how to find legal representation, contact the National Immigrant Justice Center's hotline for unrepresented individuals at (312) 660-1328<br>• Available to assist individuals on the Recent Arrival (RA) docket<br>• Languages: Spanish and French | **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |
| | **Children's Legal Center***<br><br>1100 W. Cermak Road, Suite 422<br>Chicago, IL 60608<br>Tel: (312) 722-6642<br>laura@childrenslegalcenterchicago.org<br><br>• Represents detained and non-detained children |
| | **Western Illinois Dreamers***<br><br>204 W. Jefferson Street<br>Macomb, IL 61455<br>Tel: (217) 391-6860<br>legal@westernillinoisdreamers.org<br>www.westernillinoisdremers.org<br><br>• No criminal background |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Chicago Immigration Court

| Chicago, Illinois (page 2 of 2) | |
|---|---|
| **Law Office of the Cook County Public Defender***<br><br>69 W. Washington Street, Suite 1600<br>Chicago, IL 60602<br>Tel: (312) 603-0636<br>Fax: (773) 404-3306<br>pdimmigrationunit@cookcountyil.gov<br>www.cookcountypublicdefender.org<br><br>• Detained: Cook County, IL residents in ICE custody<br>• Non-detained: Prior/current Public Defender clients only<br>• Please contact us on Wednesdays between 9AM and 11AM at (312) 603-0636<br>• Languages: All staff speak Spanish and have access to an interpreter line | **Migrant & Immigrant Community Action (MICA) Project***<br><br>2650 Cherokee Street<br>St. Louis, MO 63118<br>Tel: (314) 995-6995<br>Fax: (314) 735-4359<br>info@mica-project.org<br>www.mica-project.org<br><br>• Accepts clients from eastern half of MO and Southern IL |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Chicago Immigration Court Juvenile Docket

| Chicago, Illinois |
|---|

**Children's Legal Center***

1100 W. Cermak Road, Suite 422
Chicago, IL 60608
Tel: (312) 722-6642
laura@childrenslegalcenterchicago.org

• Represents detained and non-detained children

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

**List of Pro Bono Legal Service Providers**

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated July 2026

# INDIANA

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Indianapolis Immigration Court

| Indianapolis, Indiana | |
|---|---|
| **National Immigrant Justice Center\*** <br><br> 110 E. Washington Street <br> Goshen, IN 46528 <br> Tel: (312) 660-1370 <br> nijcild@immigrantjustice.org <br><br> • Detained immigrants may call collect at (312) 583-9721 or use the pro bono platform and NIJC's 3-digit code: 565 | **ABA Commission on Immigration Detention Information Hotline\*\*** <br><br> 1050 Connecticut Avenue, NW, Unit 400 <br> Washington, DC 20036 <br> immcenter@americanbar.org <br> www.americanbar.org/groups/public_interest/immigration/ <br><br> • Pro se case assistance for detained respondents only |
| **Law Office of the Cook County Public Defender\*** <br><br> 69 W. Washington Street, Suite 1600 <br> Chicago, IL 60602 <br> Tel: (312) 603-0636 <br> Fax: (773) 404-3306 <br> pdimmigrationunit@cookcountyil.gov <br> www.cookcountypublicdefender.org <br><br> • Cook County, IL residents in ICE custody only | • Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150# <br> • To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org <br> • Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

# LOUISIANA

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## LaSalle Immigration Court

| Jena, Louisiana | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/<br>immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs<br>  Enforcement (ICE) or Bureau of Prisons (BOP)<br>  facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by<br>  ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense<br>  (DOD) military facilities (including Guantanamo)<br>  should contact our toll-free hotline at<br>  1 (855) 641-6081 | **ISLA: Immigration Services and Legal Advocacy\***<br><br>3801 Canal Street, Suite 210<br>New Orleans, LA 70119<br>Tel: (504) 265-0416<br>admin@islaimmigration.org<br><br>• No walk-ins<br>• Please call for an appointment |
| | **Advocates for Immigrant Rights\***<br><br>815 N. McLean Blvd., Third Floor<br>Memphis, TN 38107<br>Tel: (901) 729-9560<br>Fax: (901) 432-2685<br>advocates@airlegal.org<br>www.airlegal.org<br><br>• For calls from detention, dial: (901) 206-4440 |
| **Immigration Justice Campaign\*\***<br><br>2001 L Street NW, Suite 500 #2026<br>Washington, DC 20036<br>Tel: (202) 946-8271<br>justice@immcouncil.org | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## New Orleans Immigration Court

| New Orleans, Louisiana |
| --- |

**Loyola University New Orleans College of Law,**
Stuart H. Smith Law Clinic*

7214 St. Charles Avenue, Box 902
New Orleans, LA 70118
Tel: (504) 861-5590
Fax: (504) 861-5532
hkusuda@loyno.edu
www.law.loyno.edu/centers/stuart-h-smith-law-clinic

- All matters including asylum, withholding of removal, and relief under UN Convention Against Torture
- Appearance/representation limited to academic semester

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Oakdale Immigration Court

| Oakdale, Louisiana | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/<br>immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **ISLA: Immigration Services and Legal Advocacy\***<br><br>3801 Canal Street, Suite 210<br>New Orleans, LA 70119<br>Tel: (504) 265-0416<br>admin@islaimmigration.org<br><br>• No walk-ins<br>• Please call for an appointment |
| | **Advocates for Immigrant Rights\***<br><br>P.O. Box 41734<br>Memphis, TN 38174<br>Tel: (901) 729-9560<br>Fax: (901) 432-2685<br>advocates@airlegal.org |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

*  Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

# MARYLAND

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# List of Pro Bono Legal Service Providers

* Non-Profit Organization
** Referral Service
*** Private Attorney

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Baltimore Immigration Court

| Baltimore, Maryland (page 1 of 2) | |
|---|---|
| **Kids In Need of Defense (KIND) - Baltimore Field Office***<br><br>1 South Street, Suite 1100<br>Baltimore, MD 21202<br>Tel: (410) 646-8007<br>Fax: (410) 646-8019<br>infobaltimore@supportkind.org<br>www.supportkind.org<br><br>• KIND only represents unaccompanied children/ KIND solo representa a niños no acompañados<br>• No walk-ins; Please call to schedule an appointment<br>• No se atiende sin cita; Favor de llamar para hacer una cita | **Human Rights First****<br><br>825 21st Street NW, PMB 253<br>Washington, DC 20006<br>Tel: (202) 370-3313<br>Dcprobono@humanrightsfirst.org<br>www.humanrightsfirst.org/asylum/asylum-seekers-and-potential-clients<br><br>• Represents indigents individuals and families seeking asylum<br>• By appointment only. Please note we do not accept walk-ins<br>• Languages: Spanish, French, and other languages as needed |
| **HIAS (Silver Spring)***<br><br>1300 Spring Street, Suite 500<br>Silver Spring, MD 20910<br>Tel: (301) 844-7248<br>www.hias.org<br><br>• Must fear return to country of origin<br>• No walk-ins<br>• Schedule a consultation by calling (301) 844-7248 on the first Friday of each month<br>• Languages: Spanish, Farsi/Dari, Pashto, and interpreters available | **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |
| **Center for Applied Legal Studies, Georgetown Law***<br><br>600 New Jersey Avenue NW<br>Washington, DC 20001<br>Tel: (202) 622-9100<br>Lawcalsclinic@georgetown.edu<br><br>• Asylum cases only | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# List of Pro Bono Legal Service Providers

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Baltimore Immigration Court

| Baltimore, Maryland (page 2 of 2) | |
|---|---|
| **Amica Center for Immigrant Rights\***<br>(formerly Capital Area Immigrants' Rights (CAIR) Coalition)<br><br><u>Main Office:</u><br>1025 Connecticut Avenue NW, Suite 701<br>Washington, DC 20036<br>Tel: (202) 331-3320 (Main Line)<br>Tel: (202) 331-3329 (Detention Line)<br>Fax: (202) 331-3341<br>www.amicacenter.org<br><br>To refer someone who is DETAINED:<br>Complete this form: www.amicacenter.org/get-help<br>Spanish: www.amicacenter.org/es/obtenga/ayuda<br><br>• Provides immigration legal services to detained adults and children in DC, Maryland, and Virginia | **Immigration Legal Services, Esperanza Center, Catholic Charities of Baltimore\***<br><br>430 S. Broadway<br>Baltimore, MD 21231<br>Tel: (667) 600-2922<br>Fax: (667) 600-4026<br>ilsinfo@cc-md.org<br>www.cc-md.org/esperanza<br><br>• Pro bono services for victims of crime and most unaccompanied minors<br>• Family and humanitarian-based immigration legal services for nominal fee, with fee waiver available<br>• Pro bono case placement and mentorship |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Baltimore Immigration Court Juvenile Docket

| Baltimore, Maryland | |
|---|---|
| **Kids In Need of Defense (KIND) - Baltimore Field Office\*** <br><br> 1 South Street, Suite 1100 <br> Baltimore, MD 21202 <br> Tel: (410) 646-8007 <br> Fax: (410) 646-8019 <br> infobaltimore@supportkind.org <br> www.supportkind.org <br><br> • KIND only represents unaccompanied children/ KIND solo representa a niños no acompañados <br> • No walk-ins; Please call to schedule an appointment <br> • No se atiende sin cita; Favor de llamar para hacer una cita | **Amica Center for Immigrant Rights\*** <br> (formerly Capital Area Immigrants' Rights (CAIR) Coalition) <br><br> <u>Main Office:</u> <br> 1025 Connecticut Avenue NW, Suite 701 <br> Washington, DC 20036 <br> Tel: (202) 331-3320 (Main Line) <br> Tel: (202) 331-3329 (Detention Line) <br> Fax: (202) 331-3341 <br> www.amicacenter.org <br><br> To refer someone who is DETAINED: <br> Complete this form: www.amicacenter.org/get-help <br> Spanish: www.amicacenter.org/es/obtenga/ayuda |
| **Immigration Legal Services, Esperanza Center, Catholic Charities of Baltimore\*** <br><br> 430 S. Broadway <br> Baltimore, MD 21231 <br> Tel: (667) 600-2922 <br> Fax: (667) 600-4026 <br> ilsinfo@cc-md.org <br> www.cc-md.org/esperanza <br><br> • Pro bono services for victims of crime and most unaccompanied minors <br> • Family and humanitarian-based immigration legal services for nominal fee, with fee waiver available <br> • Pro bono case placement and mentorship | • Provides immigration legal services to detained adults and children in DC, Maryland, and Virginia |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Hyattsville Immigration Court

| Hyattsville, Maryland (page 1 of 2) | |
|---|---|
| **Amica Center for Immigrant Rights\*** (formerly Capital Area Immigrants' Rights (CAIR) Coalition)<br><br>Main Office:<br>1025 Connecticut Avenue NW, Suite 701<br>Washington, DC 20036<br><br>Baltimore Office:<br>1 North Charles Street, Suite 2305<br>Baltimore, MD 21201<br><br>Tel: (202) 331-3320 (Main Line)<br>Tel: (202) 331-3329 (Detention Line)<br>Fax: (202) 331-3341<br><br>For Help with DETAINED ADULTS:<br>Email: adults@caircoalition.org<br><br>For Help with DETAINED CHILDREN:<br>Email: children@caircoalition.org<br><br>www.amicacenter.org<br><br>• Provides immigration legal services to detained adults and children in DC, Maryland, and Virginia<br>• Languages: Spanish with interpretation available for other languages | **Kids In Need of Defense (KIND) - Baltimore Field Office\***<br><br>1 South Street, Suite 1100<br>Baltimore, MD 21202<br>Tel: (410) 646-8007<br>Fax: (410) 646-8019<br>infobaltimore@supportkind.org<br>www.supportkind.org<br><br>• KIND only represents unaccompanied children/ KIND solo representa a niños no acompañados<br>• No walk-ins; Please call to schedule an appointment<br>• No se atiende sin cita; Favor de llamar para hacer una cita |
| | **Human Rights First\*\***<br><br>825 21st Street NW, PMB 253<br>Washington, DC 20006<br>Tel: (202) 370-3313<br>Dcprobono@humanrightsfirst.org<br>www.humanrightsfirst.org/asylum/asylum-seekers-and-potential-clients<br><br>• Represents indigents individuals and families seeking asylum<br>• By appointment only. Please note we do not accept walk-ins<br>• Languages: Spanish, French, and other languages as needed |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Hyattsville Immigration Court

| Hyattsville, Maryland (page 2 of 2) | |
|---|---|
| **Kids In Need of Defense (KIND)\*** <br><br> Washington, DC Office: <br> 1411 K Street, Suite 200 <br> Washington, DC 20005 <br> Tel: (202) 670-3585 <br> Fax: (202) 640-2609 <br> infodc@supportkind.org <br> www.supportkind.org <br><br> • KIND only represents minors and unaccompanied children/KIND ayuda a menores de edad y niño/as no- acompañados <br> • KIND's Washington, DC office provides legal services to children living in Washington, DC | **HIAS (Silver Spring)\*** <br><br> 1300 Spring Street, Suite 500 <br> Silver Spring, MD 20190 <br> Tel: (301) 844-7248 <br> www.hias.org <br><br> • Must fear return to country of origin <br> • No walk-ins. Contact legal intake line at (301) 844-7248 on the first Friday of each month between 9AM and 3PM <br> • Languages: Interpreters available |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers
http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated July 2026

# MASSACHUSETTS

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Boston Immigration Court

| Boston, Massachusetts (page 1 of 2) | |
|---|---|
| **Political Asylum/Immigration Representation Project (PAIR)\*** <br><br> 98 North Washington Street, Suite 106 <br> Boston, MA 02114 <br> Tel: (617) 742-9296 <br> Fax: (617) 742-9385 <br> info@pairproject.org <br> www.pairproject.org <br><br> • Clients must meet income eligibility guidelines <br> • Asylum applicants, unaccompanied minors, U/T Visa, and detained asylum seekers on a limited basis <br> • Phone intake for detainees, asylum seekers, and families from 1PM-3PM, Monday-Thursday <br> • Detained individuals can email PAIR at detention@pairproject.org <br> • Legal presentation and intake conducted at local correctional facilities with ICE units from the Plymouth County Correctional Facility, MA and Donald W. Wyatt Detention Facility, RI | **Kids In Need of Defense (KIND) - Boston Field Office\*** <br><br> Boston Field Office: <br> 11 Beacon Street, Suite 820 <br> Boston, MA 02108 <br> Tel: (617) 207-4138 <br> Fax: (617) 336-7438 <br> infoboston@supportkind.org <br> www.supportkind.org <br><br> • KIND only represents unaccompanied children <br> • KIND solo representa a ninos y ninas no-acompanados/as <br> • No walk-ins, please call to schedule an appointment <br> • No se atiende sin cita; favor de llamar para hacer una cita |
| **De Novo Center for Justice and Healing\*** <br><br> 47 Thorndike Street, SB-LL-1 <br> Cambridge, MA 02141 <br> Tel: (617) 661-1010 <br> Fax: (617) 661-1011 <br> jfroio@denovo.org <br> www.denovo.org | **Mabel Center for Immigrant Justice\*** <br><br> 200 Portland Street 5th Floor <br> Boston, MA 02114 <br> Tel: (617) 417-4325 <br> www.mabelcenter.org <br><br> • Language: Spanish; Se habla español <br> • Non-detained & Defensive Asylum cases only <br> • Call (617) 417-4325 for an intake |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Boston Immigration Court

| Boston, Massachusetts (page 2 of 2) | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **IFSI - USA (Immigrant Family Services Institute, Inc.)***<br><br>1626 Blue Hill Avenue<br>Mattapan, MA 02126<br>Tel: (617) 322-1348<br>info@ifsi-usa.org<br><br>• Pro se asylum applications<br>• Languages: Haitian Creole, French, English, and Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Boston Immigration Court Juvenile Docket

| Boston, Massachusetts | |
|---|---|
| **Kids In Need of Defense (KIND) - Boston Field Office\***<br><br>Boston Field Office:<br>11 Beacon Street, Suite 820<br>Boston, MA 02108<br>Tel: (617) 207-4138<br>Fax: (617) 336-7438<br>infoboston@supportkind.org<br>www.supportkind.org<br><br>• KIND only represents unaccompanied children<br>• KIND solo representa a ninos y ninas no-acompanados/as<br>• No walk-ins, please call to schedule an appointment<br>• No se atiende sin cita; favor de llamar para hacer una cita | **De Novo Center for Justice and Healing\***<br><br>47 Thorndike Street, SB-LL-1<br>Cambridge, MA 02141<br>Tel: (617) 661-1010<br>Fax: (617) 661-1011<br>jfroio@denovo.org<br>www.denovo.org |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Chelmsford Immigration Court

| Chelmsford, Massachusetts (page 1 of 2) |
|---|

**ABA Commission on Immigration Detention Information Hotline\*\***

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/
immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Immigrant Legal Advocacy Project (ILAP)\***

489 Congress Street, 3rd Floor
Portland, ME 04101
Tel: (207) 780-1593
Fax: (207) 699-2313
info@ilapmaine.org
www.ilapmaine.org

- Representation in asylum, U/T, SIJ, VAWA
- Representation in removal proceedings
- Pro se immigration forms assistance and consultations
- Representation limited to residents of Maine

**Political Asylum/Immigration Representation Project (PAIR)\***

98 North Washington Street, Suite 106
Boston, MA 02114
Tel: (617) 742-9296
Fax: (617) 742-9385
info@pairproject.org
www.pairproject.org

- Clients must meet income eligibility guidelines
- Asylum applicants, unaccompanied minors, U/T Visa, and detained asylum seekers on a limited basis
- Phone intake for detainees and families from 1PM-3PM, Monday-Thursday
- Know your rights presentations conducted at local correctional facilities with ICE units from the Plymouth County Correctional Facility, MA and Donald W. Wyatt Detention Facility, RI

**Central West Justice Center - An affiliate of Community Legal Aid\***

370 Main Street, Suite 200
Worcester, MA 01608
Tel: (855) 252-5342
www.communitylegal.org

- Serves low-income residents of Central & Western Massachusetts

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Chelmsford Immigration Court

| Chelmsford, Massachusetts (page 2 of 2) |
|---|

| **Kids In Need of Defense (KIND) - Boston Field Office\*** | **IFSI - USA (Immigrant Family Services Institute, Inc.)\*** |
|---|---|
| Boston Field Office:<br>11 Beacon Street, Suite 820<br>Boston, MA 02108<br>Tel: (617) 207-4138<br>Fax: (617) 336-7438<br>infoboston@supportkind.org<br><br>Providence Field Office:<br>225 Dyer Street, 2nd Floor<br>Providence, RI 02903<br>Tel: (401) 259-0353<br>infoprovidence@supportkind.org<br><br>• KIND only represents unaccompanied children<br>• KIND solo representa a ninos y ninas no-acompanados/as<br>• No walk-ins, please call to schedule an appointment<br>• No se atiende sin cita; favor de llamar para hacer una cita | 1626 Blue Hill Avenue<br>Mattapan, MA 02126<br>Tel: (617) 322-1348<br>info@ifsi-usa.org<br><br>• Pro se asylum applications<br>• Languages: Haitian Creole, French, English, and Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

**List of Pro Bono Legal Service Providers**

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

# MICHIGAN

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Detroit Immigration Court

| Detroit, Michigan | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Michigan Immigrant Rights Center\***<br><br>7700 Second Avenue, Suite 603<br>Detroit, MI 48202<br>Tel: (734) 239-6863<br>Fax: (734) 998-9125<br>www.michiganimmigrant.org/<br><br>• No walk-in intake available<br>• Please call for an appointment<br>• Instructions for detained callers on MIRC website and posted in jails<br>• Intake hours: 9AM-5PM (Monday - Thursday)<br>• Detainees call (734) 794-9963 9AM-5PM (Monday - Friday) |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

# MINNESOTA

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Fort Snelling Immigration Court

| Fort Snelling, Minnesota |
|---|

**South Dakota Voices for Peace***

P.O. Box 600
Sioux Falls, SD 57101
Tel: (605) 782-9560
Fax: (612) 341-2971
info@southdakotavoicesforpeace.org
www.sdvfpeace.org

- Will assist UAC and victims of crimes
- Will not represent individuals in detention
- No criminal cases
- Intake hours Monday-Friday, 9AM-5PM
- Primary residence must be located in South Dakota
- Languages: Spanish, interpreters for other languages available upon request

**ABA Commission on Immigration Detention Information Hotline***

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**The Advocates for Human Rights***

330 Second Avenue South, Suite 800
Minneapolis, MN 55401
Tel: (612) 341-3302
hrights@advrights.org
www.theadvocatesforhumanrights.org

- No walk-ins
- Intake hours: Tuesday 10AM-12PM and Thursday 12PM-2PM by phone (612) 341-9845 or online at www.theadvocatesforhumanrights.org
- Asylum, Survivors of Trafficking, Unaccompanied Minors, Detention
- Limited to residents of MN, ND, and SD

**Immigrant Law Center of Minnesota***

450 North Syndicate, Suite 200
St. Paul, MN 55104
Tel: (651) 641-1011
Fax: (651) 641-1131
oficinalegal@ilcm.org
www.ilcm.org

- Represent low-income immigrants of any nationality detained or residing in MN
- ICE detainees can check website or call (651) 641-1011 for detention line schedule
- Limited capacity
- Languages: Spanish and Karen

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Fort Snelling Immigration Court Juvenile Docket

| Fort Snelling, Minnesota | |
|---|---|
| **South Dakota Voices for Peace\*** <br><br> P.O. Box 600 <br> Sioux Falls, SD 57101 <br> Tel: (605) 782-9560 <br> Fax: (612) 341-2971 <br> info@southdakotavoicesforpeace.org <br> www.sdvfpeace.org <br><br> • Will assist UAC and victims of crimes <br> • Will not represent individuals in detention <br> • No criminal cases <br> • Intake hours Monday-Friday, 9AM-5PM <br> • Primary residence must be located in South Dakota <br> • Languages: Spanish, interpreters for other languages available upon request | **Immigrant Law Center of Minnesota\*** <br><br> 450 North Syndicate, Suite 200 <br> St. Paul, MN 55104 <br> Tel: (651) 641-1011 <br> Fax: (651) 641-1131 <br> oficinalegal@ilcm.org <br> www.ilcm.org <br><br> • Represent low-income immigrants of any nationality detained or residing in MN <br> • ICE detainees can check website or call (651) 641-1011 for detention line schedule <br> • Limited capacity <br> • Languages: Spanish and Karen |
| | **The Advocates for Human Rights\*** <br><br> 330 Second Avenue South, Suite 800 <br> Minneapolis, MN 55401 <br> Tel: (612) 341-9845 <br> www.theadvocatesforhumanrights.org <br><br> • No walk-ins <br> • Intake hours: Tuesday 10AM-12PM and Thursday 12PM-2PM by phone (612) 341-9845 or online at www.theadvocatesforhumanrights.org <br> • Asylum, Survivors of Trafficking, Unaccompanied Minors, Detention <br> • Limited to residents of MN, ND, and SD |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated July 2026

# MISSOURI

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Kansas City Immigration Court

### Kansas City, Missouri

**St. Francis Community Services / Catholic Legal Assistance Ministry (SFCS/CLAM)***

100 N. Tucker Blvd., Suite 726
Saint Louis, MO  63101-1915
Tel: (314) 977-2775
Fax: (314) 977-3334
sfcsstl.org

- Limited to low-income individuals living in counties of the Archdiocese of Saint Louis
- Languages: Spanish and Arabic

**Migrant & Immigrant Community Action (MICA) Project***

2650 Cherokee Street
Saint Louis, MO 63118
Tel: (314) 995-6995
Fax: (314) 735-4359
info@mica-project.org
www.mica-project.org

- Accepts clients from eastern half of MO and Southern IL

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Kansas City Immigration Court Juvenile Docket

| Kansas City, Missouri |
|---|
| **St. Francis Community Services / Catholic Legal Assistance Ministry (SFCS/CLAM)***<br><br>100 N. Tucker Blvd., Suite 726<br>Saint Louis, MO  63101-1915<br>Tel: (314) 977-2775<br>Fax: (314) 977-3334<br>sfcsstl.org<br><br>• Limited to low-income individuals living in counties of the Archdiocese of Saint Louis<br>• Languages: Spanish and Arabic |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

*  Non-Profit Organization
** Referral Service
*** Private Attorney

**List of Pro Bono Legal Service Providers**

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

# NEBRASKA

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Omaha Immigration Court

| Omaha, Nebraska | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Nebraska Immigration Legal Assistance Hotline\*\***<br><br>4223 Center Street<br>Omaha, NE 68105<br>Tel: 1 (855) 307-6730<br>www.ciraconnect.org/contact-us/<br><br>• NILAH is a centralized hotline for low-income individuals seeking immigration legal assistance<br>• NILAH access specialists are bilingual in English and Spanish and they have access to the Language Line to communicate with callers who speak other languages<br>• NILAH screens callers who may need representation in removal proceedings, humanitarian or family-based immigration applications<br>• Languages: Spanish and English, and 240+ languages through the Language Line |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Omaha Immigration Court Juvenile Docket

| Omaha, Nebraska |
| --- |

**Nebraska Immigration Legal Assistance Hotline\*\***

4223 Center Street
Omaha, NE 68105
Tel: 1 (855) 307-6730
www.ciraconnect.org/contact-us/

- NILAH is a centralized hotline for low-income individuals seeking immigration legal assistance
- NILAH access specialists are bilingual in English and Spanish and they have access to the Language Line to communicate with callers who speak other languages
- NILAH screens callers who may need representation in removal proceedings, humanitarian or family-based immigration applications
- Languages: Spanish and English, and 240+ languages through the Language Line

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

**List of Pro Bono Legal Service Providers**

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

# NEVADA

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Las Vegas Immigration Court

| Las Vegas, Nevada | |
|---|---|
| **UNLV Immigration Clinic\*** <br><br> Physical Address: <br> 1212 Casino Center Blvd. <br> Las Vegas, Nevada 89104 <br><br> Mailing Address: <br> P.O. Box 71075 <br> Las Vegas, NV 89170-1075 <br><br> Tel: (702) 895-3000 <br> immigrationclinic@unlv.nevada.edu <br> www.law.unlv.edu/clinics/immigration <br><br> • Unaccompanied children <br> • People in immigration (ICE) detention <br> • Members of the University of Las Vegas Community | **ABA Commission on Immigration Detention Information Hotline\*\*** <br><br> 1050 Connecticut Avenue, NW, Unit 400 <br> Washington, DC 20036 <br> immcenter@americanbar.org <br> www.americanbar.org/groups/public_interest/ immigration/ <br><br> • Pro se case assistance for detained respondents only <br> • Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150# <br> • To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org <br> • Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |
| **Catholic Charities of Southern Nevada, Immigration Services\*** <br><br> 1511 Las Vegas Blvd. North <br> Las Vegas, NV 89101 <br> Tel: (702) 383-8387 <br> Fax: (702) 436-1579 <br> immigration@catholiccharities.com <br> www.catholiccharities.com <br><br> • Will represent respondents in asylum proceedings | **Legal Aid Center of Southern Nevada\*** <br><br> 725 E. Charleston Blvd. <br> Las Vegas, NV 89104 <br> Tel: (702) 386-1070 ext. 1443 <br> info@lacsn.org <br> www.lacsn.org <br><br> • Specializes in children's cases |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

# NEW JERSEY

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Elizabeth Immigration Court

| Elizabeth, New Jersey (page 1 of 2) | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Legal Services of New Jersey***<br><br>100 Metroplex Drive, Suite 101<br>Edison, NJ 08817<br>Tel: (732) 572-9100 ext. 8782<br>Fax: (732) 777-7070<br>www.lsnj.org or lsnjlawhotline.org<br><br>• Criminal law specialty (42A, 212(c), 212(h), challenging charges, etc.)<br>• Initial intake by phone or in person at detention center only<br>• No walk-ins<br>• Interpreters available<br>• Advice and relevant pro se assistance provided, at a minimum<br>• Habeas matters |
| | **Human Rights First****<br><br>121 W 36th Street, PMB 520<br>New York, NY 10018<br>Tel: (917) 320-9601<br>Nyprobono@humanrightsfirst.org<br>www.humanrightsfirst.org/asylum/asylum-seekers-and-potential-clients<br><br>• Represents indigent individuals and families seeking asylum<br>• Please note we do not accept walk-ins<br>• Languages: Spanish, French, Arabic, and others as needed |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Elizabeth Immigration Court

| Elizabeth, New Jersey (page 2 of 2) | |
|---|---|
| **Amica Center for Immigrant Rights\*** (formerly Capital Area Immigrants' Rights (CAIR) Coalition)<br><br>Main Office:<br>1025 Connecticut Avenue NW, Suite 701<br>Washington, DC 20036<br><br>Baltimore Office:<br>1 North Charles Street, Suite 2305<br>Baltimore, MD 21201<br><br>Tel: (202) 331-3320 (Main Line)<br>Tel: (202) 331-3329 (Detention Line)<br>Fax: (202) 331-3341<br><br>For Help with DETAINED ADULTS:<br>Email: adults@caircoalition.org<br><br>www.amicacenter.org<br><br>• Provides immigration legal services to detained adults and children in DC, Maryland, and Virginia<br>• Languages: Spanish with interpretation available for other languages | **American Friends Service Committee New Jersey Immigrant Rights Program\***<br><br>570 Broad Street, Suite 1001<br>Newark, NJ 07102<br>Tel: (973) 474-9861  (detained cases)<br>Tel: (973) 643-1924  (non-detained cases)<br>Fax: (973) 643-8924<br>www.afsc.org/programs/new-jersey-immigrant-rights<br><br>• Non-detained NJ removal cases<br>• No walk-ins please/Por favor no venga a la oficina en persona sin cita<br>• Languages: English, Spanish, French |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Elizabeth Immigration Court Juvenile Docket

| Elizabeth, New Jersey |
|---|

**American Friends Service Committee New Jersey Immigrant Rights Program***

570 Broad Street, Suite 1001
Newark, NJ 07102
Tel: (973) 474-9861  (detained cases)
Tel: (973) 643-1924  (non-detained cases)
Fax: (973) 643-8924
www.afsc.org/programs/new-jersey-immigrant-rights

• Non-detained NJ removal cases
• No walk-ins please/Por favor no venga a la oficina en persona sin cita
• Languages: English, Spanish, French

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Newark Immigration Court

### Newark, New Jersey (page 1 of 3)

**Legal Services of New Jersey\***

100 Metroplex Drive, Suite 101
Edison, NJ 08817
Tel: (732) 572-9100 ext. 8782
Fax: (732) 777-7070
www.lsnj.org or lsnjlawhotline.org

- Criminal law specialty (42A, 212(c), 212(h), challenging charges, etc.)
- Initial intake by phone or in person at detention center only
- No walk-ins
- Interpreters available
- Advice and relevant pro se assistance provided, at a minimum
- Habeas matters

**American Military Families Immigration Services, Inc. (AMFIS)\***

1177 Clinton Avenue, Suite 100
Irvington, NJ 07111
Tel: (973) 264-1111
Fax: (973) 264-1183
amfisinfo@gmail.com

- American Military Families Immigration Services, Inc. (AMFIS) is available to provide free legal services for individuals scheduled for Credible Fear Interviews and/or Asylum Merits Interviews

**Human Rights First\*\***

121 W 36th Street, PMB 520
New York, NY 10018
Tel: (917) 320-9601
Nyprobono@humanrightsfirst.org
www.humanrightsfirst.org/asylum/asylum-seekers-and-potential-clients

- Represents indigent individuals and families seeking asylum
- No walk-ins accepted
- Languages: Spanish, French, Arabic, and others as needed

**Catholic Charities of the Archdiocese of Newark\***

976 Broad Street
Newark, NJ 07102
Tel: (973) 733-3516
Fax: (973) 733-9631
immigration@ccannj.org
www.ccannj.org

- **Families** on dedicated dockets may contact Catholic Charities of Newark at (973) 733-3516 for **free information** about the immigration court process, possible legal options, and how to find legal representation.
- Languages: Spanish, French, Haitian Creole, and Portuguese

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\*  Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Newark Immigration Court

| Newark, New Jersey (page 2 of 3) | |
|---|---|
| **New Jersey Consortium for Immigrant Children\***<br><br>Tel: (201) 305-9217<br>legal@njcic.org<br>www.njcic.org<br><br>• Services are limited to children under age 21<br>• We strongly encourage referrals using our web form at www.njcic.org. If unable to use the web form, you may contact us by phone on Mondays 1PM-4:30PM, Wednesdays 1PM-4:30PM, and Fridays 9:30AM-1PM<br>• No walk-ins<br>• Languages: Spanish, Portuguese, telephonic interpretation for other languages<br>• Los servicios estan limitados a ninos menores de 21 anos<br>• Recomendamos que usen nuestro formulario en linea para enviar un referido. Si no pueden enviar un refirado en linea, se pueden comunicar con nostros por telefono los lunes 1PM-4:30PM, miercoles 1PM-4:30PM, y viernes 9:30AM-1PM<br>• No se aceptan visitas sin cita previa<br>• Idiomas: Espanol y Portugues, interpretacion telefonica para otros idiomas | **American Friends Service Committee New Jersey Immigrant Rights Program\***<br><br>89 Market Street, 6th floor<br>Newark, NJ 07102<br>Tel: (973) 474-9861  (detained cases)<br>Tel: (973) 643-1924  (non-detained cases)<br>Fax: (973) 643-8924<br>www.afsc.org/programs/new-jersey-immigrant-rights<br><br>• Non-detained NJ removal cases<br>• No walk-ins please/Por favor no venga a la oficina en persona sin cita<br>• Languages: English, Spanish, French |
| | **Dream Alive Foundation of NJ\***<br><br>101 Rte. 130 S, Suite 106 Adams Building<br>Cinnaminson, NJ 08077<br>Tel: (856) 314-8435<br>dreamalivefoundationofnj@gmail.com<br><br>• Will not represent individuals in detention<br>• Will not represent individuals with criminal cases<br>• No walk-ins, please call for an appointment |
| **Camden Center for Law and Social Justice\***<br><br>126 N. Broadway<br>Camden, NJ 08102<br>Tel: (856) 583-2950<br>Fax: (856) 583-2955<br>info@cclsj.org<br>www.cclsj.org<br><br>• Spanish Speaking staff<br>• Please call to schedule an appointment as we can only meet with clients who have an appointment scheduled | **Kids In Need of Defense (KIND) - Newark\***<br><br>50 Park Place, Suite 1401<br>Newark, NJ 07102<br>Tel: (862) 304-5680<br>infonewark@supportkind.org<br>www.supportkind.org<br><br>• KIND provides free legal services to unaccompanied children who live in the state of New Jersey<br>• Services by appointment only<br>• Languages: English and Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

## List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

### Newark Immigration Court

**Newark, New Jersey (page 3 of 3)**

**Casa de Esperanza***

213 West Union Avenue
Bound Brook, NJ 08805
Tel: (732) 748-1111
frontdesk1@casaesperanzanj.com
www.casaesperanzanj.org

• Please call for an appointment
• Representation limited to residents of New Jersey
• Will not represent persons with criminal cases nor those in detention
• Specialize in: Removal Proceedings, Special Immigrant Juvenile Status, TPS, DACA, Family, Naturalization
• Languages: English, Spanish, and ASL/Signed English

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Newark Immigration Court Juvenile Docket

| Newark, New Jersey (page 1 of 2) | |
|---|---|
| **Catholic Charities of the Archdiocese of Newark\*** <br><br> 976 Broad Street <br> Newark, NJ 07102 <br> Tel: (973) 733-3516 <br> Fax: (973) 733-9631 <br> immigration@ccannj.org <br> www.ccannj.org <br><br> • **Families** on dedicated dockets may contact Catholic Charities of Newark at (973) 733-3516 for **free information** about the immigration court process, possible legal options, and how to find legal representation. <br> • Languages: Spanish, French, Haitian Creole, and Portuguese | **American Friends Service Committee New Jersey Immigrant Rights Program\*** <br><br> 89 Market Street, 6th floor <br> Newark, NJ 07102 <br> Tel: (973) 474-9861  (detained cases) <br> Tel: (973) 643-1924  (non-detained cases) <br> Fax: (973) 643-8924 <br> www.afsc.org/programs/new-jersey-immigrant-rights <br><br> • Non-detained NJ removal cases <br> • No walk-ins please/Por favor no venga a la oficina en persona sin cita <br> • Languages: English, Spanish, French |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Newark Immigration Court Juvenile Docket

| Newark, New Jersey (page 2 of 2) | |
|---|---|
| **New Jersey Consortium for Immigrant Children\***<br><br>Tel: (201) 305-9217<br>legal@njcic.org<br>www.njcic.org<br><br>• Services are limited to children under age 21<br>• We strongly encourage referrals using our web form at www.njcic.org. If unable to use the web form, you may contact us by phone on Mondays 1PM-4:30PM, Wednesdays 1PM-4:30PM, and Fridays 9:30AM-1PM<br>• No walk-ins<br>• Languages: Spanish, Portuguese, telephonic interpretation for other languages<br>• Los servicios estan limitados a ninos menores de 21 anos<br>• Recomendamos que usen nuestro formulario en linea para enviar un referido. Si no pueden enviar un refirado en linea, se pueden comunicar con nostros por telefono los lunes 1PM-4:30PM, miercoles 1PM-4:30PM, y viernes 9:30AM-1PM<br>• No se aceptan visitas sin cita previa<br>• Idiomas: Espanol y Portugues, interpretacion telefonica para otros idiomas | **Camden Center for Law and Social Justice\***<br><br>126 N. Broadway<br>Camden, NJ 08102<br>Tel: (856) 583-2950<br>Fax: (856) 583-2955<br>info@cclsj.org<br>www.cclsj.org<br><br>• Spanish Speaking staff<br>• Please call to schedule an appointment as we can only meet with clients who have an appointment scheduled |
| | **Kids In Need of Defense (KIND) - Newark\***<br><br>50 Park Place, Suite 1401<br>Newark, NJ 07102<br>Tel: (862) 304-5680<br>infonewark@supportkind.org<br>www.supportkind.org<br><br>• KIND provides free legal services to unaccompanied children who live in the state of New Jersey<br>• Services by appointment only<br>• Languages: English and Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

**List of Pro Bono Legal Service Providers**

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

# NEW MEXICO

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\** Referral Service
\*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Otero Immigration Court

| Otero, New Mexico | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline**<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/<br>immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **New Mexico Immigrant Law Center\***<br><br>625 Silver Avenue SW, Suite 410<br>Albuquerque, NM 87102<br>Tel: (505) 247-1023<br>Fax: (505) 633-8056<br>info@nmilc.org<br>www.nmilc.org |
| | **Las Americas Immigrant Advocacy Center\***<br><br>1500 E. Yandell Drive<br>El Paso, TX 79902<br>Tel: (915) 544-5126<br>Fax: (915) 544-4041<br>administrator@las-americas.org<br>www.las-americas.org<br><br>• Asylum, Withholding of Removal, Convention Against Torture |
| **Estrella del Paso\***<br><br>2400 E. Yandell Dr.<br>El Paso, TX 79903-3617<br>Tel: (915) 532-3975<br>Fax: (915) 532-4071<br>info@estrella.org<br>www.estrelladelpaso.org | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

**List of Pro Bono Legal Service Providers**

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated July 2026

# NEW YORK

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Buffalo & Batavia Immigration Courts

| Buffalo & Batavia, New York | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Prisoners' Legal Services of New York, Immigration Unit\***<br><br>41 State Street, Suite M112<br>Albany, NY 12207<br>Tel: (518) 694-8699<br>Fax: (518) 694-4281<br><br>14 Lafayette Square, Suite 510<br>Buffalo, NY 14203<br>Tel: (716) 844-8266<br>Fax: (716) 854-1008<br><br>www.plsny.org<br><br>• Represents detained and non-detained individuals<br>• Minors and unaccompanied children residing in Upstate New York<br>• Handles all types of immigration cases<br>• Multilingual staff<br>• Criminal immigration expertise |
| **Erie County Bar Association Volunteer Lawyers Project, Inc.\***<br><br>Buffalo Office:<br>438 Main Street, Suite 7<br>Buffalo, NY 14202<br>Tel: (716) 847-0662 ext. 301 (non-detained & women)<br><br>Batavia Office:<br>45 Ellicott Street, Suite 1<br>Batavia, NY 14020<br>Tel: (716) 847-0752 (men detained at BFDF)<br><br>• Representation is limited to those that fall within our funding guidelines<br>• Representation of detention cases is limited to Buffalo Federal Detention Facility in Batavia, NY | **The Legal Aid Society of Rochester, NY\***<br><br>One West Main Street<br>Rochester, NY 14614<br>Tel: (585) 232-4090<br>Fax: (585) 232-2352<br>www.lasroc.org<br><br>• Assist in various immigration matters including affirmative and defensive asylum, VAWA, SIJS, Naturalization, Citizenship, Green Card renewal, and Removal Defense |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## New York Immigration Courts

### New York, New York (page 1 of 2)

**Human Rights First\*\***

121 W 36th Street, PMB 520
New York, NY 10018
Tel: (917) 320-9601
Nyprobono@humanrightsfirst.org
www.humanrightsfirst.org/asylum/asylum-seekers-and-potential-clients

- Represents indigent individuals and families seeking asylum
- Please note we do no accept walk-ins
- Languages: Spanish, French, Arabic, and others as needed

**Central American Legal Assistance (CALA)\***

240 Hooper Street
Brooklyn, NY 11211
Tel: (718) 486-6800
cala@igc.org
www.centralamericanlegal.info

- Call for appointment
- No walk-ins
- Removal defense for Central and South American asylum cases

**The Door\***

121 Avenue of the Americas
New York, NY 10013
Tel: (212) 941-9090 ext. 3280
legalhelp@door.org
www.door.org

- Services limited to individuals between the ages of 12-24 years old

**ABA Commission on Immigration Detention Information Hotline\*\***

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**La Victoria Foundation\***

3753 90th Street, Suite 13B
Jackson Heights, NY 11372
Tel: (347) 985-4079
recepcion@lavictoriafoundation.org
www.lavictoriafoundation.org

- Languages: Bilingual, staff speaks Spanish

**Council of Peoples Organization (COPO)\***

1077 Coney Island Avenue
Brooklyn, NY 11230
Tel: (718) 434-3266
Fax: (718) 859-2266
info@copo.org

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## New York Immigration Courts

| New York, New York (page 2 of 2) | |
|---|---|
| **Safe Horizon\***<br><br>2 Lafayette Street, 3rd Floor<br>Brooklyn, NY 10007<br>Tel: (212) 577-7700<br>www.safehorizon.org<br><br>• No walk-ins. By appointment only<br>• Representation limited to residents of New York City (the 5 boroughs)<br>• Represent survivors of violence, abuse, and exploitation<br>• Non-detained cases only<br>• Staff is bilingual Spanish/English with access to interpreter services for all other languages. | **HIAS (New York)\***<br><br>1359 Broadway, Suite 810<br>New York, NY 10018<br>Tel: (212) 613-1341<br>www.hias.org<br><br>• Must fear return to country of origin<br>• Contact Legal Intake Line: (212) 613-1341 first Friday of the month only<br>• Languages: Spanish and Russian, other languages via interpretation Services |
| **Sisters of St. Joseph - Long Island Immigration Clinic\***<br><br>164 3rd Avenue<br>Brentwood, NY 11717<br>Tel: (631) 966-4148<br>info@liimmigrationclinic.org<br>www.brentwoodcsj.org/liimmigrationclinic<br><br>• EOIR defensive removal representation (detained and non-detained), asylum/withholding/CAT, and all necessary motion practice<br>• We also handle SIJ matters, I-360/I-485, and related family-based petitions<br>• Languages: Spanish and Haitian Creole | **Catholic Migration Services\***<br><br>Queens Office:<br>47-01 Queens Blvd., Suite 203<br>Sunnyside, NY 11104<br>Tel: (347) 472-3500<br>Fax: (347) 472-3501<br>www.catholicmigration.org<br><br>Brooklyn Office:<br>191 Joralemon Street<br>Brooklyn, NY 11201<br>Tel: (718) 236-3000<br>Fax: (718) 256-9707<br>www.catholicmigration.org<br><br>• By appointment only, please call to schedule<br>• Non-detained cases only |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## New York Immigration Courts Juvenile Docket

| New York, New York (page 1 of 2) | |
|---|---|
| **Kids In Need of Defense (KIND) - New York\***<br><br>New York Office:<br>252 West 37th Street, Suite 1500<br>New York, NY 10018<br>Tel: (646) 970-2915<br>infonewyork@supportkind.org<br>www.supportkind.org<br><br>• KIND provides free legal services to unaccompanied children who live in the New York City area<br>• Specific counties served: Bronx, Kings, Queens, Richmond (Staten Island), New York (Manhattan), Nassau, Suffolk, Westchester<br>• Services are by appointment only<br>• Languages: English, Spanish, French. Telephonic interpretation available in all other languages | **The Legal Aid Society\***<br><br>49 Thomas Street, 5th Floor<br>New York, NY 10013<br>Tel: (212) 577-3300<br>www.legalaidnyc.org<br><br>• Represents those with criminal convictions and all forms of immigration relief<br>• Only accepting referrals for detained adults and those under 18 years old and in removal proceedings |
| **Council of Peoples Organization (COPO)\***<br><br>1077 Coney Island Avenue<br>Brooklyn, NY 11230<br>Tel: (718) 434-3266<br>Fax: (718) 859-2266<br>info@copo.org | **The Door\***<br><br>121 Avenue of the Americas<br>New York, NY 10013<br>Tel: (212) 941-9090 ext. 3280<br>legalhelp@door.org<br>www.door.org<br><br>• Services limited to individuals between the ages of 12-24 years old |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# List of Pro Bono Legal Service Providers

* Non-Profit Organization
** Referral Service
*** Private Attorney

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## New York Immigration Courts Juvenile Docket

| New York, New York (page 2 of 2) | |
|---|---|
| **Sisters of St. Joseph - Long Island Immigration Clinic***<br><br>164 3rd Avenue<br>Brentwood, NY 11717<br>Tel: (631) 966-4148<br>info@liimmigrationclinic.org<br>www.brentwoodcsj.org/liimmigrationclinic<br><br>• EOIR defensive removal representation (detained and non-detained), asylum/withholding/CAT, and all necessary motion practice<br>• We also handle SIJ matters, I-360/I-485, and related family-based petitions<br>• Languages: Spanish and Haitian Creole | **Immigrant Children Advocates' Relief Effort (ICARE)***<br><br>legalhelp@icarecoalition.org<br>www.icarecoalition.org/getlegalhelp<br><br>• ICARE connects young immigrants facing deportation in NYC with free lawyers<br>• Complete the form on our website if you meet the following: you entered the US as an unaccompanied minor, currently reside in NYC, and are in deportation proceedings or were in an ORR shelter<br>• Non-detained cases only<br>• Languages: interpretation available in all languages |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Ulster Immigration Court

| Napanoch, New York | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\*** <br><br> 1050 Connecticut Avenue, NW, Unit 400 <br> Washington, DC 20036 <br> immcenter@americanbar.org <br> www.americanbar.org/groups/public_interest/ immigration/ <br><br> • Pro se case assistance for detained respondents only <br> • Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150# <br> • To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org <br> • Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Prisoners' Legal Services of New York, Immigration Unit\*** <br><br> 41 State Street, Suite M112 <br> Albany, NY 12207 <br> Tel: (518) 694-8699 <br> Fax: (518) 694-4281 <br> www.plsny.org <br><br> • Handles all types of immigration cases <br> • Multilingual staff <br> • Criminal immigration expertise |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

# NORTH CAROLINA

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Charlotte Immigration Court

| Charlotte, North Carolina |
|---|

**North Carolina Justice Center***

P.O. Box 28068
Raleigh, NC 27611
Tel: (919) 856-2570
Fax: (919) 856-2175
contact@ncjustice.org / ncjc-irrp@ncjustice.org
www.ncjustice.org/

- Will not represent individuals in detention
- Representation limited to residents of North Carolina
- Limited capacity for representation
- Languages: English and Spanish

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\*  Non-Profit Organization
\** Referral Service
\*** Private Attorney

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated July 2026

# OHIO

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Cleveland Immigration Court

| Cleveland, Ohio (page 1 of 2) | |
|---|---|
| **Cleveland Catholic Charities - Immigration Legal Services***<br><br>7800 Detroit Avenue<br>Cleveland, OH 44102<br>Tel: (330) 939-3769<br>immigration@ccdocle.org<br>www.ccdocle.org/programs/immigration-legal-services<br><br>• Must live in one of the following counties: Ashland, Ashtabula, Columbiana, Cuyahoga, Geauga, Lake, Lorain, Mahoning, Medina, Portage, Trumbull, Stark, Summit, or Wayne<br>• Debe vivir en uno de los siguientes condados: Ashland, Ashtabula, Columbiana, Cuyahoga, Geauga, Lake, Lorain, Mahoning, Medina, Portage, Trumbull, Stark, Summit, or Wayne<br>• No cases involving complex criminal histories<br>• No hay casos que involucren antecendentes penales complejos | **International Institute of Akron***<br><br>530 S. Main Street, Suite 1762<br>Akron, OH 44311<br>Tel: (330) 376-5106<br>Fax: (330) 376-0133<br>info@iiakron.org<br>www.iiakron.org<br><br>• Family-based and humanitarian-based immigration legal services<br>• Representation limited to the Cleveland Immigration Court<br>• Our office handles Asylum, Adjustment of Status, Cancellation of Removal for LPR and non-LPR, waivers, motions, and other applications for relief<br>• Please call or email our office to schedule an appointment<br>• Languages: Any |
| **The Legal Aid Society of Cleveland***<br><br>1223 West Sixth Street<br>Cleveland, OH 44113<br>Tel: (888) 817-3777<br>www.lasclev.org<br><br>• We serve individuals with low income who reside in Ashtabula, Cuyahoga, Geauga, Lake, or Lorain counties<br>• Languages: Any | **Advocates for Basic Legal Equality (ABLE)***<br><br>525 Jefferson Avenue<br>Toledo, OH 43604<br>Tel: (419) 930-2555 / (937) 535-4489<br>Fax: (419) 259-2880 / (937) 535-4600<br>immigration@ablelaw.org<br>www.immigration.ablelaw.org<br><br>• Contact via email or call listed numbers. If no answer, leave voicemail and callback number<br>• Intake hours by phone M-F, 9AM-5PM<br>• No walk-ins |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Cleveland Immigration Court

| Cleveland, Ohio (page 2 of 2) |
|---|

**ABA Commission on Immigration Detention Information Hotline\*\***

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/
immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Cleveland Immigration Court Juvenile Docket

| Cleveland, Ohio | |
|---|---|
| **The Legal Aid Society of Cleveland\*** <br><br> 1223 West Sixth Street <br> Cleveland, OH 44113 <br> Tel: (888) 817-3777 <br> www.lasclev.org <br><br> • We serve individuals with low income who reside in Ashtabula, Cuyahoga, Geauga, Lake, or Lorain counties <br> • Languages: Any | **International Institute of Akron\*** <br><br> 530 S. Main Street, Suite 1762 <br> Akron, OH 44311 <br> Tel: (330) 376-5106 <br> Fax: (330) 376-0133 <br> info@iiakron.org <br> www.iiakron.org <br><br> • Family-based and humanitarian-based immigration legal services <br> • Representation limited to the Cleveland Immigration Court <br> • Our office handles Asylum, Adjustment of Status, Cancellation of Removal for LPR and non-LPR, waivers, motions, and other applications for relief <br> • Please call or email our office to schedule an appointment <br> • Languages: Any |
| **Advocates for Basic Legal Equality (ABLE)\*** <br><br> 525 Jefferson Avenue <br> Toledo, OH 43604 <br> Tel: (419) 930-2555 / (937) 535-4489 <br> Fax: (419) 259-2880 / (937) 535-4600 <br> immigration@ablelaw.org <br> www.immigration.ablelaw.org <br><br> • Contact via email or call listed numbers. If no answer, leave voicemail and callback number <br> • Intake hours by phone M-F, 9AM-5PM <br> • No walk-ins | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

**List of Pro Bono Legal Service Providers**

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

# OREGON

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Portland Immigration Court

### Portland, Oregon

| ABA Commission on Immigration Detention Information Hotline\*\* | Catholic Charities of Oregon\* |
|---|---|
| 1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | 2740 SE Powell Blvd., #2<br>Portland, OR 97202<br>Tel: (503) 542-2855<br>Fax: (503) 688-2705<br>ils-intakes@ccoregon.org<br>www.catholiccharitiesoregon.org<br><br>• No walk-in appointments<br>• Please call for more information<br>• Asylum and Cancellation of Removal (LPR and non-LPR) with a focus on survivors of crimes and domestic violence<br>• Languages: Spanish; Limited capacity to provide assistance in other languages |
| **Equity Corps of Oregon\*\*** | **SOAR Immigration Legal Services\*** |
| 333 SW Fifth Avenue, Suite 250<br>Portland, OR 97204<br>Tel: (888) 274-7292<br>info@equitycorps.org<br><br>• Walk-ins welcome<br>• Call center open M-F 9AM-6PM | 7931 NE Halsey Street, Unit 304<br>Portland, OR 97213<br>Tel: (503) 384-2482<br>soarlegal@emoregon.org<br>www.soarlegal.org<br><br>• Asylum and Cancellation (LPR and non-LPR)<br>• Languages: Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

*  Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated July 2026

# PENNSYLVANIA

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Philadelphia Immigration Court

| Philadelphia, Pennsylvania (page 1 of 2) | |
|---|---|
| **Catholic Social Services, Archdiocese of Philadelphia***<br><br>222 N. 17th Street, Suite 901<br>Philadelphia, PA 19103<br>Tel: (215) 854-7019<br>Fax: (215) 854-7021<br>immigrationlegalservices@chs-adphila.org<br>www.cssphiladelphia.org/immigration-legal-services/<br><br>• Telephone intake hours: Monday-Wednesday, 9AM-1PM at (215) 854-7018 or 24/7 at www.cssimmigration.org<br>• No walk-ins, by appointment only<br>• Detention cases handled on a limited basis | **Jewish Family & Children's Service***<br><br>5743 Bartlett Street<br>Pittsburgh, PA 15217<br>Tel: (412) 422-7200<br>Tel: (412) 742-4216 (Spanish)<br>Fax: (412) 422-1162<br>info@jfcspgh.org<br>www.jfcspgh.org<br><br>• No Asylum or Employment cases |
| **Equal Access Legal Services***<br><br>6703 Germantown Avenue, Suite 200/210-4<br>Philadelphia, PA 19119<br>Tel: (267) 888-6703<br>info@eqaulaccesslegal.org<br>www.equalaccesslegal.org<br><br>• No walk-ins, by appointment only<br>• Languages: Spanish and other languages available upon request | **HIAS (Pennsylvania)***<br><br>P.O. Box 8688<br>Philadelphia, PA 19101<br>Tel: (215) 832-0900<br>Tel: (833) 344-2772 (AOP Hotline for individuals <u>granted</u> asylum)<br>www.hiaspa.org<br><br>• Priorities include asylum, youth, interpersonal violence, naturalization, and family petitions<br>• No walk-ins<br>• By appointment only<br>• Intake hours (subject to change): Wednesday 9:30AM-12:00PM; Thursday 2:00PM-4:30PM |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Philadelphia Immigration Court

| Philadelphia, Pennsylvania (page 2 of 2) | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\*** <br><br> 1050 Connecticut Avenue, NW, Unit 400 <br> Washington, DC 20036 <br> immcenter@americanbar.org <br> www.americanbar.org/groups/public_interest/ immigration/ <br><br> • Pro se case assistance for detained respondents only <br> • Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150# <br> • To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org <br> • Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Aldea - The People's Justice Center\*** <br><br> 532 Walnut Street <br> Reading, PA 19601 <br> Tel: (484) 877-8002 <br> Fax: (484) 930-0655 <br> coordinator@aldeapjc.org <br> www.aldeapjc.org <br><br> • Free legal services for unaccompanied children <br> • Servicios gratuitos para ninos no acompanados <br> • Languages: Spanish |
| | **Franklin County Legal Services\*** <br><br> 336 Lincoln Way East, Suite B <br> Chambersburg, PA 17201 <br> Tel: (717) 262-2326 <br> Fax: (717) 262-2360 <br> www.fcls.net <br><br> • Provides representation for persons who reside in Franklin, Fulton, Juniata,  Huntingdon, Perry, Cumberland, and Adams counties <br> • Apply on our website or call the office <br> • Languages: Spanish speaking staff and translation in other languages available |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Philadelphia Immigration Court Juvenile Docket

| Philadelphia, Pennsylvania (page 1 of 2) | |
|---|---|
| **Catholic Social Services, Archdiocese of Philadelphia\*** <br><br> 222 N. 17th Street, Suite 901 <br> Philadelphia, PA 19103 <br> Tel: (215) 854-7019 <br> Fax: (215) 854-7021 <br> immigrationlegalservices@chs-adphila.org <br> www.cssphiladelphia.org/immigration-legal-services/ <br><br> • Telephone intake hours: Monday-Wednesday, 9AM-1PM at (215) 854-7018 or 24/7 at www.cssimmigration.org <br> • No walk-ins, by appointment only <br> • Detention cases handled on a limited basis | **HIAS (Pennsylvania)\*** <br><br> P.O. Box 8688 <br> Philadelphia, PA 19101 <br> Tel: (215) 832-0900 <br> Tel: (833) 344-2772 (AOP Hotline for individuals <u>granted</u> asylum) <br> www.hiaspa.org <br><br> • Priorities include asylum, youth, interpersonal violence, naturalization, and family petitions <br> • No walk-ins <br> • By appointment only <br> • Intake hours (subject to change): Wednesday 9:30AM-12:00PM; Thursday 2:00PM-4:30PM |
| **Equal Access Legal Services\*** <br><br> 6703 Germantown Avenue, Suite 200/210-4 <br> Philadelphia, PA 19119 <br> Tel: (267) 888-6703 <br> info@eqaulaccesslegal.org <br> www.equalaccesslegal.org <br><br> • No walk-ins, by appointment only <br> • Languages: Spanish and other languages available upon request | **Aldea - The People's Justice Center\*** <br><br> 532 Walnut Street <br> Reading, PA 19601 <br> Tel: (484) 877-8002 <br> Fax: (484) 930-0655 <br> coordinator@aldeapjc.org <br> www.aldeapjc.org <br><br> • Free legal services for unaccompanied children <br> • Servicios gratuitos para ninos no acompanados <br> • Languages: Spanish |
| **Jewish Family & Children's Service\*** <br><br> 5743 Bartlett Street <br> Pittsburgh, PA 15217 <br> Tel: (412) 422-7200 <br> Tel: (412) 742-4216 (Spanish) <br> Fax: (412) 422-1162 <br> info@jfcspgh.org <br> www.jfcspgh.org <br><br> • No Asylum or Employment cases | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers
Updated July 2026
http://www.justice.gov/eoir/list-pro-bono-legal-service-providers
## Philadelphia Immigration Court Juvenile Docket

| Philadelphia, Pennsylvania (page 2 of 2) | |
|---|---|
| **Church World Service - Lancaster\*** <br><br> 158 E. King Street <br> Lancaster, PA 17602 <br> Tel: (717) 300-0351 <br> cwslancasterils@cwsglobal.org <br> www.cwslancaster.org/immigration-legal-services/ <br><br> • No walk-ins <br> • Please call for an appointment <br> • Specialize in representation of unaccompanied minors <br> • CWS-Lancaster covers youth residing in the following counties in Pennsylvania: Berks, Chester, Cumberland, Dauphin, Franklin, Lancaster, Lebanon, and York counties <br> • Languages: English and Spanish | **Franklin County Legal Services\*** <br><br> 336 Lincoln Way East, Suite B <br> Chambersburg, PA 17201 <br> Tel: (717) 262-2326 <br> Fax: (717) 262-2360 <br> www.fcls.net <br><br> • Provides representation for persons who reside in Franklin, Fulton, Juniata,  Huntingdon, Perry, Cumberland, and Adams counties <br> • Apply on our website or call the office <br> • Languages: Spanish speaking staff and translation in other languages available |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

*  Non-Profit Organization
** Referral Service
*** Private Attorney

**List of Pro Bono Legal Service Providers**

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

# PUERTO RICO

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Guaynabo (San Juan) Immigration Court

| Guaynabo, Puerto Rico |
|---|

**ABA Commission on Immigration Detention Information Hotline\*\***

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/
immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

**List of Pro Bono Legal Service Providers**
http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated July 2026

# TENNESSEE

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Memphis Immigration Court

| Memphis, Tennessee | |
|---|---|
| **Advocates for Immigrant Rights\*** <br><br> 815 N. Mclean Blvd., Third Floor <br> Memphis, TN 38107 <br> Tel: (901) 729-9560 <br> Fax: (901) 432-2685 <br> advocates@airlegal.org <br> www.airlegal.org/ | **Latino Memphis, Inc.\*** <br><br> 6041 Mount Moriah Road, Suite 16 <br> Memphis, TN 38115 <br> Tel: (901) 366-5882 <br> Fax: (901) 255-0625 <br> hola@latinomemphis.org <br> www.latinomemphis.org |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Memphis Immigration Court Juvenile Docket

| Memphis, Tennessee |
|---|
| **Advocates for Immigrant Rights***<br><br>815 N. Mclean Blvd., Third Floor<br>Memphis, TN 38107<br>Tel: (901) 729-9560<br>Fax: (901) 432-2685<br>advocates@airlegal.org<br>www.airlegal.org/ |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

**List of Pro Bono Legal Service Providers**

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated July 2026

# TEXAS

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers
http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated July 2026

## Dallas Immigration Court

| Dallas, Texas | |
|---|---|
| **Human Rights Initiative of North Texas\*\***<br><br>2801 Swiss Avenue<br>Dallas, TX 75204<br>Tel: (214) 855-0520<br>info@hrionline.org<br>www.hrionline.org<br><br>• Represent non-detained asylum seekers<br>• Represent non-detained unaccompanied children<br>• Will take in person walk-in inquiries or phone inquiries<br>• Language: Spanish | **RAICES\***<br>Refugee and Immigrant Center for Education and Legal Services<br><br>Dallas:<br>1420 W. Mockingbird Ln., Suite 840<br>Dallas, TX 75247<br><br>Mailing address:<br>P.O. Box 565928<br>Dallas, TX 75356-5928<br>Tel: (833) 372-4237<br>www.raicestexas.org |
| **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | Fort Worth:<br>4200 South Fwy., Suite 704<br>Fort Worth, TX 76115<br>Tel: (817) 717-9377<br>fortworth@raicestexas.org<br><br>• Will take all types of cases, including asylum<br>• Will accept cases for those detained at Prairieland Detention Facility |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\*  Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Dallas Immigration Court Juvenile Docket

| Dallas, Texas | |
|---|---|
| **Human Rights Initiative of North Texas\*\***<br><br>2801 Swiss Avenue<br>Dallas, TX 75204<br>Tel: (214) 855-0520<br>info@hrionline.org<br>www.hrionline.org<br><br>• Represent non-detained asylum seekers<br>• Represent non-detained unaccompanied children<br>• Will take in person walk-in inquiries or phone inquiries<br>• Language: Spanish | **International Rescue Committee\***<br><br>6500 Greenville Avenue, Suite 500<br>Dallas, TX 75206<br>Tel: (214) 461-9781<br>dallas.imm@rescue.org<br>www.rescue.org<br><br>• Unaccompanied minor cases only |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## El Paso Immigration Court

**El Paso, Texas**

**ABA Commission on Immigration Detention Information Hotline**

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**New Mexico Immigrant Law Center**

625 Silver Avenue SW, Suite 410
Albuquerque, NM 87102
Tel: (505) 247-1023
Fax: (505) 633-8056
info@nmilc.org
www.nmilc.org

- Respondents must reside in New Mexico

**Estrella del Paso**

2400 E. Yandell Drive
El Paso, TX 79903-3617
Tel: (915) 532-3975
Fax: (915) 532-4071
info@estrella.org
www.estrelladelpaso.org

- Families on dedicated dockets may contact Estrella del Paso at (915) 532-3975, ext. 8501 for free information about the immigration court process, possible legal options, and how to find legal representation

**Las Americas Immigrant Advocacy Center**

1500 E. Yandell Drive
El Paso, TX 79902
Tel: (915) 544-5126
Fax: (915) 544-4041
administrator@las-americas.org
www.las-americas.org

- Asylum, Withholding of Removal, Convention Against Torture

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## El Paso Detained Immigration Court

| El Paso, Texas | |
|---|---|
| **Estrella del Paso\***<br><br>2400 E. Yandell Dr.<br>El Paso, TX 79903-3617<br>Tel: (915) 532-3975<br>Fax: (915) 532-4071<br>info@estrella.org<br>www.estrelladelpaso.org | **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/ |
| **Las Americas Immigrant Advocacy Center\***<br><br>1500 E. Yandell Drive<br>El Paso, TX 79902<br>Tel: (915) 544-5126<br>Fax: (915) 544-4041<br>administrator@las-americas.org<br>www.las-americas.org<br><br>• Asylum, Withholding of Removal, Convention Against Torture | • Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Harlingen Immigration Court

| Harlingen, Texas |
|---|

| ABA Commission on Immigration Detention Information Hotline** | ProBAR - South Texas Pro Bono Asylum Representation Project* |
|---|---|
| 1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | 202 South 1st Street, Suite 300<br>Harlingen, TX 78550<br>Tel: (956) 365-3775<br>Fax: (956) 365-3789<br>probar@abaprobar.org<br>www.americanbar.org/probar<br><br>• Will represent people in removal proceedings |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Harlingen Immigration Court - Brownsville Hearing Location

| Harlingen, Texas |
|---|

**ProBAR - South Texas Pro Bono Asylum Representation Project\***

202 South 1st Street, Suite 300
Harlingen, TX 78550
Tel: (956) 365-3775
Fax: (956) 365-3789
probar@abaprobar.org
www.americanbar.org/probar

• Will represent people in removal proceedings

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Houston Immigration Courts

| Houston, Texas (page 1 of 2) | |
|---|---|
| **Galveston-Houston Immigrant Representation Project\*** <br><br> Houston Office: <br> 6001 Savoy Drive, Suite 400 <br> Houston, TX 77036 <br> Tel: (713) 561-3059 <br> info@ghirp.org <br> www.ghirp.org <br><br> Galveston Office: <br> 4700 Broadway, Suite C101 <br> Galveston, TX 77551 <br> Tel: (713) 561-3059 <br> info@ghirp.org <br> www.ghirp.org <br><br> • Please call for an appointment | **ABA Commission on Immigration Detention Information Hotline\*\*** <br><br> 1050 Connecticut Avenue, NW, Unit 400 <br> Washington, DC 20036 <br> immcenter@americanbar.org <br> www.americanbar.org/groups/public_interest/ immigration/ <br><br> • Pro se case assistance for detained respondents only <br> • Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150# <br> • To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org <br> • Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |
| **RAICES Texas\*** <br> Refugee and Immigrant Center for Education and Legal Services <br><br> 131 Interpark Blvd. <br> San Antonio, TX 78216 <br> Tel: (833) 372-4237 <br> Fax: (832) 669-6942 <br> legalinquiries@raicestexas.org <br> www.raicestexas.org/ <br><br> Mailing address: <br> P.O. Box 786100 <br> San Antonio, TX 78278 | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Houston Immigration Courts

| Houston, Texas (page 2 of 2) | |
|---|---|
| **Kids In Need of Defense (KIND)\*** <br><br> Houston Office: <br> 1000 Main Street, Suite 2300 <br> Houston, TX 77002 <br> Tel: (832) 779-4030 <br> infohouston@supportkind.org <br> www.supportkind.org <br><br> • KIND only represents unaccompanied children residing in Harris and Montgomery County <br> • No walk-ins; please call to schedule an appointment | **OikosNow Not For Profit\*** <br><br> 332 South Michigan Avenue, Suite #121-Z300 <br> Chicago, IL 60604 <br> Tel: (815) 549-5678 <br> immigration@oikosnow.com <br> www.oikosnow.org <br><br> • Please call for an appointment <br> • Languages: Mandarin Chinese, Cantonese 中文 |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Houston Immigration Courts Juvenile Docket

| Houston, Texas |
| --- |

**Kids In Need of Defense (KIND)***

Houston Office:

1000 Main Street, Suite 2300

Houston, TX 77002

Tel: (832) 779-4030

infohouston@supportkind.org

www.supportkind.org

- KIND only represents unaccompanied children residing in Harris and Montgomery County
- No walk-ins; please call to schedule an appointment

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Conroe Immigration Court

| Conroe, Texas | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Galveston-Houston Immigrant Representation Project\***<br><br><u>Houston Office:</u><br>6001 Savoy Drive, Suite 400<br>Houston, TX 77036<br>Tel: (713) 561-3059<br>info@ghirp.org<br>www.ghirp.org<br><br><u>Galveston Office:</u><br>4700 Broadway, Suite C101<br>Galveston, TX 77551<br>Tel: (713) 561-3059<br>info@ghirp.org<br>www.ghirp.org<br><br>• Please call for an appointment |
| **RAICES Texas\***<br>Refugee and Immigrant Center for Education and Legal Services<br><br>131 Interpark Blvd.<br>San Antonio, TX 78216<br>Tel: (833) 372-4237<br>Fax: (832) 669-6942<br>legalinquiries@raicestexas.org<br>www.raicestexas.org/<br><br><u>Mailing address:</u><br>P.O. Box 786100<br>San Antonio, TX 78278 | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

<u>Disclaimer</u>: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Laredo Immigration Court

| Laredo, Texas | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **RAICES\***<br>Refugee and Immigrant Center for Education and Legal Services<br><br>Laredo Hotline: 1 (800) 296-9162<br>www.raicestexas.org<br>laredo@raicestexas.org<br><br>• Please note: Hotline goes straight to voicemail so respondents must leave a message |
| | **Border Project\*\***<br><br>Tel: (956) 625-0907<br>bp.legal/lp1<br><br>• Provides services to non-detained migrants seeking asylum |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers
Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Pearsall Immigration Court

| Pearsall, Texas (page 1 of 2) | |
|---|---|
| **American Gateways\***<br><br>American Gateways – Austin:<br>314 E. Highland Mall Blvd., Suite 501<br>Austin, TX 78752<br>Tel: (512) 478-0546<br>Fax: (512) 387-2650<br><br>American Gateways – San Antonio Extension Office:<br>2300 W. Commerce Street, Suite 313<br>San Antonio, TX 78207<br>Tel: (210) 521-4768<br>Fax: (210) 625-6797<br><br>American Gateways – Waco Extension Office:<br>2323 Columbus Avenue, Suite C<br>Waco, TX 76701<br>Tel: (254) 230-0382, Ext. 264 or (737) 837-7016<br>Fax: (512) 387-2650<br><br>www.americangateways.org<br><br>• No walk-ins<br>• Will represent detained individuals<br>• Hotline: (210) 864-2937<br>• Representation limited to residents of Central Texas | **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |
| | **St. Mary's University School of Law Immigration and Human Rights Clinic\***<br><br>2507 NW 36th Street<br>San Antonio, TX 78228<br>Tel: (210) 431-5714<br>Fax: (210) 431-5700 |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Pearsall Immigration Court

| Pearsall, Texas (page 2 of 2) | |
|---|---|
| **RAICES\*** <br> Refugee and Immigrant Center for Education and Legal Services <br><br> 131 Interpark Blvd. <br> San Antonio, TX 78216 <br> Tel: (833) 372-4237 <br> Fax: (832) 669-6942 <br> legalinquiries@raicestexas.org <br> www.raicestexas.org <br><br> <u>Mailing address:</u> <br> P.O. Box 786100 <br> San Antonio, TX 78278 <br><br> • Will represent individuals in asylum cases <br> • RAICES Pearsall Hotline: 1 (833) 372-4237 <br> • RAICES Hotline for individuals and families detained at Dilley: 1 (855) 672-4237 | **University of Texas School of Law Immigration Clinic\*** <br><br> 727 East Dean Keeton Street <br> Austin, TX 78705-3299 <br> Tel: (512) 232-1292 <br> Fax:(512) 232-0800 <br> www.law.utexas.edu/clinics/immigration <br><br> • Limited to services for individuals detained at the T. Don Hutto Detention Center <br> • Asylum law and other relief <br> • Bond proceedings |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Port Isabel Immigration Court

| Los Fresnos, Texas | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **ProBAR - South Texas Pro Bono Asylum Representation Project\***<br><br>202 South 1st Street, Suite 300<br>Harlingen, TX 78550<br>Tel: (956) 365-3775<br>Fax: (956) 365-3789<br>probar@abaprobar.org<br>www.americanbar.org/probar<br><br>• Will represent people in removal proceedings |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated July 2026

## San Antonio Immigration Court

| San Antonio, Texas (page 1 or 2) | |
|---|---|
| **American Gateways\*** <br><br> American Gateways – Austin: <br> 314 E. Highland Mall Blvd., Suite 501 <br> Austin, TX 78752 <br> Tel: (512) 478-0546 <br> Fax: (512) 387-2650 <br><br> American Gateways – San Antonio Extension Office: <br> 2300 W. Commerce Street, Suite 313 <br> San Antonio, TX 78207 <br> Tel: (210) 521-4768 <br> Fax: (210) 625-6797 <br><br> American Gateways – Waco Extension Office: <br> 2323 Columbus Avenue, Suite C <br> Waco, TX 76701 <br> Tel: (254) 230-0382, Ext. 264 or (737) 837-7016 <br> Fax: (512) 387-2650 <br><br> www.americangateways.org <br><br> • No walk-ins <br> • Will represent detained individuals <br> • Hotline: (210) 864-2937 <br> • Representation limited to residents of Central Texas | **RAICES - San Antonio\*** <br><br> 131 Interpark Blvd. <br> San Antonio, TX 78216 <br><br> Mailing Address: <br> P. O. Box 786100 <br> San Antonio, TX 78278 <br> Tel: (833) 372-4237 <br> legalinquiries@raicestexas.org <br> www.raicestexas.org |
| | **C T Lobos Y A Inc.\*** <br><br> 2180 Woodward Street <br> Austin, TX 78744 <br><br> P.O. Box 40286 <br> Austin, TX 78704 <br> Tel: (512) 409-5263 <br> immigration@centexlobos.com <br><br> • Will not represent individuals in detention <br> • Will not represent individuals with criminal cases <br> • No walk-ins <br> • Specialize in Special Immigrant Juvenile <br> • Representation limited to residents of Bexar, Caldwell, Comal, Hays, and Travis |
| **University of Texas School of Law Immigration Clinic\*** <br><br> 727 East Dean Keeton Street <br> Austin, TX 78705-3299 <br> Tel: (512) 232-1292 <br> Fax:(512) 232-0800 <br> www.law.utexas.edu/clinics/immigration <br><br> • Asylum law and other relief <br> • Bond proceedings | **St. Mary's University School of Law Immigration and Human Rights Clinic\*** <br><br> 2507 NW 36th Street <br> San Antonio, TX 78228 <br> Tel: (210) 431-5714 <br> Fax: (210) 431-5700 |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## San Antonio Immigration Court

| San Antonio, Texas (page 2 of 2) | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline\*\***<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## San Antonio Immigration Court Juvenile Docket

| San Antonio, Texas | |
|---|---|
| **RAICES\*** <br> Refugee and Immigrant Center for Education and Legal Services <br><br> 131 Interpark Blvd. <br> San Antonio, TX 78216 <br> Tel: (833) 372-4237 <br> Fax: (210) 212-4856 <br> www.raicestexas.org <br><br> • Will represent individuals in asylum cases | **C T Lobos Y A Inc.\*** <br><br> 2180 Woodward Street <br> Austin, TX 78744 <br><br> P.O. Box 40286 <br> Austin, TX 78704 <br> Tel: (512) 409-5263 <br> immigration@centexlobos.com <br><br> • No walk-ins <br> • Specialize in Special Immigrant Juvenile and UAC Asylum |
| **University of Texas School of Law Immigration Clinic\*** <br><br> 727 East Dean Keeton Street <br> Austin, TX 78705-3299 <br> Tel: (512) 232-1292 <br> Fax:(512) 232-0800 <br> www.law.utexas.edu/clinics/immigration <br><br> • Asylum law and other relief <br> • Bond proceedings | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Karnes County Residential Center

| Karnes City, Texas | |
|---|---|
| **American Gateways\*** <br><br> American Gateways – Austin: <br> 314 E. Highland Mall Blvd., Suite 501 <br> Austin, TX 78752 <br> Tel: (512) 478-0546 <br> Fax: (512) 387-2650 <br><br> American Gateways – San Antonio Extension Office: <br> 2300 W. Commerce Street, Suite 313 <br> San Antonio, TX 78207 <br> Tel: (210) 521-4768 <br> Fax: (210) 625-6797 <br><br> American Gateways – Waco Extension Office: <br> 2323 Columbus Avenue, Suite C <br> Waco, TX 76701 <br> Tel: (254) 230-0382, Ext. 264 or (737) 837-7016 <br> Fax: (512) 387-2650 <br><br> www.americangateways.org | **ABA Commission on Immigration Detention Information Hotline\*\*** <br><br> 1050 Connecticut Avenue, NW, Unit 400 <br> Washington, DC 20036 <br> immcenter@americanbar.org <br> www.americanbar.org/groups/public_interest/ immigration/ <br><br> • Pro se case assistance for detained respondents only <br> • Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150# <br> • To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org <br> • Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |
| **RAICES\*** <br> Refugee and Immigrant Center for Education and Legal Services <br><br> 131 Interpark Blvd. <br> San Antonio, TX 78216 <br> Tel: (833) 372-4237 <br> Fax: (832) 669-6942 <br> legalinquiries@raicestexas.org <br> www.raicestexas.org <br><br> Mailing Address: <br> P.O. Box 786100 <br> San Antonio, TX 78278 <br><br> • Will represent asylum seekers <br> • RAICES Karnes Hotline: 1 (855) 672-4237 | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

**List of Pro Bono Legal Service Providers**

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated July 2026

# UTAH

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Salt Lake City Immigration Court

| Salt Lake City, Utah |
|---|

| ABA Commission on Immigration Detention Information Hotline** | Catholic Community Services of Utah* |
|---|---|
| 1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | 224 N 2200 W<br>Salt Lake City, UT 84116<br>Tel: (801) 977-9119<br>ejohnson@ccsutah.org<br>www.ccsutah.org<br><br>• Languages: Staff speaks Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Salt Lake City Immigration Court Juvenile Docket

| Salt Lake City, Utah |
|---|

**Catholic Community Services of Utah***

224 N 2200 W
Salt Lake City, UT 84116
Tel: (801) 977-9119
ejohnson@ccsutah.org
www.ccsutah.org

• Languages: Staff speaks Spanish

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated July 2026

# VIRGINIA

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Annandale Immigration Court

### Annandale, Virginia (page 1 of 2)

**Human Rights First\*\***

825 21st Street NW, PMB 253
Washington, DC 20006
Tel: (202) 370-3313
Dcprobono@humanrightsfirst.org
www.humanrightsfirst.org/asylum/asylum-seekers-and-potential-clients

- Represents indigents individuals and families seeking asylum
- By appointment only. Please note we do not accept walk-ins
- Languages: Spanish, French, and other languages as needed

**ABA Commission on Immigration Detention Information Hotline\*\***

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**HIAS (Silver Spring)\***

1300 Spring Street, Suite 500
Silver Spring, MD 20910
Tel: (301) 844-7248
www.hias.org

- Must fear return to country of origin
- No walk-ins
- Schedule a consultation by calling (301) 844-7248 on the first Friday of each month
- Languages: Spanish, Farsi/Dari, Pashto, and interpreters available

**Amica Center for Immigrant Rights\***
(formerly Capital Area Immigrants' Rights (CAIR) Coalition)

Main Office:
1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036
Tel: (202) 331-3320 (Main Line)
Tel: (202) 331-3329 (Detention Line)
Fax: (202) 331-3341
www.amicacenter.org

To refer someone who is DETAINED:
Complete this form: www.amicacenter.org/get-help
Spanish: www.amicacenter.org/es/obtenga/ayuda

- Provides immigration legal services to detained adults and children in DC, Maryland, and Virginia

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Annandale Immigration Court

| Annandale, Virginia (page 2 of 2) | |
|---|---|
| **The George Washington University Law School Immigration Clinic\*** <br><br> 2000 G Street NW <br><br> Washington, DC 20052 <br> Tel: (202) 994-7463 <br> www.law.gwu.edu/immigration-clinic <br><br><br> • By appointment only at the contact number listed <br> • We accommodate all languages | **Center for Applied Legal Studies, Georgetown Law\*** <br><br> 600 New Jersey Avenue NW <br> Washington, DC 20001 <br> Tel: (202) 622-9100 <br> Lawcalsclinic@georgetown.edu <br><br><br> • Asylum cases only |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Annandale Immigration Court Juvenile Docket

| Annandale, Virginia | |
|---|---|
| **Amica Center for Immigrant Rights\*** <br> (formerly Capital Area Immigrants' Rights (CAIR) Coalition) <br><br> <u>Main Office:</u> <br> 1025 Connecticut Avenue NW, Suite 701 <br> Washington, DC 20036 <br> Tel: (202) 331-3320 (Main Line) <br> Tel: (202) 331-3329 (Detention Line) <br> Fax: (202) 331-3341 <br> www.amicacenter.org <br><br> To refer someone who is DETAINED: <br> Complete this form: www.amicacenter.org/get-help <br> Spanish: www.amicacenter.org/es/obtenga/ayuda <br><br> • Provides immigration legal services to detained adults and children in DC, Maryland, and Virginia | **Restoration Immigration Legal Aid (RILA)\*** <br><br> 1815 N. Quincy Street <br> Arlington, VA 22207 <br> Tel: (571) 429-5410 <br> rila@restorationimmigration.org <br> www.restorationimmigration.org <br><br> • No walk-ins <br> • Please call for an appointment <br> • Will not represent individuals in detention <br> • Will not represent individuals with criminal cases <br> • Specialize in Special Immigrant Juvenile Status, Removal Defense <br> • Limited to residents of: Arlington, Alexandria, Fairfax, Prince William and Loudoun Counties <br> • Languages: Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Sterling Immigration Court

| Sterling, Virginia | |
|---|---|
| **Human Rights First****<br><br>825 21st Street NW, PMB 253<br>Washington, DC 20006<br>Tel: (202) 370-3313<br>dcprobono@humanrightsfirst.org<br>www.humanrightsfirst.org/asylum/asylum-seekers-and-potential-clients<br><br>• By appointment only. Please note we do not accept walk-ins<br>• To receive assistance, please call our front desk at (202) 370-3313<br>• Represents indigent individuals and families seeking asylum<br>• Languages: Spanish, French, and other languages as needed | **The George Washington University Law School Immigration Clinic***<br><br>2000 G. Street NW<br>Washington, DC 20052<br>Tel: (202) 994-7463<br>www.law.gwu.edu/immigration-clinic<br><br>• By appointment only at the contact number listed<br>• We accommodate all languages |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

**List of Pro Bono Legal Service Providers**

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

Updated July 2026

# WASHINGTON

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Seattle Immigration Court

| Seattle, Washington (page 1 of 2) |
|---|

**The Northwest Immigrant Rights Project***

Seattle Office:
615 2nd Avenue, Suite 400
Seattle, WA 98104
Tel: (206) 587-4009
Toll Free: (800) 445-5771
info@nwirp.org / seattlefrontdesk@nwirp.org
www.nwirp.org

- Hours: Monday-Friday, 9:30AM-12PM/1PM-4:30PM
- Serving individuals living in Island, King, San Juan, Skagit, Snohomish, and Whatcom counties
- All immigration matters
- All languages welcome
- Walk-ins welcome

Granger Office:
121 Sunnyside Avenue, P.O. Box 270
Granger, WA 98932
Tel: (509) 854-2100
Toll Free: (888) 756-3641
grangerintake@nwirp.org

- Hours: Monday-Friday, 9:30AM-12PM/1PM-4:30PM
- Serving individuals living in Adams, Asotin, Benton, Columbia, Franklin, Garfield, Kittitas, Klickitat, Yakima, Walla Walla, and Whitman counties
- All immigration matters
- All languages welcome
- Walk-ins welcome

Wenatchee Office:
620 N. Emerson Avenue, Suite 201
Wenatchee, WA 98801
Tel: (509) 570-0054
Toll Free: (866) 271-2084
wenatcheeintake@nwirp.org

**The Northwest Immigrant Rights Project* (cont.)**

Wenatchee Office (cont.):
- Hours: Monday-Friday, 9:30AM-12PM/1PM-4:30PM
- Serving individuals living in Adams, Chelan, Douglas, Ferry, Grant, Lincoln, Okanogan, Pend Oreille, Spokane, and Stevens counties
- All immigration matters
- All languages welcome
- Walk-ins welcome

Tacoma Office:
2209 N. Pearl Street, Suite 200
Tacoma, WA 98406
Tel: (253) 383-0519 or (877) 814-6444 (Detained)
Tel: (253) 235-9279 (Non-detained)
detainedreferrals@nwirp.org /tsunintake@nwirp.org

- Leave a message with your name and A number
- Provides intakes and possible referrals to pro bono attorneys
- All immigration matters
- All languages welcome
- Walk-ins welcome

**Kids In Need of Defense (KIND) - Seattle Field Office***

1215 Fourth Avenue, Suite 1925
Seattle, WA 98161
Tel: (206) 338-3227
Fax: (206) 338-3406
infoseattle@supportkind.org
www.supportkind.org

- KIND represents unaccompanied children and youth under the age of 21

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Seattle Immigration Court

| Seattle, Washington (page 2 of 2) |
|---|

**ABA Commission on Immigration Detention Information Hotline\*\***

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/
immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers
Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Tacoma Immigration Court

### Tacoma, Washington (page 1 of 2)

**The Northwest Immigrant Rights Project***

Seattle Office:

615 2nd Avenue, Suite 400

Seattle, WA 98104

Tel: (206) 587-4009

Toll Free: (800) 445-5771

info@nwirp.org / seattlefrontdesk@nwirp.org

www.nwirp.org

- Hours: Monday-Friday, 9:30AM-12PM/1PM-4:30PM
- Serving individuals living in Island, King, San Juan, Skagit, Snohomish, and Whatcom counties
- All immigration matters
- All languages welcome
- Walk-ins welcome

Granger Office:

121 Sunnyside Avenue, P.O. Box 270

Granger, WA 98932

Tel: (509) 854-2100

Toll Free: (888) 756-3641

grangerintake@nwirp.org

- Hours: Monday-Friday, 9:30AM-12PM/1PM-4:30PM
- Serving individuals living in Adams, Asotin, Benton, Columbia, Franklin, Garfield, Kittitas, Klickitat, Yakima, Walla Walla, and Whitman counties
- All immigration matters
- All languages welcome
- Walk-ins welcome

Wenatchee Office:

620 N. Emerson Avenue, Suite 201

Wenatchee, WA 98801

Tel: (509) 570-0054

Toll Free: (866) 271-2084

wenatcheeintake@nwirp.org

**The Northwest Immigrant Rights Project* (cont.)**

Wenatchee Office (cont.):

- Hours: Monday-Friday, 9:30AM-12PM/1PM-4:30PM
- Serving individuals living in Adams, Chelan, Douglas, Ferry, Grant, Lincoln, Okanogan, Pend Oreille, Spokane, and Stevens counties
- All immigration matters
- All languages welcome
- Walk-ins welcome

Tacoma Office:

2209 N. Pearl Street, Suite 200

Tacoma, WA 98406

Tel: (253) 383-0519 or (877) 814-6444 (Detained)

Tel: (253) 235-9279 (Non-detained)

detainedreferrals@nwirp.org /tsunintake@nwirp.org

- Leave a message with your name and A number
- Provides intakes and possible referrals to pro bono attorneys
- All immigration matters
- All languages welcome
- Walk-ins welcome

**Legal Immigration Services of Olympia (LISO)***

203 4th Avenue, Suite 406

Olympia, WA 98501

Tel: (360) 485-4488

contact@lisowa.org

www.lisowa.org

- Detained cases at Northwest ICE Processing Center only

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

**List of Pro Bono Legal Service Providers**

Updated July 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

**Tacoma Immigration Court**

| Tacoma, Washington (page 2 of 2) |
|---|

**ABA Commission on Immigration Detention Information Hotline\*\***

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/
immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# EXHIBIT 4

# Struggling to Survive: the Situation of Asylum Seekers in Tapachula, Mexico

By: Stephanie Brewer, Lesly Tejada, and Maureen Meyer

**JUNE 2022**

RESEARCH
**REPORT**



# TABLE OF CONTENTS

Key Findings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1**

Introduction and Acknowledgements . . . . . . . . . . . . . . **3**

Background on Mexico's Asylum System . . . . . . . . . . . . **5**

Legal and institutional framework . . . . . . . . . . . . . . . . . . . . . . . . . . **5**

Trends in asylum claims and approvals . . . . . . . . . . . . . . . . . . . . . . **6**

Migration enforcement role of the armed forces, including the National Guard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8**

The role of Tapachula in the asylum process . . . . . . . . . . . . . . . . . . **8**

Findings from WOLA's 2022 Visit to Tapachula . . . . . . **10**

Lack of immediate access to asylum at Mexico's southern border puts families and individuals at risk . . . . . . . . . . . . . . . . . . . . . . . . . . . **10**

Diverse factors have caused drastic increases in asylum claims, overwhelming COMAR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **12**

Asylum seekers' and institutions' responses, 2021-2022 . . . . . . . . . . **15**

The importance of resettlement and integration support to stabilize forced migration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **18**

**Asylum intake patterns in 2022**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **18**

**The "prison city": migrants and asylum seekers caught between a rock and a hard place** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **20**

# U.S. government engagement with Mexico on access to protection for refugees. . . . . . . . . . . . . . . . . . . . . . . . **27**

**U.S. government support to Mexico's asylum system and efforts to address root causes** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **27**

**U.S. migration policies and Mexico: a failed attempt to deter largely forced migration**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **29**

# Conclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **31**

# Recommendations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **32**

# Endnotes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **35**

# KEY FINDINGS

- **Migrants and asylum seekers arriving in Tapachula — the city in southern Mexico where the vast majority of asylum claims are made — face what service providers repeatedly described to us as a "system to wear people down" (*política de desgaste*).** This refers not to a written policy, but rather to the combined effects of a series of government actions and omissions that leave people struggling to survive and vulnerable to abuse and arbitrary treatment as they navigate multiple backlogged legal processes. These conditions do not contribute to addressing forced migration to or through Mexico; rather, they increase the suffering and risks faced by people on the move.

- **Skyrocketing asylum claims in Mexico reflect growing forced displacement and protection needs in the region and worldwide. They also reflect a failure to respond adequately to the different needs of the migrant population, including people who migrate in search of economic opportunities or for other reasons that fall outside the recognized grounds for seeking asylum.** Asylum claims in Mexico have grown a hundredfold since 2013 to reach over 130,000 in 2021. Mexico's asylum system is overwhelmed and under-resourced, with prolonged delays in case processing times. In addition to large numbers of people in need of international protection, Mexican migration authorities' reticence to facilitate access to other legal pathways has the effect of channeling people into Mexico's asylum system as though it were the only option to seek a documented status in the country, creating an even more acute situation.

- **Those needing protection are almost never able to request it at ports of entry. This puts people at further risk and constitutes an undue barrier to seeking asylum.** People displaced from their homes by violence, repression, or other threats to their survival arrive at Mexico's border with protection needs, generally after additional violence and trauma on the journey north. Yet even if they are prepared to claim asylum, protection-seeking families and individuals have found themselves blocked from doing so at ports of entry, where agents of the National Migration Institute (*Instituto Nacional de Migración*, INM) may instead tell them that this is not the right place to seek asylum or instruct them to cross between ports of entry without documentation. Migrants who are able to request asylum at ports of entry will generally be detained by the INM and held for at least a few days for processing. As a result, asylum seekers are often forced to cross between ports and try to reach the offices of Mexico's refugee agency (*Comisión Mexicana de Ayuda a Refugiados*, COMAR) to claim asylum without being

detained by enforcement authorities or victimized by criminals.

- **While trapped in Tapachula, asylum seekers struggle to survive. Mexican authorities' efforts to contain them there are both arbitrary and untenable.** Mexican asylum law requires asylum seekers to wait out their cases in the state where they made their claim. In reality, security forces generally block them from leaving Tapachula itself. Asylum seekers in Tapachula face scarce employment opportunities, obstacles to healthcare, and a dearth of affordable housing, with government, United Nations, and civil society support programs insufficient to meet overwhelming levels of demand. Tapachula's close proximity to Central America puts some people at risk of encounters with their persecutors. Asylum seekers also face abuses by authorities ranging from arbitrary detention to extortion to other forms of violence. Women and Afro-descendant migrants face particular situations of risk and discrimination. All of these factors point to the need to end Mexico's containment policy for asylum seekers.

- **Deterrence-based tactics that only serve to put more suffering and danger in migrants' paths will not decrease forced migration to and through Mexico.** Closing off legal paths to migration forces the displaced population into hiding along dangerous migratory routes, while the growing list of visa restrictions for South American countries that prevent people from flying into Mexico force more people to cross north by land. These inescapable realities highlight the need to prioritize access to protection in regional migration management, alleviating the human suffering in places like Tapachula, and developing sustainable solutions for the migrant population.

- **Initiatives to support migrants' and asylum seekers' integration into other parts of Mexico, such as those currently led by the UN Refugee Agency (UNHCR), are crucial to preventing humanitarian crises in Tapachula and providing solutions and stability to the migrant population.** As desperation, overcrowding, and marches by migrants increased over 2021, the INM sporadically transported migrants and asylum seekers to other states, but it did so without clear criteria or coordination with other institutions. A regularized relocation system, more resources for Mexico's refugee agency, and additional efforts to provide legal status to migrants seeking better opportunities would be important measures to address the growing number of migrants arriving at Mexico's southern border.

# Introduction and acknowledgements



*WOLA staff and partners at the Mexico-Guatemala border in Cuidad Hidalgo, a crossing point for many asylum seekers bound for Tapachula*

This report is based on a visit by WOLA staff to Mexico City and Tapachula, Chiapas state, in late February and early March 2022.

As part of WOLA's work on regional migration patterns, access to asylum, and the impact of border enforcement measures, in recent years we have closely monitored and visited the city of Tapachula on Mexico's southern border, a crucial crossing point where the vast majority of Mexico's asylum requests are filed. Tapachula provides both a relevant snapshot of northward migration trends and a paradigmatic example of the consequences of containment policies on asylum seekers. The present report fits within our reporting from the Mexico-Guatemala border over the past decade and our overall analysis of the impacts of U.S. and regional migration policies on the movement and rights of migrants throughout the hemisphere.

On this occasion, the WOLA delegation met with asylum seekers, government officials, UN agencies, and civil society partners providing services to people on the move in southern Mexico. We particularly acknowledge the support of the Fray Matías de Córdova Human Rights Center, a 2020 WOLA Human Rights Award recipient organization, whose staff generously helped us to convene meetings with civil society organizations and asylum seekers, as well as providing information on the trends and practices they are documenting in their day-to-day work with the asylum-seeking population. We are also especially grateful to the three asylum seekers who agreed to be interviewed on video by the WOLA team so that their stories could be quoted in this report and shown in the videos that accompany it.

During our visit, we also met with officials of the Tapachula and national offices of Mexico's refugee agency, the Mexican Commission for Refugee Assistance (*Comisión Mexicana de Ayuda a Refugiados*, COMAR); the Tapachula and national offices of the UN Refugee Agency

(UNHCR); the Tapachula office of Mexico's Welfare Ministry (*Secretaría de Bienestar*); and the U.S. Embassy in Mexico City. We spoke with representatives of legal service providers and civil society organizations including *Formación y Capacitación* (FOCA), American Friends Service Committee (AFSC), the Migration Program (*Programa de Asuntos Migratorios*, Prami) of the Universidad Iberoamericana Mexico City, *Una Mano Amiga en la Lucha contra el SIDA*, *Iniciativas para el Desarrollo Humano*, Coalition for Humane Immigrant Rights (CHIRLA), Jesuit Refugee Service, and the Institute for Women in Migration (*Instituto para las Mujeres en la Migración*, IMUMI). Most of these organizations form part of the Southeast Mexico Human Rights Observation and Monitoring Collective (*Colectivo de Observación y Monitoreo de Derechos Humanos en el Sureste Mexicano*), which documents human rights abuses against migrants and asylum seekers. Despite our attempts to obtain a meeting with the National Migration Institute (*Instituto Nacional de Migración*, INM), we were unable to meet with representatives of this agency.

The information provided in these meetings, our observations in different parts of Tapachula and at the Mexico–Guatemala border, as well as our ongoing written research and monitoring have led to the present report, which aims to present an updated window into the situation of asylum seekers arriving and seeking protection in Tapachula. Our analysis leads us to set out recommendations for the Mexican and U.S. governments, focusing both on domestic policies and regional collaboration to respond to forced migration.

# BACKGROUND ON MEXICO'S ASYLUM SYSTEM

### *Legal and institutional framework*

In 2000, Mexico became a party to the 1951 Convention and the 1967 Protocol Relating to the Status of Refugees, the cornerstone United Nations (UN) agreements that provide for the right to seek asylum from persecution on account of race, religion, nationality, membership in a particular social group, or political opinion. Mexico's Law on Refugees, Complementary Protection and Political Asylum (*Ley Sobre Refugiados, Protección Complementaria y Asilo Político*, "Law on Refugees") incorporates this protection framework as well as gender-based persecution. It further incorporates additional grounds for protection outlined in the Cartagena Declaration.[1] Thus, Mexican law recognizes refugee status for people who have fled their country of origin "because their lives, security, or freedom have been threatened by generalized violence, foreign aggression, internal conflicts, massive human rights violations, or other circumstances that have seriously disturbed public order[.]"[2]



*Mural near the Mexico-Guatemala border*

Mexico's refugee law also provides for "complementary protection" to people who are not recognized as refugees but whose life would be in danger or who would be at risk of torture or ill treatment if returned to another country.[3] Complementary protection applies to the person who requested protection, but it is not extended to their family members. These different forms of protection do not cover all people forcibly displaced from their countries of origin: in particular, disasters provoked by climate change and other environmental factors are increasingly relevant drivers of forced migration, but families and individuals displaced by climate disasters were not understood to be refugees at the time the aforementioned international and national legal instruments were drafted. However, Mexico's legal framework protects a decidedly broader class of refugees than U.S. law does.

The Mexican Commission for Refugee Assistance (COMAR), housed within the Ministry of the Interior (*Secretaría de Gobernación*, SEGOB) is the government agency charged with processing asylum claims. COMAR has central offices in Mexico City, as well as offices in the south and north of the country (two in Chiapas and one each in the states of Tabasco, Veracruz, Coahuila, Nuevo León, Baja California, and the central state of Jalisco).

The National Migration Institute (INM), also within SEGOB, is in charge of overseeing migrant arrivals at ports of entry, granting visas and legal residency, and migration enforcement. One of the INM's functions as outlined by the Law on Refugees' implementing regulations is to detect individuals in need of international protection and assist and coordinate with COMAR in facilitating their access to the asylum system.[4]

Families and individuals seeking asylum must submit their application no later than 30 business days after entering the country.[5] After the application has been received, COMAR issues a document (*constancia*) that serves as proof of an open asylum case. Once someone has requested refugee protection, legally they cannot be returned back to their country of origin during the processing of their case.[6]

With their *constancia* from COMAR, asylum seekers can apply with the INM to receive a humanitarian visa, known as a Visitor Card for Humanitarian Reasons (*Tarjeta de Visitante por Razones Humanitarias*, TVRH), which confers legal permission for people to live and work in Mexico for a year.

To determine refugee status, COMAR will interview applicants about the reason for leaving their country (with the participation of interpreters when an asylum seeker does not speak Spanish).[7] By law, COMAR has 45 business days to process applications, which may be extended up to 90 days.[8] These limits are not currently observed, as will be discussed below. Crucially, while a claim is being processed, asylum seekers are required by the Law on Refugees' current regulations to remain in the state where they filed their asylum request,[9] unless they receive special permission to relocate and continue their case from a different state.[10]

### Trends in asylum claims and approvals

In 2021 Mexico received a record-breaking 130,627 asylum requests, more than 100 times the number received just eight years ago in 2013.[11] The top three nationalities that applied for asylum in Mexico in 2021 were Haitians, Hondurans, and Cubans. The number of Haitian asylum seekers saw the most dramatic increase from 2020 to 2021, from 5,917 to 51,337. Children born to Haitian parents also accounted for a large percentage of 2021 asylum seekers from Chile and Brazil, who increased from a combined total of 1,170 in 2020 to 10,749 in 2021.



In 2021, COMAR resolved 38,054 asylum cases, with an overall asylum grant rate of 72 percent (74 percent counting complementary protection), considerably higher than the average U.S. asylum approval rate of roughly 37 percent in FY2021. There were significant disparities in approval rates for applicants of different nationalities. The major nationalities that saw the highest percentage of approval rates last year were Venezuelans (97 percent), Hondurans (85 percent), and Salvadorans (85 percent). COMAR regularly evaluates applications from nationals of these countries under the broader criteria of the Cartagena Declaration. Of the top asylum-seeking nationalities, Haitians had the lowest approval rate at 23 percent.



Asylum claims in Mexico continue to rise and may be on track to break new records, with 40,026 requests filed in the first four months of 2022—the highest number in the January–April period in the past three years.

### Migration enforcement role of the armed forces, including the National Guard

While not officially responsible for the asylum process, Mexico's armed forces currently play a leading role in migration enforcement, bringing them into direct contact with arriving families and individuals, with consequences that can impact people's access to asylum. As of late April 2022, 28,542 military troops were deployed in a migration enforcement role at Mexico's borders. Available data suggest that military forces, in particular the army and the National Guard,[12] carry out or collaborate in the majority of migratory detentions in Mexico, depriving hundreds of thousands of migrants of their liberty in recent years.

Military troops are primarily trained to combat enemy forces, a background that raises obvious concerns when assigning troops to be potential first contact points for migrant and asylum-seeking families, children, and adults. The deployment of the armed forces to intercept migrants is a clear example of an official response that treats migration—including forced migration and those seeking protection—as though it were a national security threat rather than a movement of people who have disproportionately high levels of vulnerability, trauma, and humanitarian needs. Concerns regarding militarization of border and migration tasks in Mexico are not just theoretical: in 2021, army and National Guard troops shot and killed two migrants in separate incidents in Chiapas, while the National Human Rights Commission (*Comisión Nacional de los Derechos Humanos*, CNDH) has issued recommendations finding National Guard troops responsible for other violations against migrants at Mexico's southern border. In 2021, the CNDH received complaints against the National Guard in Chiapas for cruel and inhumane treatment, arbitrary detention, and torture.

While a detailed analysis of border militarization is beyond the scope of this report, this remains one of the most concerning aspects of the armed forces' multiplying roles in Mexico. It is also an area in which the U.S. government has negatively influenced migrant rights and access to protection in Mexico in recent years by pressuring Mexican authorities to crack down on northward migration, including through the threat of tariffs on Mexican exports during the Trump administration and by praising Mexico's efforts to stop migrant caravans, which translates into the deployment of military troops.

### The role of Tapachula in the asylum process

Due to its location just inland of the Mexico-Guatemala border, size, and connectivity to main highways from Central America, Tapachula is the main point of arrival for a significant portion of migrants and asylum seekers coming by land to Mexico. A large majority of asylum claims—89,613 in 2021—were filed in COMAR's Tapachula office, creating an enormous strain on this office and prolonged delays in case processing, stretching into wait times of many months for asylum applicants.

*Map showing Tapachula/southern border*



Since asylum seekers are generally required to wait out their cases in the state where they file their claims, tens of thousands of asylum seekers are currently expected to live in Chiapas, the southern border state where Tapachula is located (and Mexico's poorest state, with a poverty rate of 75.5 percent in 2020). In practice, Mexican authorities seek to confine these families and individuals not just to Chiapas state, but to the city of Tapachula itself. For this reason, Tapachula is known as the "prison city" (*ciudad cárcel*) for asylum seekers. As we will discuss below, this containment policy has led to a series of negative consequences including lack of access to basic services and the means to survive, pushing asylum seekers to try to find ways to leave the city.



*Bicentennial Park in Tapachula, where migrants and asylum seekers without a place to stay often spend the night*

# FINDINGS FROM WOLA'S 2022 VISIT TO TAPACHULA

*Lack of immediate access to asylum at Mexico's southern border puts families and individuals at risk*

While Mexico continues to experience mixed migration flows, a large number of people arriving in Tapachula have international protection needs after fleeing life-threatening circumstances in their home countries.

Migrants and asylum seekers generally arrive in Mexico after living through different forms of violence, trauma, and exploitation during their journey north. As numerous people told us, every step along the migratory route to Mexico costs money, whether due to criminal extortion, bribes demanded by authorities, fees to secure guides, or other payments necessary to move from one place to another with as little violence as possible. Even those able to muster resources through their family and social networks are still vulnerable to violence and repeated criminal attacks, including kidnapping and rape, while people forced to flee their homes with little prior notice are likely to travel with even fewer resources and thus have even less of an opportunity to fend off detention and violent attacks. Regardless of their circumstances, arriving migrants and asylum seekers in Tapachula, especially those in a heightened situation of vulnerability such as children, are likely to arrive in need of physical, psychological, and other humanitarian attention after their journey, as well as with the right to request international protection or to pursue other pathways for temporary or permanent legal status.

**"It's impossible to live in Honduras. It's so dangerous now. The gangs see 12-year-olds, 13-year-olds, and they already want to recruit them... I have a 10-year-old daughter and a 14-year-old daughter, that's why I had to leave my country, leave my family and everything behind, because the gangs came... they said they were going to recruit my daughters... and that if I didn't let them, they were going to kill us all, my children and me..."**

**-"Maria," Honduran asylum seeker**

Families and individuals face severe obstacles in requesting asylum when they arrive at Mexico's border because COMAR does not have a regular presence at ports of entry, which are instead manned by INM agents. Despite the INM's legal mandate to assist and collaborate with COMAR, according to multiple service providers in Tapachula, INM agents at ports of entry are known to tell asylum seekers that they cannot seek asylum at the border and cannot enter Mexico without documents.

Paradoxically, rather than seeking truly to block the path of asylum seekers into Mexico, the

INM agents themselves may also instruct people to cross between ports of entry in order to make their way to COMAR's Tapachula office to claim asylum. Only in certain cases, such as when a service-providing organization has contacted authorities to request entry for an asylum-seeking person or group, are there greater guarantees of asylum seekers' being able to cross at a port of entry and to avoid detention in the INM's migration stations (detention centers) while their paperwork is being processed.



*The Suchiate River, which divides Tecún Umán, Guatemala from Ciudad Hidalgo, Mexico*

The result of this approach by the INM is that many asylum-seeking families and individuals must cross Mexico's border in hiding and try to make it from the border to the COMAR office or an NGO or other service provider without documentation that authorizes their presence in Mexico. These journeys put asylum seekers at risk of attacks and extortion by criminal groups who prey on migrants and of detention or extortion by INM agents, state and local police, and military forces.

**"When you're an immigrant and you're on the move… the authorities, instead of helping you because they're authorities, no, what they do is take what little you have… even if you have children, they don't care, they take their papers, and it's, 'either give me what you have or I'll send you back or I'll imprison you…' As a migrant, you're afraid, so you agree to whatever they ask of you… you just say, 'yes.'"**

**–"Maria," Honduran asylum seeker**

WOLA staff heard accounts of detentions and abuses by the INM, police agents, and the military even against migrants with official permission to be in Mexican territory; for arriving asylum seekers with no documentation who are forced to cross irregularly into the country,

the risks are even higher. According to data collected from 2,742 asylum seekers in Tapachula between October 2020 and October 2021 by the Danish Refugee Council (DRC) and the Jesuit Refugee Service Mexico (JRS), 98.3 percent of respondents affirmed having entered Mexico irregularly, and 34.3 percent of these respondents "describe incidents of extortion, violence, threats, and other abuses, compared with only 9.1% of respondents who indicate having entered the country regularly."

Detention by authorities may lead to extortion and/or temporary imprisonment in the INM's detention centers. According to international standards and guidelines, detention of asylum seekers should be exceptional and based on an evaluation of the specific need for detention in each case. In Mexico, such detention tends to respond to few criteria other than migratory status and may be prolonged for months. While an alternatives-to-detention program exists in Mexico, which releases asylum seekers from detention and refers them to shelters in coordination with COMAR and support from the UN Refugee Agency, the INM has curtailed its use in recent years. Interviews conducted during our visit and reporting from organizations working with asylum seekers suggest that the INM has become less responsive to requests for migrants to be released from detention.

Once detained, many asylum seekers are told that if they make a protection claim, they will remain locked up while their case moves forward. This factor alone makes it much more difficult for people to prepare their asylum case, as they face obstacles such as inadequate access to information, legal assistance, and healthcare, overcrowding, or safety issues. This leads some people with protection needs to desist from their claims in order to be released from detention.

A 2020 reform to Mexico's migration and refugee framework established that children (unaccompanied and those with their families) should not be held in detention by the INM.[13] Children and their families should instead be referred to the National System for Integral Family Development (*Sistema Nacional para el Desarrollo Integral de la Familia*, DIF). However, service providers told WOLA that this sometimes amounts to little more than a change of detention setting for individuals and families sent to DIF shelters. Civil society counterparts also told WOLA of the INM's practice of separating families, for instance by detaining a father in a migration station and sending a mother and children to a DIF facility.

**"At the first checkpoint… [the authorities] took me; they brought me to the *Siglo XXI* migrant detention center… I was scared when I got there, I've never been detained… after three and a half months, I couldn't stand it there anymore… I decided not to continue [with that asylum request], because I wasn't sleeping, I wasn't eating well by then… it got to the point where I would talk to myself…"**

**-Nelson, Nicaraguan asylum seeker**

*Diverse factors have caused drastic increases in asylum claims, overwhelming COMAR*

Mirroring global trends, there has been a dramatic increase in people displaced from their homes throughout the Western Hemisphere. Mexico, which in 2021 became the third country

worldwide in the number of asylum requests received, has become a significant destination country for a growing number of people.

Latin America has witnessed an increase in human mobility in recent years as both long-standing and emerging causes of displacement force more people to flee their homes. Latin American and Caribbean countries consistently lead the world in homicide rates, with gang violence in Central America and organized crime in Mexico continuing to be significant causes of displacement. Repression and political and humanitarian crises, exemplified in different forms in countries such as Venezuela, Nicaragua, and Cuba, add to forced displacement. The devastation caused by Hurricanes Eta and Iota in Central America in 2020 highlighted the increasing percentage of people on the move who can be considered climate refugees. Violence, poverty, and other already life-threatening crises have now been aggravated by the Covid-19 pandemic.

In addition to people fleeing directly from their countries of origin, a large percentage of 2021 asylum requests in Mexico came from people of Haitian origin who had previously fled Haiti following its devastating 2010 earthquake, resettled for a time in South American countries (notably Brazil and Chile), but once again found themselves on the move due to shrinking visa availability, scant labor opportunities, and racism and discrimination in South America, with fewer possibilities than ever of returning to Haiti as gang violence, political crises, and natural disasters engulfed the country in 2021.

In this context, the modern face of northward migration through Latin America includes a significant percentage of women and children, with many families migrating and seeking asylum together.



In addition to these trends, both authorities and civil society counterparts agree that people on the move are currently funneled into Mexico's asylum system even though Mexican law has some other paths available to those seeking a legalized status in the country. In particular, while

Mexican law makes TVRH humanitarian visas available to migrants who have been victims of or witnessed a crime in Mexico, children, or for other humanitarian purposes or public interest reasons,[14] in practice these visas have not been made widely available to migrants. Even asylum seekers face steep obstacles in obtaining a TVRH. In 2021, the INM issued 87,174 TVRHs. However, only 35,397 were provided to asylum seekers, contributing to the obstacles WOLA staff witnessed in Tapachula with asylum seekers unable to access employment because they lacked this visa. At the same time, the fact that more than half (48,611) of these visas were issued for humanitarian reasons, including 30,057 to Haitians (and another 6,547 to Brazilians and Chileans, many of whom are likely children of Haitians born in these countries), illustrates that in the context of high levels of forced migration and significant pressure as a result of the tens of thousands of migrants and asylum seekers trapped in Tapachula in the fall of 2021, the Mexican government more broadly used TVRHs as a tool to provide temporary status in Mexico. In contrast, the INM issued only 25,414 TVRHs in 2020, with less than a thousand, 862, provided for humanitarian reasons.

Given the INM's reticence to offer alternatives to migrants arriving at Mexico's southern border, seeking asylum is seen as the necessary route to obtain a TVRH for most arriving migrants, contributing to COMAR's increased caseload. This also means that an unknown number of people who intend to reach the United States to reunite with family or for other reasons find themselves channeled into applying for asylum in Mexico to regularize their presence in the country, even though Mexico is not their final destination.

Finally, with the U.S. border closed to many arriving asylum seekers under Title 42 since March 2020, some asylum seekers may have requested protection from COMAR even if they do not feel safe in Mexico, following expulsion or being blocked at U.S. ports of entry. If the Title 42 policy is lifted, part of this population will likely move to the U.S. border in the hope of being able to request asylum in the United States. These asylum seekers would join a growing number of other foreign nationals who have been bottled up along the U.S.-Mexico border awaiting their chance to approach a port of entry and request asylum in the United States, with U.S. authorities estimating this number could be around 25,000.

The record-breaking rise in asylum requests in Mexico has meant that those arriving find themselves navigating an asylum system that is overwhelmed, under-resourced, and severely backlogged. Nowhere is this reality more evident than in Tapachula.

**"I came here, not because I had some American dream, but because I was fleeing so that [the authorities] wouldn't hurt my family, first of all, and secondly to protect my own life...**

**[This has been] an emotional and economic change that hit me hard, believe me... I don't wish this on anyone. That's what I can tell you: I don't wish this on anyone."**

**-Nelson, Nicaraguan asylum seeker**

As has been evident in the images of hundreds of asylum seekers waiting outside of COMAR's offices in Tapachula, the agency has yet to secure enough resources to process current caseloads. In response to rising numbers of claims, COMAR has expanded in recent years with support from the UN Refugee Agency; today, COMAR has <u>nine offices</u> throughout the country and plans to open more, including a coordinating office in Chiapas state to oversee the work of the multiple Chiapas COMAR offices. With <u>UNHCR support</u>, COMAR increased its processing capacity by <u>116</u> percent between 2020 and 2021, and has gone from 20,466 case determinations in 2019 to 38,054 in 2021. In December 2021, COMAR signed <u>a new agreement</u> with UNHCR that will allow COMAR to directly hire 230 staff members (under Mexican law, government officers must be the ones to make asylum determinations; that is, staff directly paid by UNHCR cannot substitute COMAR in this role).



However, even with this additional support, the resources afforded to COMAR are still far from sufficient to enable prompt processing of incoming asylum requests, with the agency's overall domestic budget remaining essentially stable from 2021 to 2022 despite skyrocketing levels of asylum claims.[15]



***Asylum seekers' and institutions' responses, 2021-2022***

As mentioned, delays of many months in refugee determinations, coupled with Mexico's containment policy, have effectively trapped tens of thousands of foreign nationals in

untenable conditions in Tapachula. As this situation reached crisis levels in 2021, lack of access to job opportunities, housing, healthcare, and other necessities in Tapachula; safety concerns; discrimination; and desperation at seemingly never-ending legal processes led large groups of asylum seekers to try to leave the city.

In perhaps the best-known example, hundreds of foreign nationals sought to leave Tapachula by marching north together in "caravans" in the second half of 2021, particularly beginning at the end of August. However, the caravans met with blockades, detention, and sometimes violent repression from INM agents and the National Guard. Since then, multiple caravans have left Tapachula, with some reaching other states, though none remaining intact beyond the center of the country.



*Mexican immigration agents detain a Haitian migrant in Escuintla, Chiapas state, Mexico in September 2021 (AP Photo/Marco Ugarte)*

For its part, COMAR's Tapachula office tried several strategies throughout 2021 to increase its capacity to process asylum claims. At the beginning of the year, unable to keep up with case intake, the office began issuing appointment notices (*citatorios*), which stipulate a later date for the formalization of a family's or individual's asylum application. In mid-2021, COMAR set up an online platform for use in Tapachula to request asylum appointments. However, WOLA staff was told, the system received tens of thousands of online requests in a single week, grew to include people who had not yet arrived in Mexico, and led to large numbers of case inquiries. Service providers pointed out that the online system also created challenges for asylum seekers unfamiliar with navigating the internet or unable to access the online platform.

Changing tactics, from late September to late November COMAR convened asylum seekers to come in person to Tapachula's stadium to confirm their appointment requests, in an unprecedented strategy in which UN agencies and other Mexican institutions collaborated. Approximately 55,000 asylum seekers participated, allowing COMAR to reorganize and open up appointment times.

These efforts were disrupted, however, by the INM's own parallel response strategies. As growing numbers of desperate asylum seekers sought to leave Tapachula on foot, producing high-level news coverage including images of caravans and repression, the INM began offering caravan participants or would-be participants humanitarian visas and relocation by bus to a series of other Mexican states. In this context, the INM announced that it too would use Tapachula's stadium at the end of November 2021 to program transportation to other states. INM's announcement prompted families and individuals to abandon jobs, housing, and other activities in Tapachula to camp out around the stadium, awaiting what they believed would be their turn to leave. Given Tapachula's extremely hot conditions, the situation for families and children in particular was often unbearable according to service providers who sought to assist asylum seekers at the time.

Not everyone waiting at the stadium received transportation, however. In December, the INM began issuing QR codes to migrants and asylum seekers, instructing them to pay their own way to one of a list of different states (determined in each case by the QR code) and then report to an INM office within 30 days to regularize their status. It is estimated that some 35,000 people were relocated to 17 central and northern Mexican cities through the INM programs. The long list of states in which the INM issued over 1,000 humanitarian visas in December 2021 (44,425 TVRHs in total) is one indicator of the application of this program.

While the initiative to move people out of Tapachula points to recognition of the failure of the containment policy, the INM has implemented this plan in a piecemeal and reactive manner, and it is not permanently or universally available. The main criterion for busing seems to be a desire to break up caravans, deactivate protests, and diminish the crisis of overcrowding in Tapachula.

The INM also failed to adequately coordinate its busing project with COMAR, and asylum seekers were sometimes unwittingly considered to have abandoned their claims by virtue of no longer being able to show up at Tapachula's COMAR office. Some, having struggled to leave Tapachula, even found themselves returning there once they realized they could not follow up on their cases from other states. WOLA was told that the INM eventually began providing more complete data to COMAR on which asylum seekers were transported to what destinations, which would allow COMAR to re-open their cases. However, it is unclear what will happen to many of the transported migrants who wish to pursue their asylum claims.

**"Abuses by authorities, corruption, and impunity are very severe problems… and they're aggravated when the victim is a person who isn't perceived as a person… they're perceived as the other."**

**-Brenda Ochoa, Director of the Fray Matías de Córdova Human Rights Center**

*The importance of resettlement and integration support to stabilize forced migration*

Stakeholders interviewed by WOLA emphasized that the extent to which resettlement and integration is available and supported in Mexico, giving refugees access to services and the ability to live and work throughout the country, influences the number of people who will opt to resettle in Mexico and the stability of that resettlement. In this vein, while many counterparts spoke of the need to facilitate immediate humanitarian visas to asylum seekers and other migrants who qualify for them, several also signaled the need to think beyond short-term solutions and to recognize that without permanent resident status, people on the move will live in a more vulnerable situation in which they must constantly renew their documentation.

Positive examples of integration support exist and can provide guidance for expanding such efforts. In particular, UNHCR has led an integration program (Local Integration Program, *Programa de Integración Local*, PIL) that has helped more than 10,000 refugees relocate within Mexico and start their lives in their new communities since 2016. The program has helped move refugees from the southern part of the country to eight cities in the center and north of Mexico. A UN study demonstrates the success of the program: while in southern Mexico, only 10 percent of refugees were employed and 17 percent had sporadic informal jobs, but after their relocation, 92 percent were in formal employment with earnings that were on average 60 percent higher than in the south.

In December 2021, the International Organization for Migration (IOM) and UNHCR presented a pilot project that aims to support the stabilization and integration of Haitians in Mexico. The program will allow Haitian families who have not applied for asylum to participate in the PIL program. It will be important to monitor the success of this new initiative, including the extent to which it is able to facilitate access to work for women as well as men.

Initiatives such as this one fit within the overall, recognized need for countries to expand legal pathways to resettlement for people who need to leave their homes. For example, UNHCR has emphasized the importance of complementary pathways, or safe and regulated avenues that complement refugee resettlement, which offer alternatives to resorting to irregular and dangerous movement and facilitate the acquisition of a sustainable and durable migration status. Complementary pathways for admission are diverse and can include humanitarian visas, family reunification, and education and labor opportunities, among others.

*Asylum intake patterns in 2022*

During our visit, COMAR's Tapachula offices were intaking some 250 asylum seekers per day, although that number is sometimes several times higher on Mondays. Stakeholders were unanimous in telling us of an increase in the number of Venezuelans, Cubans, and Nicaraguans arriving by land this year. They also noted an increase in extra-continental migrants and asylum seekers, largely from African countries.

In part, these movements reflect trends apparent in 2021, which saw significant increases in the number of Venezuelans, Cubans, and Nicaraguans requesting asylum in Mexico and detained in Mexico (a total of 26,705 people of these nationalities were apprehended by Mexican authorities in 2021, a more than tenfold increase from the 2,204 Venezuelans, Cubans,

and Nicaraguans detained in 2020). However, more recent reported upticks in the number of Venezuelans arriving in Tapachula in particular would seem also to be a consequence of Mexico's new visa requirements for Venezuelans, imposed in January 2022 following reported requests from the United States, which block air travel to many Venezuelan migrants and hence drive more Venezuelans to migrate north by land through Central America and Mexico. Mexico similarly imposed visa requirements on nationals of Brazil and Ecuador in 2021 in response to increasing arrivals from those countries at the U.S. southern border.

More Cubans are also arriving in Mexico, in part due to Nicaragua's lifting of visa requirements for Cubans in November 2021, enabling them to fly to Nicaragua to continue their journey north. COMAR's asylum applications reflect these shifts in nationalities, with more Cubans requesting asylum in Mexico in the first four months of 2022 (8,445) than in all of 2021 (8,298), while 4,270 Venezuelans requested protection in this same period, as compared to 6,192 in all of 2021. In the first four months of 2022, 841 people from Senegal also requested protection in Mexico.



The land route from South America to Mexico passes through the notorious Darién Gap that connects Colombia to Panama, a migratory corridor known for extreme levels of lawlessness and violence (including rape), robbery and extorsion, deaths from exposure to extreme conditions, and other life-threatening and trauma-inducing conditions. In November 2021, Doctors without Borders reported that since April of that year they had attended 288 victims of sexual violence in the Darién Gap in their reception centers and with the Panamanian Ministry of Health, estimating that this represented only a quarter of the actual cases. U.S., Mexican, or other regional migration policies that channel larger numbers of people through this route thus will necessarily have extremely severe negative effects on the lives of migrants and asylum seekers.

**"In our group [of migrants crossing the Darién Gap], one man fell… I don't know how he managed to grab onto something, because if he had fallen to the bottom there, he would have died. […] [On the path] you see things, you see dead bodies, you see everything people have left behind, because you get to a point where even your own clothes weigh you down from the sweat. […] At a certain point, I couldn't breathe… I said, 'go on ahead, I'm going to stay here a while…' […] And when I woke up, there were only two people there… they said they hadn't left because they saw that I was still breathing. Because I had lost consciousness completely. […] We walked and walked and walked and walked and walked and walked…"**

**-Frantz, Haitian asylum seeker**

Finally, we note that COMAR may acquire a large new portfolio of work stemming from a proposed General Law on Forced Displacement that has passed in Mexico's House of Representatives and is now under consideration in the Senate. This law would recognize and create a system for attending to Mexico's own large population of internally displaced people (IDPs), with tens of thousands of people displaced in large-scale movements in 2021 alone and potentially hundreds of thousands displaced in total in recent years. Under the proposed legislation, COMAR will become the institution in charge of implementing the law and supporting the IDP population. However, WOLA was told that the agency's plan is to keep its refugee and IDP functions as separate as possible, ensuring separate structures and budgets to cover both. It remains to be seen if the law passes in its current form and how implementation and funding of the law will play out in practice. The Mexican Senate ended its normal legislative session in late April 2022 without moving forward with the legislation.

### The "prison city": migrants and asylum seekers caught between a rock and a hard place

Recalling that Chiapas is Mexico's poorest state and Tapachula is a city of some 350,000 residents, it is unsurprising that foreign nationals' need for jobs surpass Tapachula's labor market. As was described to us repeatedly during our visit, migrants and asylum seekers in Tapachula also tend to face obstacles to accessing healthcare, education, and housing, as well as experiencing racial discrimination and abuses by authorities, including arbitrary detention. Language barriers and racism faced by Haitian and other Afro-descendant and indigenous migrants have further impeded their access to public services. WOLA staff conversations with a Spanish-speaking Haitian asylum seeker also made clear that language barriers impact Haitians' ability to access and understand Mexico's asylum system, as has been documented by several civil society organizations. These circumstances make clear that, as thousands of people continue to arrive and ask for protection, authorities must remove existing obstacles to dignified living conditions in the city, improve access to services for non-Spanish-speaking

migrants, address institutional racism, and reform the containment policy so that Tapachula is no longer a prison city for people on the move.

A migrant or asylum seeker's stay in Tapachula is marked by arbitrary rules and long wait times that leave them in a constant state of uncertainty. INM agents and the National Guard operate fixed and moving checkpoints in and around the city, as well as conducting raids, particularly at night, in which they detain migrants for alleged failure to demonstrate their permission to be in Mexico. In reality, detentions have swept up people with legal permission to be in Mexico, including asylum seekers. Service providers told us that security forces will target a certain park or hotel to raid, and sometimes ask to see even bystanders' identifications; we heard accounts of such authorities destroying asylum seekers' documents that proved that they were lawfully present or had ongoing cases.

> **"In the raids [to detain migrants], authorities commit serious abuses, there is a lot of violence even against women, girls, boys, adolescents…"**
>
> **–Brenda Ochoa, Director of the Fray Matías de Córdova Human Rights Center**

Those detained may be imprisoned for weeks or more in INM detention centers, where, according to civil society investigations, INM agents regularly pressure asylum seekers to abandon their cases—and some, desperate to be released from detention, opt to do so. As mentioned, an alternatives-to-detention program, albeit an imperfect one, has existed since 2016, but the INM has greatly curtailed access to the program since 2020. Detention of asylum seekers deprives them of a wide variety of rights, separates families, exacerbates trauma, and makes it much more difficult for them to continue their asylum cases with due process.

Even the many asylum seekers who are able to avoid detention and live in Tapachula face safety risks that include extortion by authorities and attacks by criminals. Tapachula's close proximity to Guatemala means that gang members can easily show up there, and service providers told us of cases in which asylum seekers had been found by members of the Central American gangs from which they had fled in the first place. Although a request can be made for COMAR to transfer cases to a COMAR office in another state for security reasons, it is a cumbersome process requiring the asylum seeker to present detailed documentation of the risk.

Beyond safety concerns, day to day living conditions are often untenable, aggravated by the bureaucracy of the processes required to regularize one's migratory status. Desperation was palpable the day that members of WOLA and the Fray Matías Center visited the overflowing line of migrants waiting all day in direct sunlight and sweltering heat outside an INM office for a chance at an appointment, a pattern often repeated day after day.



*Migrants and asylum seekers waiting for appointments outside the National Migration Institute*

Most asylum seekers need income to survive. However, existing employment opportunities in the formal sector are insufficient and require that people have documentation showing their permission to work in Mexico—though employers may balk at hiring migrants even when presented with humanitarian visas. Some asylum seekers set up stands or other informal businesses to provide goods and services to the population, but municipal authorities sometimes clear them out of certain parks or areas, making it harder for them to earn income.



*Sign that prohibits migrants from selling their wares in a plaza in Tapachula*

Mexico's Welfare Ministry (*Secretaría de Bienestar*) runs a program for asylum seekers and other migrants seeking regularization in which it provides them with cash support in exchange for several hours of volunteer work through its Social Emergency Program (*Programa de Emergencia Social*). Participating migrants take part in construction, planting, cleaning, translating, and other jobs. Officials in charge of the program in Tapachula told WOLA that enrolled migrants generally remain in Tapachula throughout the duration of their regularization processes. However, the program does not have the capacity to include all the asylum seekers and migrants who seek to participate: we were told in March 2022 that it covered approximately 1,400 people in Tapachula. The day of our visit, a crowd of people was lined up at the door of the program's headquarters, seeking to enroll.

Asylum seekers face steep obstacles in access to housing. Shelters in Tapachula lack the capacity to house the arriving population, and local landlords have taken advantage of increased migration levels to charge usurious rates to rent apartments or rooms, including charging per person for renting shared rooms between groups of people.

Healthcare is another right that many migrants and asylum seekers are prevented from accessing. Service providers and asylum seekers told WOLA that hospitals and other healthcare providers require identification and ask for documentation that asylum seekers may not have, especially if they have arrived recently. Service providers expressed particular concern for the situation of women, including pregnant women and non-Spanish speakers. Those who require care unavailable in Tapachula face difficulties in accessing it; partners told us that it is complicated to obtain permission to bring a migrant even as far as the capital city of Chiapas state. In addition to physical ailments or injuries, migrants and asylum seekers frequently need psychological healthcare after surviving trauma along the migratory route.

**"My 6-year-old daughter had an accident… Here at the hospital, they didn't want to perform surgery on her; they said that they couldn't send her to a different hospital because I was an immigrant…"**

**-"Maria," Honduran asylum seeker**

To help address asylum seekers' need for services in Tapachula, UNHCR provides direct assistance to them after an initial interview to identify their needs, a process facilitated by the opening in March 2021 of the Center to Support Refugees (*Centro de Atención a Refugiados*, CAR), which operates next to COMAR's registration center. However, the scope of this program depends on the availability of resources, which are currently insufficient. UNHCR seeks to support asylum seekers with school inscription, protection against threats to their safety, psychosocial attention, access to healthcare and medicines, and orientation about available migrant shelters and other support mechanisms.

Certain migrant and asylum-seeking groups face particularly acute situations, especially as migrants have become more visible and vulnerable to local xenophobia. It is not uncommon for longstanding Tapachula residents to reject the presence of migrants in the city because of the perception that they are taking jobs from the local people.

There is an <u>insufficient</u> offer of adapted public services for migrants who do not speak Spanish. In the case of families from countries where Spanish is not a common language, women are especially likely to face language barriers that further reduce their access to services. This leads to patterns in which women's access to services is dependent on male relatives' liaising with authorities.

As mentioned, Haitian migrants and asylum seekers face anti-Black discrimination as well as frequent language barriers. An <u>investigation</u> by the Center for Gender and Refugee Studies, IMUMI, and Haitian Bridge Alliance found that "[f]ew to none of the immigration officials or non-governmental service providers in Tapachula speak Kreyol, and as a result, Haitian migrants have difficulty understanding the immigration system and how to access the networks of legal and humanitarian services available to them." By December 2021, COMAR's Tapachula office had <u>increased</u> its number of Haitian Creole interpreters from two to eight, but concerns persist about how Haitian cases are processed. Legal service providers signal that the notably low rates of asylum grants for Haitians bely insufficient analysis of their cases, especially given the high rates of approvals for other nationalities whose countries of origin suffer from generalized violence or crises. Beyond the asylum process itself, Haitian migrants report experiencing racism from both authorities and the local population.

During WOLA's visit, we were struck by the fact that multiple institutional actors expressed that asylum seekers of Haitian nationality or descent were unlikely to qualify for asylum. While we understand that they were referencing a pattern of secondary movements by Haitians who had previously migrated to South American countries (which differs from a 'typical' asylum case in which a person flees directly from their country of persecution), we recall that domestic and international asylum law require an individualized evaluation of each person's case. We also note that growing numbers of Haitians are now arriving <u>directly from Haiti</u> following that country's 2021 security, political, and natural crises. Furthermore, unlike asylum claims from Honduras, Venezuela, and El Salvador, which are generally processed using the standards outlined in the Cartagena Declaration, COMAR has not <u>designated</u> Haiti as a country whose nationals have access to this differentiated asylum procedure.

Given all of the conditions described above, migrants and asylum seekers in Tapachula increasingly protest in a variety of ways to call for permission to leave Tapachula and regularize their migratory status; the caravans attempting to leave the city are one clear expression of this. In order to bring attention to the desperate situation they are facing, migrants have <u>sewn their lips together</u>, gone on hunger strikes, <u>chained</u> themselves, and <u>marched with crosses</u>. On March 11, 2022, during president Andrés Manuel López Obrador's visit to Tapachula, migrants protested outside a military base where the president held his daily news conference. Those 150 migrants were <u>told</u> they would receive humanitarian visas by the end of the day, in addition to approximately 800 migrants who were given documents in the days leading up to the president's visit, according to immigration authorities. These numbers are just a small fraction of the tens of thousands of foreign nationals waiting in Tapachula.

**"The paperwork… they keep you going round in circles to see if you get tired."**

**-Frantz, Haitian asylum seeker**

**24  Struggling to Survive** *June 2022*

Asylum seekers and migrants defend their rights not just by protesting, but also by providing direct assistance to other asylum seekers and migrants and by advocating with relevant authorities. As always, non-governmental organizations and migrant shelters also continue to be on the front lines of providing migrants with legal representation and humanitarian assistance, as well as documenting abuses against them. Throughout 2020 and 2021, the organizations that form part of the Southeast Mexico Human Rights Observation and Monitoring Collective have been documenting abuses against migrants and asylum seekers throughout the region and monitoring INM and National Guard actions during caravans and other moments of mass movements of migrants.

**"[The police] arrived, they broke open the door, and they said, 'down,' pointing at us with guns, anti-gang police they're called here… They took us to an empty lot and they started beating us… and asking us what gang we belonged to, what cartel, what organization…"**

**-Nelson, Nicaraguan asylum seeker**

The inspiring work done by partners on the ground in Tapachula and elsewhere in Chiapas, and the tireless struggle of migrants and asylum seekers themselves, have led to growing recognition of the crisis caused by Mexico's attempts to contain tens of thousands of vulnerable people at its southern border. Until reforms are made, however, asylum seekers in Tapachula will continue to face what multiple interviewees described to us as a "system to wear people down" (*política de desgaste*)—a combination of norms, arbitrary actions, inefficiencies, and lack of capacity that traps people in a prolonged limbo of uncertainty, risk, and precarious conditions. This situation represents the worst of all worlds: it increases the suffering and vulnerability of asylum seekers while doing nothing to sustainably or constructively manage migratory flows or advance a regionally shared plan to provide protection to those who need it.



*Patio of the Fray Matías de Córdova Human Rights Center*

"I went to the park and I could identify the people who didn't speak Spanish. And I said to them, 'what do you need?' Like one patient asking another patient, 'what do you need?' And one says, 'I don't understand the paperwork,' because sometimes [the authorities] give you a document and you have to read it and you don't understand. 'Oh, no? I'll translate for you.' Pretty soon, I had 20, 30 people waiting for me to translate for them… So, I started helping people… […] And soon, every day I would get up… and go to the park… to Fray Matías [Human Rights Center]… to COMAR… Sometimes I would lose my voice by the time I got home. Because I was so hoarse from the work that we had done."

**-Frantz, Haitian asylum seeker**

# U.S. GOVERNMENT ENGAGEMENT WITH MEXICO ON ACCESS TO PROTECTION FOR REFUGEES

U.S. influence on people's access to protection in Mexico stems from both U.S. support for Mexico's asylum system and overall U.S. migration policy—two frameworks that do not necessarily align with one another.

### U.S. government support to Mexico's asylum system and efforts to address root causes

The State Department's Bureau of Population, Refugees, and Migration (PRM) manages U.S. support for access to asylum in Mexico and Central America, focusing on humanitarian assistance, capacity-building, and diplomatic engagement.[16] The U.S. government is the largest financial supporter of UNHCR activities in Mexico: in 2021, UNHCR Mexico reported a U.S. contribution of $38,715,766, which constituted 77 percent of total UNHCR contributions earmarked for Mexico in 2021. In turn, UNHCR funds a large share of COMAR's work, enabling it to operate with significantly more staff than it could with its domestic budget.

While such U.S. support has been ongoing over a number of years, the U.S. Congress has recently reinforced the need to invest in Mexico's asylum processing capacity in the face of its overwhelming caseload, including language linked to U.S. foreign assistance specifying the need to support COMAR and INM "to improve intake facilities and asylum case management and processing."[17]

In a letter sent to Secretary of State Antony Blinken in March 2021, 19 members of Congress stated that Mexico's asylum system "merits priority attention":

> While Mexico's refugee agency, Comisión Mexicana de Ayuda a Refugiados (COMAR), has improved its processing capacity, asylum seekers continue to face inadequate screening for protection concerns by migration enforcement officials, poor conditions in detention centers, and long processing times. […] U.S.–Mexico cooperation should seek to improve access to protection in Mexico, in coordination with the United Nations High Commissioner for Refugees (UNHCR) and civil society organizations, by increasing COMAR's presence throughout the country, supporting alternatives to detention for asylum seekers, and further improving COMAR's capacity.

In July 2021, the White House published its Collaborative Migration Management Strategy (CMMS), which lays out eight lines of action through which the U.S. government seeks a comprehensive regional approach to migration. One of these is "Expand Access to International Protection," an area in which the Biden administration specifically cites cooperation with Mexico, stating:

> The United States will support regional government efforts to strengthen and expand their asylum systems to provide vulnerable individuals with

protection… […] For example, since 2016, the Mexican Commission for Refugee Assistance has expanded dramatically with U.S. support, opening new field offices and tripling its annual case processing capacity. The United States will continue to work with Mexico to build on this success and with other regional governments to help expand their asylum systems.

The CMMS also points to Mexico as an example of the need for strong internal relocation and resettlement programs:

The United States will support inclusion and integration programs that ensure individuals can access livelihood opportunities, services, healthcare, and education, and can develop roots in their new communities. The United States will look to expand successful ongoing integration efforts, such as a program that relocates protection recipients from southern Mexico to industrial belt municipalities in Mexico with labor needs.

In line with the CMMS, U.S. embassy officials in Mexico City told WOLA that the embassy, led by U.S. Ambassador Ken Salazar, advocates with Mexican authorities for migration management that includes, among other components, addressing the root causes of migration, attending to the displaced population, effective asylum processing, and modernized border infrastructure.

The Biden administration has made especially clear that it seeks to address the root causes of forced migration, particularly from Central America. The White House published its multifaceted Root Causes Strategy along with the CMMS in July 2021. For its part, Mexico's federal government is implementing social programs in northern Central America through its international development agency, AMEXCID (*Agencia Mexicana de Cooperación Internacional para el Desarrollo*). These programs largely replicate the Mexican government's signature domestic social programs "Sowing Life" (*Sembrando Vida*, a program that pays participants to plant trees) and Youth Constructing the Future (*Jóvenes Construyendo el Futuro*, a paid internship program for young people). AMEXCID reports that its programs dramatically decrease Central American participants' plans to emigrate, although investigations have denounced irregularities in the implementation of these programs in Mexico. USAID and AMEXCID are coordinating certain assistance in Honduras, Guatemala, and El Salvador within a framework known as "Sowing Opportunities" (*Sembrando Oportunidades*).

Beyond the actions described above, there is a need to improve U.S.–Mexico collaboration to protect specific groups of people who arrive in Mexico with protection needs but whose safe and sustainable resettlement warrants relocation to the United States. This is the case, for example, of unaccompanied asylum–seeking children trying to reunite with U.S.–based family members. Such children should not be forced either to seek asylum in Mexico or to migrate north in hiding when it is clearly in their best interest to join their relatives in the United States. In other cases, families or individuals may have compelling safety reasons to seek protection in the United States rather than in Mexico. Identifying such cases and facilitating a pathway to request protection in the United States would avoid the need for these groups to be processed by Mexico's asylum system when ultimately Mexico will not be a viable destination for them.

*U.S. migration policies and Mexico: a failed attempt to deter largely forced migration*

Despite its financial support for Mexico's asylum system, overall U.S. migration policy under the Biden administration has followed that of previous administrations and prioritized reducing the number of migrants and asylum seekers crossing the Mexico-U.S. border. U.S. actions have included prolonging Title 42, the Trump-era anti-asylum policy that blocks or expels asylum seekers back into Mexico without a chance to request protection; asking Mexican authorities to crack down on northward-bound migration through Mexico; and requesting Mexico to implement increased visa requirements for other nationalities. This overall context helps to explain Mexico's harsh and arbitrary enforcement of its asylum seeker containment policy in Tapachula, failure to facilitate a greater number of humanitarian visas to migrants, large numbers of migrant detentions (with a record 307,679 in 2021), and continued militarization of migration enforcement along its borders.

Such U.S. strategies are not new. As WOLA has reported previously, in response to the surge of unaccompanied minors from Central America in 2014 (during the administration of president Barack Obama), the U.S. government backed Mexico's Southern Border Program, which increased apprehensions and deportations of migrants traveling through Mexico's southern border region. In 2019, when migrant arrivals increased at the U.S. border once more, then-president Trump threatened to impose tariffs on Mexican goods if Mexican authorities did not tighten migration enforcement, which resulted in the Mexican government's agreement to deploy the National Guard at its borders to crack down on migration (a policy in place in Mexico today). In addition to this containment role centered on blocking migrants' paths through Mexico, Mexico's federal government under López Obrador has accepted unlawful and counterproductive U.S. anti-asylum programs in its territory, including Title 42 expulsions and the Remain in Mexico program, which forces select U.S.-bound asylum seekers to wait in Mexico for their immigration hearings. The Biden administration even flew Central American nationals on expulsion flights to Tapachula and Villahermosa, Tabasco state during several months in 2021, where Mexican immigration agents and National Guard troops forced them to cross into Guatemala without the opportunity to request asylum in Mexico, violating international law and placing people in danger of what the UN has termed "chain refoulement."

These sorts of policies increase risks to asylum seekers and create obstacles and delays in their access to protection in either Mexico or the United States. What they do not do is end forced migration. As shown by WOLA's analysis of trends in U.S. Customs and Border Protection (CBP) southwest border encounters over the past decade, crackdowns do not lead to sustainable reductions in migration. As pointed out by the American Immigration Council, U.S. government strategies centered on deterrence, blocking, family separation, and detention of migrants and asylum seekers follow a cyclical pattern in which they have "temporarily suppressed arrivals, but the push factors in home countries and drivers of migration have remained. Within a few years of each punitive policy's implementation, there was another increase in people coming to the border."



*Note that FY2020 and FY2021 data, in particular, overestimate total migrants encountered. This occurs due to increased repeat crossings prompted by Title 42 border expulsions. For instance, the total number of individuals encountered in FY2021 is likely just over one million. Source of FY2021 data: https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters.*

*Source of FY2006-FY2020 data: https://www.cbp.gov/newsroom/media-resources/stats.*

During our visit to Tapachula, numerous counterparts stated that Mexican authorities' reluctance to expand access to legal migration pathways outside the asylum system, such as visas for humanitarian or public interest reasons, has stemmed in part from opposition by the U.S. government, as temporary legal status for migrants in Mexico has been viewed as a factor that would increase arrivals at the U.S. border. Ironically, however, to the extent that current practices make it difficult to obtain legal status in Mexico (and hence to resettle in Mexico with access to work, school, and other services), migrants who otherwise would seek to make their lives in Mexico may instead be pushed to continue north to the United States. At the same time, migrants and asylum seekers determined to set out for the United States due to family connections or other needs will continue to do so both on their own and through the networks of smugglers who fill this demand.

Against this backdrop, it is urgent for the U.S. and Mexican governments, as well as other governments of the region, to recognize the counterproductive nature of deterrence and containment policies as responses to forced migration—and especially as responses to families and individuals fleeing life-threatening conditions in their home countries.

A concrete opportunity to do so will occur shortly after the publication of this report at the Ninth Summit of the Americas, hosted by the U.S. government in June 2022 in Los Angeles. While not one of the Summit's official themes, regional cooperation on migration will be one of the focus issues of the Summit, which comes after Biden administration officials' participation in ministerial meetings on regional migration management in Colombia in October 2021 and Panama in April 2022, as well as numerous bilateral meetings with Mexican and other officials, including the signing of bilateral arrangements on migration and protection with Panama and Costa Rica. Ahead of the Summit, a coalition of civil society organizations, including WOLA, have laid out a set of guiding principles for regional migration cooperation, centering human rights, access to protection, and sustainable solutions to forced displacement.

# CONCLUSIONS

Like regional forced migration in general, migration to and through Tapachula will not diminish anytime soon, and certainly will not decrease through deterrence-based tactics that only serve to put more suffering and danger in migrants' and asylum seekers' paths. On the contrary, policies designed to block migration through Mexico, such as the growing list of visa restrictions for South American countries that prevent people from flying into Mexico, force more people from these countries to cross north by land through treacherous routes. This inescapable reality highlights the need to make good on government pledges to prioritize access to protection in regional migration management, alleviating the human suffering in places like Tapachula and developing sustainable solutions for the migrant population.

In the case of Tapachula, guaranteeing access to asylum requires ensuring that arriving families and individuals can safely and immediately file their asylum claims and that authorities in charge of border crossing points, intake, and processing are from appropriate agencies and attend to the needs of this population as required by Mexican and international law. It also requires diversifying responses to the migrant population, recognizing that arriving people have different needs and that Mexican law provides for regularization for a number of reasons—not just due to filing an asylum claim.

Mexican authorities must take decisive steps to end abuses and discrimination by authorities against the asylum-seeking and migrant population. This includes curbing arbitrary detentions by the INM and the military, investigating allegations of abuse against migrants and asylum seekers and sanctioning those agents found responsible, and ensuring access to basic services. Finally, in addition to taking needed steps to promptly resolve asylum claims, the Mexican government should cease holding asylum seekers in Tapachula and reform its state-based containment policy to allow asylum seekers to access work and dignified living conditions in other parts of Mexico.

# RECOMMENDATIONS

*To the Mexican government:*

- **Guarantee that asylum-seeking families, children, and adults arriving at Mexico's southern border can request protection at official ports of entry.** This could be done by stationing COMAR personnel at ports of entry to register asylum claims. To the extent that ports of entry continue to be manned by INM agents, these agents should be instructed to admit asylum seekers and facilitate their access to COMAR without automatic detention, and mechanisms should be established to monitor and guarantee compliance with these obligations. Arriving asylum seekers should immediately receive documents indicating that they have permission to be in Mexico, avoiding scenarios in which people are forced to cross irregularly and make their way to COMAR.

- **End the practice of containing asylum seekers in Tapachula.** It is illegal and untenable to forcibly contain tens of thousands of asylum seekers in a single city for months or years, much less one that is ill-equipped to provide them with adequate public services and employment opportunities. The federal government should reform the official state-based containment policy currently established in administrative regulations, promptly allowing asylum seekers to move to different states in order to find work, reunite with family, and otherwise begin integration processes. COMAR should strengthen its ability to transfer asylum cases between its offices.

- **End detention of asylum seekers** except where compelling reasons exist for such a measure, as foreseen in international law. Detention should be exceptional and based only on an analysis of the need for such a measure in the individual case. Unnecessary detention dissuades asylum claims, causes people to desist from existing requests, makes it more difficult to pursue ongoing cases, and causes needless suffering, economic impacts, and health consequences for the detained people and their family members. (We define "detention" as housing people inside government or other facilities from which they are not free to leave, regardless of the institution in charge of such facilities or the terms used under Mexican law to describe such deprivation of liberty.)

- **Provide humanitarian and other visas as foreseen in Mexican law.** The National Migration Institute should make available humanitarian and other visas to those who qualify for them based on any of the grounds set out in domestic law. Asylum seekers who have submitted their claim before COMAR should be promptly provided with a humanitarian visa (TVRH).

- **Develop a coordinated system amongst Mexican agencies for the asylum process.** Instead of pursuing legal processes before COMAR and the INM, asylum seekers should only have to provide their information once. Since applying for asylum entitles the applicant to a TVRH, this should automatically be processed and issued based on the asylum application filed with COMAR.

- **Ensure access to healthcare, schools, and other basic services.** Authorities in these sectors should receive all necessary guidelines on guaranteeing registration and access of migrant children, families, and adults to vital services, and officials should promptly investigate reports of exclusion from such services and implement corrective measures. In particular,

accusations of discrimination by Mexican officials against women, Afro-descendant, indigenous, or other migrants should be investigated and adequately addressed.

- **Maximize integration and resettlement programs.** This crucial component of the migration and refugee process is the subject of ongoing and pilot programs coordinated by UNHCR. Mexican authorities should continue to collaborate with these efforts as well as strengthening their domestic inter-agency coordination and programming to ensure that growing numbers of asylum seekers, refugees, and other migrants are able not only to relocate, but also to integrate into a range of Mexican cities and states, providing a sustainable response to forced migration.

- **Increase government funding and support for COMAR.** Mexico received the third highest number of asylum requests worldwide for 2021. In spite of this, COMAR's 2022 budget remains essentially unchanged. While UNHCR provides crucial support and resources for COMAR, the Mexican government must also do its part. Insufficient resources contribute to long processing times, overworked staff, a lack of interpreters to support asylum seekers who speak indigenous languages and Haitian Creole, and limits on COMAR's presence along Mexico's southern border.

- **Hold Mexican migration agents and security forces accountable for abuses against migrants and asylum seekers.** Mexican and international civil society organizations have documented widespread abuses against migrants and asylum seekers in southern Mexico by INM agents, members of the military and National Guard, and police forces, as has the CNDH in a growing number of cases. Afro-descendant migrants, particularly Haitian migrants, have also faced racism and discrimination by Mexican authorities. The failure to hold agents accountable for their actions facilitates the perpetration of further abuses.


*To the U.S. government:*

- **Ensure that migration cooperation with Mexico and other countries prioritizes access to protection and solutions for the forcibly displaced population, rather than a counterproductive focus on blocking the paths of migrants and asylum seekers.** Measures such as border militarization, increases in detentions, and visa requirements produce changes in migration patterns, but a sustainable reduction in forced migration is not one of these changes. Approaches centered on deterrence and detention push migrants and asylum seekers to dangerous and hidden routes, increase demand and profits for human smugglers, and increase suffering and loss of life among people on the move. Families, children, and adults will continue to be displaced and to migrate as long as violence, extreme poverty, climate disasters, and other factors leave them no realistic path to safety and survival at home. Only by offering options for short- and long-term resettlement can the governments of the region stabilize the crisis of forced displacement, bring migrants and asylum seekers out of hiding, cut profits to organized criminal groups, and ensure protection for vulnerable families and individuals.

- **Work with Mexican authorities to identify and facilitate access to the United States for unaccompanied children seeking to reunite with U.S.-based family members and for people who cannot resettle in Mexico due to risks deriving from their concrete situation.** Even with improvements to its asylum system, Mexico is not a logical destination for all individuals. People arriving in Mexico who identify the United States as their destination

and who have compelling reasons to seek protection there, such as reunification with adult family members, should be supported in doing so.

- **Continue to provide robust funding to support access to protection in Mexico, while upholding national and international law on the ability to access asylum in the United States.** The United States continues to be the largest donor for UNHCR in Mexico, providing almost $39 million in assistance in 2021. Additional support to COMAR and international organizations operating in Mexico has been provided through the State Department's Bureau of Population, Refugees and Migration.

# ENDNOTES

1      The Cartagena Declaration is a regional agreement on refugees specific to Latin America. It delineates broader grounds for refugee status that include threats of generalized violence and disturbance of public order.

2      Law on Refugees, art. 13.II.

3      Law on Refugees, art. 28.

4      Regulations of the Law on Refugees, art. 16.

5      Law on Refugees, art. 18.

6      Law on Refugees, art. 7; Regulations of the Law on Refugees, art. 22.

7      Law on Refugees, art. 23.

8      Law on Refugees, art. 24.

9      Regulations of the Law on Refugees, art. 38.

10     Regulations of the Law on Refugees, art. 23.

11     These and all asylum statistics quoted subsequently come from COMAR's monthly information bulletin, as updated through May 1, 2022, at: https://www.gob.mx/cms/uploads/attachment/file/722490/Cierre_Abril-2022__1-Mayo_.pdf, except for data on women and children, which are updated as of February 2022 and are available here: https://www.gob.mx/cms/uploads/attachment/file/707121/02_MUJERES_NNA_Febrero-2022.pdf and here: https://www.gob.mx/cms/uploads/attachment/file/706715/Cierre_Febrero-2022__1-Marzo_.pdf.

12     The National Guard is a militarized security force proposed by Mexican president Andrés Manuel López Obrador and created by law in 2019. It replaced the Federal Police and was announced as a new force to prevent crime and maintain public security, formally housed within the Ministry of Security and Citizen Protection (*Secretaría de Seguridad y Protección Ciudadana*, SSPC). Despite formally belonging to a civilian ministry, the National Guard is under the operational control of the Ministry of Defense (*Secretaría de la Defensa Nacional*, SEDENA) and is composed primarily of members of the armed forces. President López Obrador has announced that he will propose the formal incorporation of the National Guard into SEDENA, which would constitute the final step in the militarization of federal policing tasks in Mexico. The deployment of the National Guard to Mexico's border with Guatemala began in 2019, as part of the Mexican government's June 2019 agreement with the Trump administration to increase immigration enforcement.

13     See, for example, Law on Refugees, art. 20.

14     Migration Law (*Ley de Migración*), art. 52.V.

15     COMAR's annual budget can be viewed at line N00 of the Ministry of the Interior's annual budget, available at: https://www.pef.hacienda.gob.mx/work/models/aVbnZty0/PEF2022/kgp8I9cM/docs/04/r04_aae.pdf (2022) and https://www.pef.hacienda.gob.mx/work/models/PEF2021/docs/04/r04_aae.pdf (2021).

16     According to the PRM website: "PRM support in the region aims to address the humanitarian needs of vulnerable migrants, internally displaced persons, asylum seekers, and refugees, in support of national government responses. PRM funding supports programming in the following sectors: protection (including child protection and GBV prevention and response); emergency and cash based initiatives; shelter; water, health, and sanitation; and livelihood programming. The Bureau funds its traditional partners, including the United Nations High Commissioner for Refugees (UNHCR), the International Committee of the Red Cross (ICRC), the International Organization for Migration (IOM), and NGOs (in limited locations)."

17     The joint explanatory statement accompanying the FY2022 omnibus appropriations legislation incorporates these instructions set out on page 119 of House Report 117-84. The same document notes troubling reports "that agents in Mexico's National Migration Agency have committed human rights violations and have not been held accountable." Ibid.

# ABOUT THE AUTHORS

Stephanie Brewer is the Director for Mexico and Migrant Rights at WOLA. Lesly Tejada is the Program Assistant for the Mexico and Migration & Border Security programs at WOLA. Maureen Meyer serves as WOLA's Vice President for Programs.

# ACKNOWLEDGEMENTS

This report would not have been possible without the generous support of the Open Society Foundations.

## ABOUT WOLA

WOLA is a leading research and advocacy organization advancing human rights in the Americas. We envision a future where public policies in the Americas protect human rights, recognize human dignity, and where justice overcomes violence.

**WOLA.ORG** | 1666 CONNECTICUT AVE NW, SUITE 400, WASHINGTON DC 20009| 202-797-2171

# EXHIBIT 5

Donate

# Mexico: Still Not Safe for Refugees and Migrants

Refugee and Immigrant Rights

Fact Sheet

Published on March 23, 2018

The Trump Administration seeks to prevent refugees who pass through Mexico from receiving asylum in the United States. In addition to pushing for legislative change that would allow the U.S. Secretary of Homeland Security to unilaterally declare Mexico a "safe third country," recent reports also indicate the administration aims to press Mexico to agree to a safe third country agreement.

In a July 2017 report Human Rights First found that Mexico was not a safe third country for refugees. The organization's findings included that refugees and migrants face acute risks of kidnapping, disappearance, sexual assault, trafficking, and other grave harms in Mexico; that Mexican migration officers deport Central Americans who have expressed fear of return despite the country's *nonrefoulement* and human rights obligations;

and that deficiencies, barriers, and flaws in the Mexican asylum system leave many refugees unprotected.

Since July 2017, the dangers facing refugees and migrants in Mexico have escalated. Recent reports confirm that Mexican authorities continue to improperly return asylum seekers to their countries of persecution and that the deficiencies in the Mexican asylum system have grown.

**Increasing Violence in Mexico**

Human Rights First's July 2017 report found that migrants and refugees face grave risks of kidnapping, disappearance, sexual assault, trafficking, and other harms in Mexico. They are targeted not only due to their inherent vulnerabilities as refugees and migrants, but also due to their nationality, race, gender, sexual orientation and gender identity. Some have been trafficked into forced labor, while refugee and migrant women and girls have been trafficked to Mexico's southern border where they have been exploited in bars and night clubs that cater to police, military and other forces in the area.

In the last year, violence in Mexico has increased; 2017 was the deadliest year in Mexico, with a record 29,168 homicide victims, a 27 percent increase from 2016. In January 2018, the U.S. State Department even issued its highest level of travel warning for five Mexican states—Sinaloa, Colima, Michoacán, Guerrero, and Tamaulipas—due to high crime levels.

In September 2017, the U.N. Committee on the Protection of the Rights of All Migrant Workers and their families expressed concern at "the significant increase in crimes against migrants" in Mexico and at increasing reports of xenophobia towards migrants. Migrants shelters have reported increases in crimes against migrants, including robbery, kidnapping, and extortion, as detailed in the Washington Office on Latin America (WOLA)'s 2017 report. WOLA also reported exceedingly high impunity rates for

crimes against migrants and asylum seekers, and the Kino Border
Initiative reported in September 2017 that crimes against asylum seekers and
migrants—including assault, extortion, kidnapping, rape, and murder—
largely go uninvestigated and unpunished.

### *Refoulement* and Suppression of Asylum Claims

As party to both the 1951 Convention Relating to the Status of Refugees and
the Convention Against Torture, the Mexican government is obligated to
prevent the return (*refoulement*) of any person to a country where they
would face ongoing threats of persecution or torture. Human Rights
First found that Mexico deports many refugees who are blocked or
discouraged from seeking asylum in Mexico, or who do not even know they
can apply for asylum. Subsequent reports indicate that these practices,
which lead to the return of refugees to their countries of persecution,
continue.

A 2018 report by Amnesty International found that 75 percent of migrants
and asylum seekers surveyed who were detained by the National Institute of
Migration (INM)—Mexico's immigration enforcement agency—were not
informed of their right to seek asylum, even though this is required by
Mexican law. Additionally, testimony of 120 of the asylum seekers surveyed
by researchers indicated that *refoulement* had occurred.

Human Rights First's report found that Mexican INM officers who work at
detention facilities encourage asylum seekers to accept deportation and to
not pursue asylum applications. This occurs through various forms of
coercion, including INM officers telling asylum seekers that they will be
held in detention for three months or longer if they pursue asylum.
Amnesty International's report also concluded that the INM's default
process of requiring all migrants and asylum seekers to sign "voluntary
return" paperwork during their initial INM interviews often prevents

asylum seekers from pursuing asylum. Many people signed these forms under coercion or without knowledge of their contents.

## Mexican Asylum System Lacks Capacity to Timely and Fairly Adjudicate Cases

As Human Rights First has detailed, despite the steep rise in asylum filings in Mexico, the Mexican asylum system lacks effective national reach and capacity. These deficiencies have grown worse since July 2017 and in the wake of the October 2017 suspension of the Mexico City office of the Mexican Commission for Refugee Assistance (COMAR). Many of the functions performed in that office were suspended following the September 2017 earthquake; the suspension has not yet been lifted as of March 2018.

The number of asylum applications filed in Mexico has risen sharply in recent years and so too has the number of asylum applications. Between 2013 and 2016, the number of asylum applications rose by 1226 percent. In 2017, 14,596 people applied for asylum. However, 7,719 of those cases remain unresolved. Only 4,475 of these applicants, or 30.7 percent, concluded their proceedings. In comparison, 71 percent of asylum applicants concluded their proceedings in 2016. Moreover, 2,233 cases were abandoned and 167 were withdrawn. The National Human Rights Commission (CNDH) in Mexico has indicated that this high number of abandoned cases is likely the result of the long processing delays. Legal groups working with asylum seekers in Mexico have reported to Human Rights First that the suspension of the Mexico City COMAR office has contributed to long delays in interviewing asylum applicants and recognizing claims.

On February 25, 2018, the National Human Rights Commission (CNDH) in Mexico issued an urgent call to the federal government warning of the possible collapse of the refugee protection system and urging the government to send a clear signal of its commitment to honor its asylum and

refugee obligations. The Commission also warned that the long delays and associated deficiencies constitute a denial of international protection.

While Human Rights First's prior report had noted an improvement in recognition rates, more recent reports of declines and disparities in recognition rates raise concerns that refugees from the Northern Triangle are being denied protection in Mexico. Statistics show that asylum recognition rates for 2017 are far below 2016 recognition rates.

In addition, non-profit legal organizations in Mexico City reported concerns to Human Rights First about variations in asylum recognition rates based on nationality. The statistics provided by the Mexican government confirm these concerns. For example, while 907 of the 4,042 Venezuelans (22.4 percent) who applied for asylum in 2017 were granted asylum, only 378 of the 4,272 Hondurans (8.9 percent) and 525 of the 3,708 Salvadorans (14.2 percent) who applied for asylum in 2017 were granted protection. Grant rates are further reduced for other countries, including Cuba and Somalia. Therefore, statistics that had previously indicated an improvement in Mexico's over-all recognition rate may have instead reflected the higher approval rate for the increased number of asylum applications from Venezuelans.

## Downloads:

Download 1                                                                    →

Download 2                                                                    →

Download 3                                                                    →

## Download 4



< BACK TO LIBRARY

# Get Involved

Enter email address

SUBSCRIBE

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

| | | |
|---|---|---|
| Press Room | Instagram ↗ | Human Rights First is a nonpartisan, 501(c)(3) charitable organization (EIN # 13-3116646). We do not favor or oppose any candidate for public office. |
| Careers | LinkedIn ↗ | |
| Contact | Bluesky ↗ | |
| Financials | X ↗ | Privacy Policy |

# EXHIBIT 6



## Situation of Impunity and Violence in Mexico's Northern Border Region

## March 2017

### Introduction

The situation of insecurity and violence along Mexico's northern border and the government's failure to effectively investigate and prosecute these crimes poses dangers for migrants and asylum seekers, in particular unaccompanied children and women who are attempting to reach the United States.  Asylum seekers who are forcibly turned back after claiming fear with U.S. migration officials at the U.S.-Mexico border and left to seek protection through clandestine means are particularly at risk.

Violence and crimes against migrants in Mexico's northern border states have long been documented to include cases of disappearances, kidnappings, rape, trafficking, extortion, executions, and sexual and labor exploitation by state and non-state actors. The situation is compounded by ineffective responses by Mexican authorities to investigate and prosecute crimes against migrants and other human rights violations. While the sparse civil society actors, including several migrant shelters often operating well above their capacity, do what they can to offer protection to migrants in transit and repatriated Mexican nationals, they too suffer attacks due to their work and the generalized situation of violence in the region. The  2015 Inter-American Commission on Human Rights (IACHR) report on the situation of human rights in Mexico identified violence as being particularly acute in the Mexican states of Baja California Norte, Sonora, Chihuahua, Coahuila, Nuevo León, and Tamaulipas due to the effects of drug trafficking and organized crime in this area.[i] A recent study states that in 2016, the border cities of Tijuana and Ciudad Juarez were among the top five Mexican cities with the highest level of homicides in the country.[ii] The Inter-American Commission has noted with great concern that that the disappearance of persons had become common practice in several states in northern Mexico, severely impacting migrants and Mexicans crossing Mexico on their way to the United States, as well as Mexicans deported from the United States to certain areas of the border region.[iii]

The U.S. State Department has issued travel advisories for all six of Mexico's northern states sharing a border with the United States, noting the dangers of transiting through them, the prevalence of organized crime, and the high rates of crimes.[iv] The 2016 State Department Human Rights report on Mexico noted the persistence of the involvement of the police and military in serious abuses across the country, including in executions, torture, and disappearances alongside impunity and corruption among Mexican law enforcement and in the justice system.[v] The same report highlighted the role of organized criminal groups in murdering, kidnapping, extorting, and intimidating individuals and in particular women, migrants, journalists, and human rights defenders. Violence against migrants and trafficking in persons were noted as particular problems in Mexico.

This situation confirms that the increasing of Customs and Border Protection agents refusing entry to asylum-seekers and turning back others without proper documents at the U.S. Ports of Entry at the border places only returns individuals, families, and children at risk, exposing them to organized crime and smugglers as well as corrupt state authorities unable to protect them or investigate the crimes they have suffered.  Furthermore, the proposal in the U.S. government executive order "*Border Security and Immigration Enforcement Improvements,*" issued January 25, 2017, and accompanying implementation memo to return to non-Mexican individuals to Mexico while they await a final resolution of their

immigration proceedings would further the practice of sending vulnerable migrants and asylum seekers back to danger in Mexico.[vi] It should be noted that the Mexican government has made clear that it will not receive from the U.S. deported migrants from any other country.[vii]

## Crimes against Migrants, Shelters and Violence by Geographical Area

### Baja California: Tijuana and Mexicali

Official statistics from the Baja State Secretariat for Public Security evidence an increase in homicide rates in the state of Baja California from January 2016 to July 2016, compared to the same period in the previous year.[viii] The U.S. State Department travel warning notes "violent crime areas" and "targeted criminal assassinations" throughout the state.[ix] According to an article by the *Los Angeles Times*, 2016 was on track to be the most violent year in Tijuana since 2010. Through the end of September 2016 there were 636 killings.[x]

Recently, the Tijuana port of entry area has been overwhelmed by the number of migrants and asylum seekers who have arrived, a large portion of them Haitians. The local Mexican government has been unable to support this population. NGO service providers have documented cases of extortion and kidnapping against migrants, reporting that the level of violence has increased recently.[xi] In Mexicali, local migrant shelters have been operating far above capacity given the numbers of migrants arriving. For example, one shelter has capacity for 100 individuals but at times in fall 2016 it received around 500.[xii] The security situation of shelters is also tenuous; shelters have identified instances where organized crime operatives have infiltrated their spaces.[xiii] Here, too, the local city government has not been responsive to complaints of crimes against migrants.

Violence against migrants in this part of the border is not new. In 2012, a WOLA report included accounts from Mexican officials and civil society about frequent kidnappings of migrants in the mountain region between Tijuana and Mexicali.[xiv] A 2006 study focusing on the areas of Tijuana and Mexicali reported that migrants traveling through these areas experience high rates of verbal, psychological, and physical violence perpetrated by local police and judges, along with high rates of sexual violence perpetrated by members of organized crime and the military.[xv]

### Sonora: Nogales, Caborca and Altar

The U.S. State Department includes a travel advisory for the state of Sonora, noting that "Sonora is a key region in the international drug and human trafficking trades."[xvi]

According to NGO reports, kidnapping and extortion continue with impunity in the city of Nogales. From 2014 to the present, the Kino Border Initiative has assisted migrants in filing 95 police reports, primarily for victims of kidnapping. None of the crimes have been adequately investigated and the majority of people who are victims of crime do not want to file a police report. In September 2016, the Kino Border Initiative soup kitchen was vandalized and electronics were stolen, possibly by organized crime, after the staff had received death threats.[xvii] The attacks were thought to be a reprisal against staff for their work reporting complaints of migrant kidnappings in the area.

2

In Caborca, Sonora the local community is hostile to migrants and Mexican authorities regularly violate the rights of migrants. NGOs have documented ongoing raids by the Mexican National Migration Institute (*Instituto Nacional de Migración*, INM) including targeting migrants inside private residences.[xviii]

In Altar, Sonora organized crime regularly attacks and commits crimes against migrants, including homicides.[xix] Municipal police also regularly detain, extort, and rob migrants. The local community is hostile to migrants here as well.

**Chihuahua: Ciudad Juárez and Chihuahua**

The U.S. State Department includes a travel advisory for the state of Chihuahua, stating "criminal activity and violence remains an issue throughout the state of Chihuahua and its major cities." The warning urges individuals to exercise caution in all areas of Ciudad Juarez and prohibits U.S. employees from traveling after dark to certain areas.[xx]

After reporting a decrease in homicides in the state of Chihuahua, Mexico from 2011 to 2015, the U.S. Department of State 2017 Crime and Safety report documents a significant increase in 2016, with murders increasing from 1,151 in 2015 to 1,470 in 2016.[xxi]

Likewise, the cities of Ciudad Juarez and Chihuahua experienced an increase in reported murders in 2016, after a decrease from 2014 to 2015. In Ciudad Juarez, numbers fluctuated from 438 murders in 2014, to 312 in 2015, and peaked at 545 murders in 2016. There were over 150 homicides in Ciudad Juarez in the first two months of 2017.[xxii] In the city of Chihuahua, there were 219 reported murders in 2014, 158 reported murders in 2015, and 236 reported murders in 2016.[xxiii] *InSight Crime* reports that in October 2016 alone, the state of Chihuahua had 186 homicides, with 90 homicides occurring in Ciudad Juarez.[xxiv] Violence against women is historically a cause of grave concern in the area around Ciudad Juarez and in greater Mexico. Chihuahua is still the only state that has not incorporated femicide into its criminal code, despite the 2,318 women that have been murdered in Mexico over the course of nine years as reported by the National Citizen Femicide Observatory.[xxv]

The State Department reported kidnappings have increased in the state of Chihuahua; reporting nine in 2016, six in 2015, and eight in 2014. The report analyzes that these numbers may be artificially low due to under-reporting because of fear of retribution as well as differences in recording based on if the kidnappings relate to drug trafficking.[xxvi] Migrant shelters have likewise reported frequent kidnappings.

There is only one migrant shelter in the city of Chihuahua which recently opened on November 28th, 2016.[xxvii] Civil society presence here is not as developed as in other cities along the Mexican side of the border. The migrant population in the city is often mixed with other indigent groups, which has led to discrimination and criminalization of migrants.

**Coahuila: Saltillo, Piedras Negras**

The U.S. State Department issued a travel warning for the state of Coahuila, noting "violence and criminal activity, including homicide, armed robbery, carjacking, kidnapping, extortion, and sexual assault, pose significant and continuing security concerns, particularly along the highways between Piedras Negras and Nuevo Laredo."[xxviii]

3

The state of Coahuila has been notorious for crimes against migrants and a lack of response by local government authorities to these abuses. Organized crime controls the border region and it is unsafe for migrants to proceed beyond Saltillo. This is one factor that causes groups of migrants to be stranded in the city. The situation of violence is ongoing and continues to increase. The migrant shelter in Saltillo, *Frontera con Justicia*, in documented more crimes against migrants: kidnapping, extortion, robbery and other abuses in the first seven months of 2016 than in all of 2015.[xxix] The border town of Piedras Negras also continues to experience violence. In November 2016, five Salvadoran migrants, including a woman and child, were rescued by Mexican authorities after having been kidnapped there.[xxx]

Migrant shelters and their staff have also been impacted by violence and impunity. The director and other staff from the Casa del Migrante shelter in Saltillo have been threated organized criminal organizations on multiple occasions[xxxi] The most recent incident occurred in October 2016. As a result of the harassment and threats they have experienced, the director and staff have been beneficiaries of precautionary measured by the IACHR since 2010.[xxxii] When migrants are detained by Mexican migration agents human rights defenders are often not given access to them and the migrants themselves are not informed of their rights.

**Nuevo Leon: Monterrey**

The U.S. State Department travel advisory notes that U.S. government personnel should travel outside of the city of Monterrey only during daylight hours. The 2016 Crime and Safety Report released by the U.S. Department of State categorizes Monterrey's consular district as a high crime area. Violent crime in the forms of kidnappings, extortions, homicides, as well as non-violent crimes of vehicle threats and others, remain serious concerns for the area. Police and cartel confrontations can at times put the public at risk through shootouts, or via the weapons and explosives discovered after a confrontation.

In Monterrey, shelters have reported violence against migrants perpetuated by organized crime as well as local police. Kidnappings of migrants are ongoing. The municipal police has also forcibly disappeared migrants, not just on the streets but also from houses. Police extort migrants and have even detained volunteers from the migrant shelters. In a recent survey, the *Casa Monarca* migrant shelter found that 82% of migrants who have experienced threats report that they were threatened by the police. The INM claims to be rescuing migrants from situations of insecurity when it is in fact detaining and deporting them.[xxxiii]

Crimes committed against migrants are also not new in this state. In 2012, forty-nine migrants were kidnapped and executed by organized crime in the city of Cadereyta, Nuevo Leon. Five years later, the identification of all of their remains is still pending.[xxxiv]

**Tamaulipas: Matamorros, Nuevo Laredo & Reynosa**

The U.S. State Department's December 2016 travel advisory warns: "U.S. citizens should defer all non-essential travel to the state of Tamaulipas due to violent crime, including homicide, armed robbery, carjacking, kidnapping, extortion, and sexual assault. State and municipal law enforcement capacity is limited to nonexistent in many parts of Tamaulipas. Violent criminal activity occurs more frequently along the northern border and organized criminal groups may target public and private passenger buses traveling through Tamaulipas. These groups sometimes take all passengers hostage and demand ransom

4

payments. Matamoros, Reynosa, Nuevo Laredo, and Ciudad Victoria have experienced numerous gun battles and attacks with explosive devices in the past year."[xxxv]

The 2016 Crime and Safety Report issued by the U.S. Department of State on Nuevo Laredo, Tamaulipas demonstrated the continued absence of police in regulating crimes in the area. The violence primarily stems from organized crime. Kidnapping and other violence statistics have not improved from 2015. U.S. government statistics list Tamaulipas as the highest state for kidnappings in the country, a record held for 2015 and 2016. [xxxvi] Similarly, Tamaulipas has the third highest missing person's rate in Mexico due to major migrant routes that traverse the border state and an ongoing territorial battle between organized crime groups.[xxxvii]

Nuevo Laredo has also long presented a danger for migrants in transit, as well as those who are returned. The *Casa del Migrante* Nuevo Laredo reports that it is dangerous for migrants to be on the street or in the bus stations. NGOs have requested that Mexican marines or army position themselves at the bus station in Nuevo Laredo to provide security, but the government has not taken action. There is almost no government support even for deported Mexican migrants in this border town. The government only brings migrants from the point of deportation to the migrant shelter. There is no support from the local government for migrants to return to their place of origin and the burden falls to the migrant shelters.[xxxviii]

Migrants continue to be victims of crime in Reynosa as well. In December 2016 it was reported that a Guatemalan migrant women in Reynosa approached U.S. authorities at the Port of Entry to request asylum and she was turned away only to be kidnapped by smugglers.[xxxix] In April 2016, Mexican marines rescued 49 Central American migrants who had also been kidnapped in Reynosa.[xl]

In 2010 and 2011, some of the most egregious cases of mass kidnapping and execution of migrants were committed in the city of San Fernando, Tamaulipas. While organized crime was the main perpetrator behind the massacres, additional evidence since then has confirmed the collusion of municipal police forces in disappearing and handing the migrants over to organized crime for execution.[xli]

**Contact:**

Daniella Burgi-Palomino, Senior Associate, Mexico, Migrant Rights and Border Issues, Latin America Working Group (LAWG), dburgipalomino@lawg.org

Maureen Meyer, Senior Associate, Mexico, Migrant Rights and Border Issues, Washington Office on Latin America (WOLA), mmeyer@wola.org

Joanna Williams, Director of Education and Advocacy, Kino Border Initiative, jwilliams@kinoborderinitiative.org

---

[i] IACHR, Country Report México: Situation of Human Rights in Mexico, December 31, 2015 http://www.oas.org/en/iachr/reports/pdfs/Mexico2016-en.pdf.

[ii] Ferreira, Octavio Rodríguez, "Resurgence of Violence in Tijuana," University of San Diego, February 3, 3017 https://www.wilsoncenter.org/event/the-state-security-mexico-why-are-homicides-increasing-how-to-reduce-the-violence.

[iii] IACHR, pg. 89.

[iv] "Mexico Travel Warning," U.S Passports and International Travel, U.S. Department of State, Bureau of Consular Affairs, last updated December 8, 2016, https://travel.state.gov/content/passports/en/alertswarnings/mexico-travel-warning.html.

[v] Mexico Human Rights Report, Country Reports on Human Rights Practices for 2016, United States Department of State Bureau of Democracy, Human Rights, and Labor  https://www.state.gov/documents/organization/265812.pdf

[vi] Department of Homeland Security, Memo, "Implement e President's Border Security and Immigration Enforcement Improvements Policies", February 20, 2017, https://www.dhs.gov/sites/default/files/publications/17_0220_S1_Implementing-the-Presidents-Border-Security-Immigration-Enforcement-Improvement-Policies.pdf

[vii] El Universal, "México no aceptará deportados de otros países: Videgaray, February 22, 2017, http://www.eluniversal.com.mx/articulo/nacion/politica/2017/02/22/mexico-no-aceptara-migrantes-de-otros-paises-videgaray

[viii] "Mexico Travel Warning

[ix] Ibid.

[x] Dibble, Sandra, "Killings Rise Anew in Tijuana, a City Haunted by Years of Violence," *Los Angeles Times*, October 9, 2016, http://www.latimes.com/world/mexico-americas/la-fg-mexico-tijuana-crime-20161005-snap-story.html.

[xixi] Casa del Migrante en Tijuana, "Reports from Mexican Border Shelters: Insecurity and Lack of Mexican Governmental Support," Iniciativa Frontera Norte de México. .

[xii] Centro Comunitario de Ayuda a Migrantes (C-CAM), "Reports from Mexican Border Shelters: Insecurity and Lack of Mexican Governmental Support," Iniciativa Frontera Norte de México. .

[xiii] Casa del Migrante Mexicali, Módulo de Atención al Migrante Deportado, "Reports from Mexican Border Shelters: Insecurity and Lack of Mexican Governmental Support," Iniciativa Frontera Norte de México. .

[xiv] Isacson, Adam and Meyer, Maureen, "Beyond the Border Buildup Security and Migrants Along the U.S.-Mexico Border", April 2012 https://www.wola.org/files/Beyond_the_Border_Buildup_FINAL.pdf

[xv] Infante, C., Idrovo, A.J., Sánchez-Domínguez, M.S. et al, J Immigrant Minority Health (2012), http://rdcu.be/pUG5.

[xvi] "Mexico Travel Warning."

[xvii] Centro Prodh "Agresiones contra Iniciativa Kino, refugio de migrantes en Sonora," September 29, 2016, http://centroprodh.org.mx/sididh_2_0_alfa/?p=47201

[xviii] Centro Comunitario de Ayuda a Migrantes (C-CAM).

[xix] Centro Comunitario de Atención al Migrante y Necesitado (CCAMYN).

[xx] "Mexico Travel Warning."

[xxi] "Mexico 2017 Crime & Safety Report: Ciudad Juarez ," OSAC, United States Department of State, Bureau of Diplomatic Security, February 14, 2017, https://www.osac.gov/pages/ContentReportDetails.aspx?cid=21251.

[xxii] Woody, Christopher, Business Insider, "Mexico's ascendant cartel is making a deadly addition to a trafficking hub on the US border", March 4, 2017, http://www.businessinsider.com/jalisco-cjng-sinaloa-cartel-violence-in-ciudad-juarez-mexico-2017-3

[xxiii] Ibid.

[xxiv] Alonso, Luis Fernando, "Rising Violence in Juárez, Mexico May Signal Return of Cartel War," *InSight Crime*, October 31, 2016, http://www.insightcrime.org/news-briefs/rising-violence-in-juarez-mexico-may-signal-return-of-cartel-war.

[xxv] Gallegos, Zorayda, "Mexican Deputies Toughen up Femicide Legislation," *El Pais*, February, 6, 2017 http://elpais.com/elpais/2017/02/06/inenglish/1486380569_447772.html

[xxvi] Ibid.

[xxvii] Casa del Migrante 1 de 7 migrando, "Reports from Mexican Border Shelters: Insecurity and Lack of Mexican Governmental Support," Iniciativa Frontera Norte de México.

[xxviii] "Mexico 2017 Crime & Safety Report: Ciudad Juarez."

[xxix] Meyer, Maureen, "Migrants in Transit Face Crimes and Human Rights Abuses," WOLA, November 15, 2016, https://www.wola.org/analysis/migrants-transit-face-crimes-human-rights-abuses-mexican-government-prioritizes-detention-deportation-protection/.

[xxx] Ramos, Leopold, La Jornada, "Rescatan a migrantes secuestrados en Piedras Negras", Nov. 11, 2016, http://www.jornada.unam.mx/ultimas/2016/11/11/rescatan-a-migrantes-secuestrados-en-piedras-negras

[xxxi] Casa Monarca, Casa Nicolás, "Reports from Mexican Border Shelters: Insecurity and Lack of Mexican Governmental Support," Kino Border Initiative.

6

xxxii Inter-American Commission of Human Rights, Precautionary Measures, PM 270/10 − PM 312-09 - Father Pedro Pantoja Arreola and his Team of Collaborators at the Belén Migrant Shelter, Mexico, http://www.oas.org/es/cidh/defensores/proteccion/cautelares.asp

xxxiii Ibid.

xxxiv "El caso de 49 torsos encontrados en la carretera de Cadereyta, Nuevo León," Fundación Para la Justicia y el Estado Democrático de Derecho, http://fundacionjusticia.org/el-caso-de-49-torsos-encontrados-en-la-carretera-de-cadereyta-nuevo-leon/.

xxxv "Mexico Travel Warning."

xxxvi "Mexico 2016 Crime & Safety Report: Nuevo Laredo," OSAC, United States Department of State, Bureau of Diplomatic Security, April 12, 2016, https://www.osac.gov/Pages/ContentReportDetails.aspx?cid=19475.

xxxvii Estadísticas Fuero Federal, Secretaria de Gobernación, 28 de febrero de 2017 http://secretariadoejecutivo.gob.mx/rnped/estadisticas-fuerofederal.php.

xxxviii Casa del Migrante Nuevo Laredo, "Reports from Mexican Border Shelters: Insecurity and Lack of Mexican Governmental Support," Iniciativa Frontera Norte de México.

xxxix Nelson, Aaron, San Antonio Express News, Dec. 29, 2016, "Asylum-seeking immigrants flood international bridges, many sent back to Mexico", http://www.expressnews.com/news/local/article/Asylum-seeking-immigrants-flood-international-10825675.php?t=01c86173346a5efc77&cmpid=fb-premium&cmpid=twitter-premium

xl De Llano, Pablo, El País, "Un operativo militar rescata en Reynosa a 49 centroamericanos secuestrados", April 23, 2016,  http://internacional.elpais.com/internacional/2016/04/22/mexico/1461333055_498254.html

xli "Fosas clandestinas en San Fernando, Tamaulipas," Fundación Para la Justicia y el Estado Democrático de Derecho, http://fundacionjusticia.org/47-fosas-con-193-restos-en-san-fernando-tamaulipas/.

# EXHIBIT 7

# ACCESS TO JUSTICE FOR MIGRANTS IN MEXICO

## A Right that Exists Only on the Books

### JULY 2017

**RESEARCH REPORT**

*AP Photo/Felix Marquez*









**fundar**
Centro de Análisis e Investigación


**WOLA**
Incidencia a favor de los derechos humanos en las Américas

## IN MEMORY OF



*Ricardo Ramírez Arriola / 360°*

This report is dedicated to the life and work of Alberto Donis, migrants'
rights defender and coordinator of the shelter Hermanos en el Camino in
Oaxaca, who died in June 2017. Beto always demanded justice for crimes
and abuses committed against migrants in Mexico.
We will never forget you, Beto.

# FINDINGS

- **ACCORDING TO ALL OF THE MIGRANT SHELTERS THAT COLLABORATED IN THIS REPORT, THE NUMBER OF KIDNAPPINGS, FORCED DISAPPEARANCES, AND OTHER TYPES OF FALSE IMPRISONMENT OF MIGRANTS REMAINS HIGH IN MEXICO.** The data and testimonies collected show that organized criminal groups are involved in these cases and are often in collusion with authorities from different levels of government.

- **BETWEEN 2014 AND 2016, THERE WAS A 575 PERCENT INCREASE IN THE NUMBER OF MIGRANTS WHO REGULARIZED THEIR MIGRATION STATUS IN MEXICO BECAUSE THEY WERE VICTIMS OR WITNESSES OF GRAVE CRIMES IN THE COUNTRY. THIS CONFIRMS THAT CRIMES AGAINST MIGRANTS ARE ON THE RISE.**

- **IMPUNITY FOR CRIMES AGAINST MIGRANTS IN MEXICO IS AT ALARMING LEVELS.** According to official figures for the 2014-2016 period, of 5,824 crimes against migrants reported in Chiapas, Oaxaca, Tabasco, Sonora, Coahuila and at the federal level, there is evidence of only 49 sentences, leaving 99 percent of the cases in impunity.

- **MEXICO HAS DRASTICALLY INCREASED ITS CAPACITY TO DETAIN AND DEPORT MIGRANTS, BUT IT HAS NOT GIVEN THE SAME PRIORITY TO, NOR TREATED WITH THE SAME URGENCY, THE NEED TO DEVELOP MECHANISMS FOR INVESTIGATING CRIMES AGAINST THEM.** The creation of specialized local prosecutor's offices and a federal unit within the federal Attorney General's Office (*Procuraduría General de la República, PGR*) is important, but not enough to ensure justice. In practice, reporting crimes is difficult and the offices in charge of investigations do not have sufficient human and financial resources, nor do they have comprehensive and clear strategies for investigating the crimes. Effective procedures to allow migrants to denounce crimes and abuses while held at migrant detention centers are also lacking.

- **MANY STATE OFFICIALS IN MEXICO SHOW A CLEAR LACK OF WILL TO INVESTIGATE CRIMES COMMITTED AGAINST MIGRANTS.** Mexican authorities commonly justify the lack of results saying that if victims do not stay in the country, investigations cannot move forward.  However, we found that authorities do not adequately use the two main resources available for investigating these cases: the production of evidence before a trial (*"pruebas anticipadas"*) and the regularization of the migration status of migrants who are victims of or witnesses to crimes.

# FINDINGS

- **THE MECHANISM FOR FOREIGN SUPPORT (*MECANISMO DE APOYO EXTERIOR, MAE*) THAT PERMITS CRIMES COMMITTED AGAINST MIGRANTS IN MEXICO TO BE DENOUNCED FROM ABROAD, WORKS THANKS TO THE EFFORTS OF CENTRAL AMERICAN GROUPS WHOSE FAMILY MEMBERS HAVE BEEN VICTIMS OF THESE CRIMES, HUMAN RIGHTS ORGANIZATIONS ACCOMPANYING MIGRANTS, AND SPECIFIC ACTIONS OF SOME GOVERNMENT OFFICIALS.** However, Mexico's Ministry of Foreign Affairs (*Secretaría de Relaciones Exteriores, SRE*) and Attorney General's Office have not yet shown the will to make the Mechanism work adequately, facilitate case intake, and educate Mexico's consular network about it. Significant challenges exist to keep families in their country of origin or residency informed about their cases and to facilitate family travel to Mexico when they have to participate directly in the investigation.

- **THE CENTRAL AMERICAN CONSULATES IN MEXICO DO NOT MAKE THE NECESSARY EFFORTS TO ASSIST THEIR CITIZENS WHEN THEY FALL VICTIM TO CRIME IN MEXICO, SUCH AS THROUGH ACTIVELY PARTICIPATING IN THE INVESTIGATION OF ABUSES AGAINST MIGRANTS OR BY FACILITATING INFORMATION THAT IS NEEDED FROM THE VICTIMS DURING INVESTIGATIONS.** In Coahuila, for instance, the Honduran consul has been recognized for the strong support he provides to migrants who are crime victims. In other states, such as Oaxaca, consular support to Central American migrants is insufficient.

- **ALTHOUGH THE NATIONAL HUMAN RIGHTS COMMISSION (*COMISIÓN NACIONAL DE LOS DERECHOS HUMANOS, CNDH*) REGULARLY VISITS MIGRANT DETENTION CENTERS TO DOCUMENT THE CONDITIONS AND TREATMENT OF MIGRANTS, IT HAS MADE FEW RECOMMENDATIONS TO THE NATIONAL MIGRATION INSTITUTE (*INSTITUTO NACIONAL DE MIGRACIÓN, INM*) ON HOW TO IMPROVE THE SITUATION.** The number of recommendations issued by the CNDH on abuses in the detention centers and against migrants is surprisingly low compared to the accounts of migrants, who identify migration enforcement operations and their stay in detention centers as sources of abuse and human rights violations, and INM agents as perpetrators.

- **OFFICIAL STATISTICS SHOW AN INCOMPLETE STORY —FAR LESS VIOLENT AND HARMFUL— THAN MIGRANTS' TESTIMONIES ON THE CRIMES AND ABUSES THEY SUFFER IN MEXICO.** In some cases, there is not disaggregated data on crimes against migrants. In others, the attorney general or specialized prosecutor's offices do not have information on how many of their investigations resulted in sentences. Statistics on violence against migrants are not gathered at the national level even though many federal and local cases may be related, making it difficult to

# FINDINGS

obtain information on criminal networks that target migrants and operate throughout the country. Shelters and organizations supporting migrants who have been victims of crimes are an essential source of information and have better statistics than the government.

- **MIGRANTS' RIGHTS DEFENDERS ARE VICTIMS OF THREATS AND INTIMIDATION FOR THEIR WORK.** Similar to crimes against migrants, attacks on migrants' rights defenders go unpunished. Furthermore, there have been attempts to discredit, limit, and halt the work of defenders supporting the identification of victims' remains in the San Fernando and Cadereyta massacres.

# CONCLUSIONS AND RECOMMENDATIONS

The creation of special prosecutors or units for investigating crimes against migrants and the Mechanism for Foreign Support (MAE) to denounce crimes from abroad are an official acknowledgment of the need for concrete measures to guarantee access to justice for migrants who are victims of crime in Mexico. However, fundamental obstacles remain —most of them due to authorities' lack of will or negligence— that impede these bodies from fulfilling their duty. Currently, an overwhelming number of crimes against migrants in the country go uninvestigated or unpunished.

To address this situation, Mexican authorities must take bold measures to produce measurable and public results, including:

## ELIMINATE OBSTACLES SO THAT MIGRANTS CAN REPORT CRIMES COMMITTED AGAINST THEM IN MEXICO

- The specialized prosecutors or offices to investigate crimes against migrants and the Unit for the Investigation of Crimes Involving Migrants (*Unidad de Investigación de Delitos para Personas Migrantes, UIDPM*) of the federal Attorney General's Office (*Procuraduría General de la República, PGR*) should facilitate the reporting of crimes against migrants. Measures to do so could include conducting regular visits to migrant shelters or human rights organizations to receive crime reports and creating new specialized prosecutor's offices in other states where there is a high number of crimes against migrants, such as Sonora and Tamaulipas. Public officials should have presence in well-known transit points and migration detention centers to receive crime reports from migrants. Implementing mobile Public Prosecutor's units to be able to receive complaints where they are needed could contribute to addressing this situation.

- Reform Article 133 of the Migration Law, and Article 144, section 2 and Article 180, section 1, paragraph b) of the Regulations to the Migration Law that only permits the regularization of migrants that have been victims of "grave crimes". This requirement is an obstacle to justice and due process during regularization procedures, and opens the door to arbitrary decisions by authorities on who is or is not a victim of a grave crime. Keeping this requirement may also prevent officials from the Public Prosecutor's Office from gathering information from crime victims and witnesses that may be relevant to other investigations.

- Hold regular meetings with the INM's Beta Groups, federal and state-level prosecutors that investigate crimes against migrants, the CNDH, public human rights bodies, migrant shelters, and organizations that accompany cases, to discuss statistics and crime reports and ways to increase their capacity to receive crime reports from migrants, instead of

waiting for them to go to the authorities. The Ministry of the Interior (*Secretaría de Gobernación, Segob*) should produce and publicize annual statistics that concentrate data on crimes against migrants as a way to comply with the fifth objective of the Special Migration Program on security and access to justice for migrants and migrants' rights defenders.

- Because the Mechanism for Foreign Support permits reporting crimes committed against migrants in Mexico from abroad, Mexico's Ministry of Foreign Affairs (*Secretaría de Relaciones Exteriores, SRE*) and the PGR must officially clarify – for instance, by issuing guidelines – the role of each institution in receiving complaints and evidence.  The Mexican government must have a sufficient number of trained and permanent staff in Central America and the United States — either legal attachés or officials from the public prosecutor's office — to receive crime reports, channel them to authorities in Mexico, and to keep families informed in real time of progress in their cases in the countries where they reside, including a mechanism to consult relevant documents remotely. Furthermore, they must facilitate the visa process so that families and victims who are in Central America can travel to Mexico when their participation in investigations is required.

## CONDUCT SERIOUS INVESTIGATIONS INTO CRIMES AND HUMAN RIGHTS VIOLATIONS AGAINST MIGRANTS IN MEXICO AND DELIVER CONCRETE RESULTS

- Provide the UIDPM and the specialized state-level prosecutor's offices with the financial and human resources they need to carry out their work. To this end, federal and state congresses must allocate sufficient resources to the prosecutor's offices and units that investigate these cases. The attorney general and public prosecutor's offices must have autonomy to conduct investigations and to appoint or hire personnel with the necessary professional and technical capacities, including agents of the Public Prosecutor's Office, experts, and investigative police.

- The UIDPM and specialized prosecutor's offices should establish a policy to investigate and prosecute crimes against migrants. The plan should be made public, specify investigative priorities for each prosecutor's office, the cases under investigation, and the results, which should also be made public. The plan should also explicitly promote producing evidence before trial (*"pruebas anticipadas"*) and the regularization of the migration status of migrants who have been victims of or witnesses to crimes so that criminal investigations can be pursued. These public policy documents will facilitate communication among prosecutors and among PGR offices that investigate crimes against migrants.

- The federal and state congresses should establish procedures with clear criteria for appointing and removing the heads of the prosecutor's offices specialized in investigating

crimes against migrants. The nomination process should be public and transparent, with participation from civil society. The head of these prosecutors' offices should have a background relevant to the position, with experience in providing adequate assistance to migrants who are victims of crime, and the appropriate professional experience for the position.

- The PGR should establish transparent and accessible procedures for keeping the families, or the migrants who are crime victims and who live abroad, up-to-date on the progress of their case in their country of residence. For example, authorities could take advantage of already existing working groups (such as the Forensic Commission created in 2013 to identify the remains of victims from the San Fernando and Cadereyta massacres) to report on progress made in investigating crimes reported through the Foreign Support Mechanism.

- In addition to its important work to document the situation in migrant detention centers, the CNDH should make recommendations to the INM, the Federal Police and other federal authorities based on migrants' complaints, including specific recommendations on crimes and irregular conduct that should be investigated. We also urge the CNDH to produce reports or general recommendations on the human rights of migrants in Mexico, such as on migration enforcement operations carried out by the INM together with other security forces and on access to justice for migrants who have been victims of crime. Furthermore, the Commission should publish reports on a regular basis with recommendations to the INM based on the CNDH's work in migrant detention centers.

## INCREASE REGIONAL COOPERATION

- Through their consular services, the Central American governments should increase their presence in places where crimes against their citizens are common, as well as the protection of their citizens when they are victims of crimes or human rights violations in Mexico. They should also strengthen dialogue with their Mexican counterparts on the transnational investigation of crimes against migrants.

- This may include enhancing communication with attorney general offices and other bodies of the Mexican government, validating and issuing identity papers for victims of crimes, and providing legal advice. It is fundamental that they request information from the Mexican government on the progress of investigations or submit letters supporting migrants' complaints or reports on abuses, as the Honduran consul has done in Coahuila. The consulates must also provide information to migrants who live abroad on how to access and use the MAE to report crimes they suffered in Mexico from their countries of origin and the United States.

- The prosecutors from Mexico, Central America, and the United States as a destination country, should hold regular meetings to address from a regional perspective the crimes and human rights violations committed against migrants. They should also agree on efficient ways of collaborating and reducing impunity in these cases.

## ABOUT THE AUTHORS

Ximena Suárez is WOLA's Associate for Mexico. Andrés Diaz is a Researcher on Fundar's Human Rights and Anti-Impunity program. José Knippen is a migration project coordinator at Fundar. Maureen Meyer is WOLA's Senior Associate for Mexico and Migrant Rights.

## ACKNOWLEDGEMENTS

We would like to thank the following people for their contributions to this report: Hannah Smith, WOLA Program Officer, contributed to the research, writing, and production of this report. Kristen Muciño, WOLA's Communications Director, offered valuable suggestions to the text. José Benjamin Montaño, WOLA intern, contributed to the data and information analysis for this report.

*This report would not have been possible without the generous support of the Ford Foundation, the MacArthur Foundation, and CAMMINA–the Central America and Mexico Migration Alliance.*

## ABOUT THE ORGANIZATIONS

**CASA DEL MIGRANTE DE SALTILLO "FRONTERA CON JUSTICIA", AC**, in Saltillo, Coahuila, provides comprehensive humanitarian assistance as well as case documentation and legal services to migrants.

**LA RED MIGRANTE SONORA** is a network of five organizations based in the state of Sonora dedicated to defending and providing humanitarian assistance to migrants in Mexico.

- **Kino Border Initiative** is an organization based in Nogales, Sonora and Nogales, Arizona that works in support of migrants and refugees in the United States and Mexico.
- **Centro de Recursos para Migrantes (CRM)**, in Agua Prieta, works to provide humanitarian assistance to migrants and document abuses.
- **Centro de Atención al Migrante Exodus (CAME)** provides shelter to traveling or deported migrants in Agua Prieta.
- **Centro Comunitario de Atención al Migrante y Necesitado (CCAMYN)** is a migrant shelter in Altar directed by the Church of Nuestra Señora de Guadalupe.
- **Centro Comunitario de Ayuda a Migrantes (C-CAM)** is a group of volunteers organized to help migrants crossing through the city of Caborca; they give out food along the train tracks and belong to the local parish of Nuestra Señora de Guadalupe.

**ALBERGUE DE MIGRANTES "HERMANOS EN EL CAMINO"**, in Ixtepec, Oaxaca, provides comprehensive humanitarian assistance to migrants in transit in Mexico.

**LA 72, HOGAR-REFUGIO PARA PERSONAS MIGRANTES** is a Franciscan project dedicated to providing comprehensive assistance to migrants and refugees traveling through Tenosique, Tabasco.

**FUNDACIÓN PARA LA JUSTICIA Y EL ESTADO DEMOCRÁTICO DE DERECHO** is an organization based in Mexico City with offices in Honduras, El Salvador, and Guatemala, dedicated to promoting access to justice and truth for victims of crimes and human rights violations as a way of strengthening the rule of law and combating impunity.

**FUNDAR, CENTRO DE ANÁLISIS E INVESTIGACIÓN, AC** is civil society organization based in Mexico City that works toward a substantive democracy.

**WASHINGTON OFFICE ON LATIN AMERICA (WOLA)** is a research and advocacy organization based in Washington, DC that promotes human rights in the Americas.

# EXHIBIT 8

**WOMEN'S REFUGEE COMMISSION**

# Stuck in Uncertainty and Exposed to Violence: The Impact of US and Mexican Migration Policies on Women Seeking Protection in 2021

## Introduction

In 2021, policies on both sides of the US-Mexico border negatively affected women seeking protection. As we head into 2022, marking the first year of the Biden administration, Trump-era restrictive policies remain in place at the US-Mexico border, exacerbating the situation for women forced to wait at Mexico's northern border for the opportunity to seek asylum in the US. In addition, under pressure from the Biden administration, the Mexican government continues to intensify enforcement to deter migrants and individuals seeking protection at Mexico's southern border, worsening the situation for women stuck there.

In the fall of 2021, the Instituto para las Mujeres en la Migración (IMUMI) and the Women's Refugee Commission (WRC) monitored events and carried out interviews with women seeking protection to understand the challenges and the dangers they face in Mexico.[1] This report outlines those challenges and provides recommendations for the US and Mexican governments.

## US Policies in 2021

Early on, the Biden administration committed to building a fair, orderly, and humane immigration system and reversing illegal Trump-era policies that endangered the lives of people seeking protection at the US-Mexico border. In its first few months in office, it made positive strides on several promises, including creating initiatives to provide reparative justice for those harmed by Trump-era policies. In February 2021, President Biden created the Interagency Task Force on the Reunification of Families to reunify the nearly 4,000 children who were separated from their parents under Trump's "zero tolerance" policy, which aimed to criminally prosecute all migrants crossing into the US between ports of entry. That month, the administration also announced the creation of a process—in collaboration with international organizations, regional task forces, and local NGOs—that would allow individuals returned to Mexico under the Trump-era "Remain in Mexico" (RMX) policy to return to the US and continue their immigration cases in the US rather than continuing to wait in Mexico. It also reversed the Trump-era legal decisions that made it nearly impossible for survivors of domestic and gang violence to qualify for asylum.

In addition, the administration's strategies included a focus on protection and a gender lens. In summer 2021, the administration launched a whole-of-government blueprint of strategies to reform the US immigration system. One of the strategies that aimed to address the root causes of migration in Central

---

1 This report draws on interviews from IMUMI and WRC, cases from IMUMI's legal clinic, as well as media reports and research publications. IMUMI interviewed women in shelters in Mexico City between September and December 2021. On November 2, 2021, WRC staff visited two shelters in Mexico City and interviewed individuals from Haiti, Venezuela, El Salvador, Guatemala, and other countries. On December 3, 2021, WRC staff visited two migrant shelters in Tijuana and interviewed individuals from Mexico, Honduras, El Salvador, Guatemala, Cameroon, and other countries. IMUMI and WRC obtained informed consent from all individuals interviewed.

Stuck in Uncertainty and Exposed to Violence:
The Impact of US and Mexican Migration Policies
on Women Seeking Protection in 2021

Case 2:26-cv-04831-MTL    Document 1-3    Filed 07/09/26    Page 235 of 242

America included a pillar "to combat sexual, gender-based, and domestic violence."[2] Another strategy laid out a comprehensive approach to regional migration management. Yet, in practice, the Biden administration has largely focused on enforcement and deterrence in its engagement with countries in the region. Notably, it reportedly has requested that the Mexican government sign a "safe third country" agreement, requiring most non-Mexican individuals to first seek protection in Mexico before requesting asylum in the US.

The Biden administration's positive actions and strategies have been profoundly overshadowed by its failure to restore access to asylum at the border, including at ports of entry, for most arriving migrants and people seeking asylum. In December 2021, the Biden administration announced the reinstatement (pursuant to a court order) and expansion of RMX[3] and extended the Trump-era Title 42 CDC public health order that summarily blocks and expels people from the US-Mexico border, often repeatedly, to danger in Mexico and countries of origin. Since President Biden took office, people have been expelled more than 1.1 million times, including more than 187,000 expulsions of parents and children,[4] who were denied the opportunity to seek protection. In August 2021, the administration began expulsion flights to southern Mexico, where Mexican authorities forcibly returned people across the border to Guatemala or sent them on buses to Honduras, in an act of chain *refoulement*.[5] In clear violation of *non-refoulement*, the Biden administration also sent individuals on Title 42 expulsion flights directly to back to Haiti, Guatemala, Honduras, and other countries of origin, without screening them for risk of harm upon return or otherwise providing them an opportunity to seek protection.

## Mexican Policies in 2021

Over the course of 2021, under pressure from the White House, the Mexican government took a number of measures to step up its immigration enforcement to deter migrants and asylum seekers from accessing protection at the US-Mexico border. In 2021, authorities from Mexico's National Migration Institute (INM) worked with the Mexican National Guard and security forces to carry out a record number of migrant apprehensions; approximately 30 percent of those apprehended were women, and 27 percent were children. These figures include families and unaccompanied children who were initially apprehended by INM or the National Guard and then referred to state or civil-society shelters, a requirement of Mexico's new children protection reform implemented in 2021. The reform requires that after referral, the protection offices determine the child's best interests, whether that means deportation, remaining in Mexico with humanitarian legal status, or being reunited with family in another country. While this reform is a big step

---

2 In addition to its immigration blueprint, in November 2021, the administration launched the first National Strategy on Gender Equity and Equality. Through this whole-of-government approach, the administration committed to work to build "a fair and humane immigration system that welcomes immigrants [and] keeps families together" and create improved protection pathways for those fleeing persecution, including victims of gender-based violence.

3   The restart of Remain in Mexico was pursuant to a court order; however, prior to the ruling in early August 2021, the Biden administration reportedly was already considering implementing a supposedly more "humane" version of RMX. In August 2021, a Texas judge ordered the administration to restore RMX "in good faith." The administration appealed that order and issued a new memo terminating RMX in October 2021. The Biden administration has committed to ending RMX eventually, but said that it planned to comply with the court's order to restart RMX. In the new iteration, the administration expanded the program to all non-Mexicans from the Western Hemisphere.

4   This includes Customs and Border Protection Title 42 expulsion statistics from February to December 2021.

5   The principle of non-refoulement in international law prohibits countries that are receiving asylum seekers from removing them or returning them to a country where there is reason to believe that they would be at risk of irreparable harm or human rights violations. Chain refoulement occurs when individuals are sent back to a country that will not protect people from the onward transfer in violation of non-refoulement. In this case, the US expelled asylum seekers back to southern Mexico by plane and the Mexican government bussed them to Guatemala. This occurred with Guatemalan, Salvadoran, and Honduran nationals in 2021.

Stuck in Uncertainty and Exposed to Violence:
The Impact of US and Mexican Migration Policies
on Women Seeking Protection in 2021

forward for the rights of families and children, implementation across <u>Mexico has been uneven[6] and many challenges remain</u>, including the need for better funding and training to ensure the best interests of children are consistently upheld.

The Andrés Manuel Lopez Obrador administration also took greater measures to restrict travel by migrants and individuals seeking protection, pushing many people to hire smugglers and risk dangerous travel routes. It also created new <u>travel regulations</u> requiring proof of immigration status to purchase a bus ticket, leading to discrimination and racial profiling of both migrants in transit and Mexicans, especially Indigenous and Afro-descendent Mexicans. In addition, <u>the US requested</u> that the Mexican government put into place new travel requirements to make it more difficult for the citizens of countries who have been arriving at the US southern border in high numbers to transit through Mexico. Since August 2021, the Mexican government announced new requirements that <u>Ecuadorians</u>, <u>Brazilians</u>, and Venezuelans, some of whom are fleeing danger, acquire a visa to travel to Mexico as tourists. Mexican immigration authorities also stepped up <u>restrictive tactics at Mexican airports</u>, where they denied entry to a record 72,895 foreigners in 2021, more than double the number of denials in 2019 (31,008). Officials at airports turned around individuals aiming to seek protection in Mexico, who were unlawfully denied the opportunity to present their claim to COMAR (Mexico's agency responsible for asylum processing and adjudications) and instead <u>detained in isolation for weeks</u>. Furthermore, Mexico continued to coordinate with the US on the Biden administration's expulsions under Title 42, <u>agreeing to receive expelled individuals from Guatemala, Honduras, and El Salvador</u>, and <u>worked with the Biden administration to re-implement and expand RMX</u>.

Meanwhile, as Mexican authorities increased enforcement and US restrictive policies persisted, last year <u>Mexico became one of the top destinations worldwide</u> for individuals seeking protection. In 2021, COMAR received a historic high of <u>131,448 applications</u>, with women representing 41 percent of applicants[7] and children representing 24 percent. This record number of applicants is an 87 percent increase from the prior high of 70,351 applications in 2019. Underfunded despite the critical need, COMAR has been unable to keep up with the increase in claims, leaving many people in southern Mexico—where the vast majority submit their applications[8]—to wait for decisions on their protection claims in precarious conditions for months or even up to two years in some cases. Mexican refugee law requires that applicants remain in the jurisdiction where they applied throughout the adjudication process, which prevents individuals applying for protection from reuniting with family and community networks in safer regions of the country with better employment opportunities.

***Note that the following section of the report contains graphic descriptions of sexual violence.***

## The Impact of US and Mexican Policies on Women

Taken together, the US and Mexican governments' policies and practices forced women seeking protection to wait for extended periods, often in precarious and dangerous circumstances, at Mexico's northern and southern borders. Throughout 2021, IMUMI and WRC carried out interviews with women and monitored events to understand the challenges and dangers they were facing.

---

6  There has been less progress in some Mexican states on the reform implementation than others due to a lack of training, funding, and political will of local authorities. As a result, despite the reform, some children may continue to be detained by immigration authorities or deported without a proper best interest determination. In fall 2021, <u>a panel featuring IMUMI </u>and other civil society organizations discussed some of the challenges with implementation.

7   Since 2016, women have represented approximately 40 percent of applicants to COMAR.

8   Approximately 68 percent of applications were filed in the state of Chiapas and 5 percent in Tabasco.

Stuck in Uncertainty and Exposed to Violence:
The Impact of US and Mexican Migration Policies
on Women Seeking Protection in 2021

1. **Women seeking protection experience violence in Mexico that exacerbates prior traumas that forced them to flee their countries of origin in the first place.** A 2015 UN report found that approximately 60 percent of surveyed women seeking asylum from Honduras, Guatemala, and El Salvador were fleeing gender-based violence, which includes any form of sexual, physical, mental, and economic harm directed at an individual due to their gender. A recent 2021 report by Kids in Need of Defense (KIND) found that violence against women in Central America drastically increased during the COVID-19 pandemic due to lockdowns that confined women with their perpetrators and to gangs gaining greater control over local communities.

   The violence that women seeking protection experience in transit in Mexico and while waiting at Mexico's northern border cities—including kidnapping, rape, trafficking, and other forms of harassment—compounds their previous traumatic experiences. For example, a Guatemalan woman, Liliana,[9] shared with IMUMI that after fleeing from a violent relationship with her husband who served in the military, she was kidnapped by a group of men in Tijuana. While she was being held by her kidnappers, she heard the men making arrangements on the phone to sexually exploit her. This experience was so traumatizing that after Liliana was released, she decided to travel to Mexico City to seek asylum while staying in a safe shelter instead of waiting to request asylum at the US-Mexico border.

2. **Women seeking protection do not feel safe in Mexico's southern and northern border cities and worry that they can be tracked down by their persecutors.** IMUMI documented various cases of Central American women who have been tracked down by their perpetrators in Mexico. A Guatemalan woman, Cristina, traveling with her husband and three children, described to WRC staff the "terror of being forced to wait in Tijuana where our persecutors can find us." In southern Mexico, a Honduran woman, Sara, described to IMUMI that she and her family were kidnapped by members of the Mara Salvatrucha gang. After Sara fled Honduras, one of the perpetrators found her in Tapachula, Chiapas, forcing her and her family to flee to another city and give up their asylum claim in Mexico.

3. **Women seeking protection are subjected to violent gender-based crimes in Mexico, including rape and sexual assault, and face heightened barriers to report these crimes and receive support services**. Women who are returned to Mexico alone or with their families experience many types of violent attacks. A 2017 Doctors Without Borders survey found that 31.4 percent of women seeking protection had been abused during their transit through Mexico. Some women are kidnapped and raped by their captors, often in front of their children. Many assaults involve Mexican authorities. A Honduran woman, Jessica, in the Mexico City detention center described to IMUMI how she and a friend were detained by the National Guard in Ciudad Juarez after being expelled from the US. The agents sexually abused both women, who remained in detention in Ciudad Juarez for two months before being transferred to the Mexico City detention center. The women were deported from Mexico before they had the chance to file a complaint against the agents.

   In another case documented by IMUMI, a Honduran woman was offered a job in Chiapas, Mexico, that turned out to be a ploy to traffic her. After six months of being routinely sexually abused, she escaped, but despite her reporting the crime, authorities did not protect her or investigate the crime, forcing her to leave the state and look for protection on her own.

   Many sexual violence crimes are not reported or investigated in Mexico. According to the National Survey for Urban Public Security, between July and December 2020, 98.6 percent of sexual crimes were

---

9   All names have been changed to protect the privacy of the women interviewed.

4

Stuck in Uncertainty and Exposed to Violence:
The Impact of US and Mexican Migration Policies
on Women Seeking Protection in 2021

Case 2:26-cv-04831-MTL    Document 1-3    Filed 07/09/26    Page 238 of 242



not reported or not investigated. Women who lack migration status and those detained face additional risks of being the victim of a sexual crime and heightened barriers to accessing justice and support services, including psychological support and medical care.

4.  **Women seeking protection are separated from their children as a result of restrictive policies**. In some cases, parents are victims of crimes, such as kidnapping, and their children are left alone to cross to safety into the US. Several months after being returned to Mexico, Sandra, a Black woman from Honduras, went to look for a job in downtown Piedras Negras, where she was kidnapped and held for three days. Her four children crossed the border on their own because they did not know what had happened to their mother and were frightened. In other cases, due to the danger in Mexican border cities, coupled with US policies preventing many families and adults from seeking asylum, parents are forced to make the heartbreaking decision to send their children alone to safety in the US.

5.  **Women continue to wait in squalid conditions in Mexican northern and southern border cities.** Limited shelter capacity in Mexico's northern border cities has left many women sleeping on the streets and in precarious conditions, including at the informal tent encampments in Tijuana and Reynosa. WRC staff spoke with a Honduran woman, Eleana, in Tijuana who tried to secure accommodations in Tijuana shelters after being expelled from the US, but was turned away due to limited capacity. She was forced to stay in squalid conditions in a house far away from the city center. A mere 15 days after Eleana and her family attempted to seek protection after crossing into the US and were expelled by Border Patrol to the streets of Tijuana, a rabid dog attacked and killed her 20-month-old toddler. In Tapachula, Chiapas, women asylum seekers and their families waited months for their Mexican asylum cases to be resolved while living in shelters, rented rooms on the outskirts of the city, or camped in the city's central plaza, with limited access to bathrooms or showers.

6.  **Women seeking protection struggle to find child care and enroll their children in school in Mexico.** According to Mexican law, all children—regardless of their immigration status—should be able to enroll in public school. However, many barriers to enrollment in schools remain, such as discrimination and misinformation from local school administrators. One woman, Karina, recounted to WRC how she had not been able to enroll her two young children in local public schools because administrators (falsely) told her she would have to pay a sizable enrollment fee for each child. Women asylum seekers in Tapachula, Chiapas, told IMUMI that some schools require certified translations of birth certificates and vaccination records, making it impossible to enroll their children as they either do not have the documents, or cannot afford to have them translated.

    Child care responsibilities and barriers enrolling children in school made it difficult for women to find part- or full-time work, while they wait to access asylum in the US or in Mexico. A number of women expressed to WRC fear of leaving their children alone due to the dangers in border cities, and worries over being unable to support themselves and their families since they could not work.

7.  **Women seeking protection struggle to access vital health services, including reproductive health services.** Mexico's 2011 Migration Law guarantees access to health services to people regardless of their immigration status in Mexico. Despite this, pregnant people expelled to Mexico by US authorities under Title 42 have been turned away by local hospitals and denied medical care. A Salvadoran woman, Brenda, told WRC she was denied prenatal care in Tijuana, where local hospital workers told her, "We can't help you because you aren't Mexican." A Honduran woman, Marina, represented by IMUMI, was turned away from a public hospital because she did not have the required documents to prove financial

Stuck in Uncertainty and Exposed to Violence:
The Impact of US and Mexican Migration Policies
on Women Seeking Protection in 2021



need. A lawyer resolved the situation, but shared with IMUMI that almost all of her clients require legal assistance to access basic reproductive health services in Mexico.

8.  **LGBTQI+, Black, Indigenous, and non-Spanish speaking women seeking protection face additional dangers in Mexico.** In particular, Black asylum seekers face anti-Black racism, discrimination, and targeting from Mexican authorities. Several Haitian asylum seekers in Mexico City told WRC that they did not even try to look for employment opportunities because of the discrimination they were certain they would face by employers. Restrictive US border policies force individuals to wait in Mexico where they often are vulnerable to the same risks, discrimination, and dangers that they fled in their countries of origin. For example, Laura, a trans woman who fled Honduras due to death threats and her house being burned down, told WRC she was threatened at gunpoint by Mexican authorities during her journey to Tijuana. She did not feel safe in Mexico and struggled to secure housing due to discrimination. A Guatemalan asylum seeker in Mexico City, Karen, described to IMUMI staff that a teacher discriminated against her daughter for being "darker" and wearing Indigenous clothing.

9.  **Due to Mexico's increased enforcement and travel restrictions, women seeking protection are forced to look for ways to evade immigration and military checkpoints by traveling in caravans for safety or relying on smugglers.** In 2021, the situation was particularly harrowing in Tapachula, Chiapas, where 89,668 asylum seekers (approximately 68 percent of all applicants) awaited adjudication of their protection claims. Many families attempted to move from Tapachula to other cities with better job opportunities and safer conditions. However, INM and National Guard checkpoints and increased enforcement in southern Mexico made transit difficult.

    One Honduran woman, Veronica, told IMUMI that she and her family decided to join a migrant caravan in August 2021. INM officials stopped them, told them that the letter proving their pending asylum application was not valid, and tore up the documents. When she tried to film the incident with her telephone, agents took it away from her. During a press conference in September 2021, a Haitian woman in Tapachula described how Haitians are racially profiled by Mexican authorities and removed from buses. "We can barely get around Tapachula even though we are asylum seekers with a letter from COMAR. It is practically impossible to get on a bus to go to another city without paying smugglers a fee to get through the checkpoints."

    In the bus terminals in Tapachula and throughout Mexico, private bus companies began checking immigration status as a prerequisite for buying a bus ticket. Two women in the Mexico City detention center told IMUMI in September 2021 that they had been detained in a Mexico City bus station even though they had letters proving their immigration status.[10]

10. **Women seeking protection are subjected to use of force and violence by Mexican and US authorities.** In August 2021, Mexican immigration authorities and the Mexican National Guard were filmed kicking migrants, violently pushing women and children into vehicles, and threatening family separation as tactics to break up large groups. In one video, a woman who had been detained could be seen screaming that she had been separated from her two-year-old son during the raid. While she screamed and tried to get out of the INM van, an agent could be seen pushing her on the breasts back into the van. In October 2021, a Haitian woman was found dead along a highway in Chiapas. Her clothes had

---

10  Since bus ticket agents have neither the authority nor the training to verify immigration status, they have begun sending anyone they deem suspicious to talk to INM officials stationed in the bus stations, who would then detain the individual.

Stuck in Uncertainty and Exposed to Violence:
The Impact of US and Mexican Migration Policies
on Women Seeking Protection in 2021

been removed and she had been raped and strangled. Four municipal police officers were detained in relation to the crime. In September 2021, armed US Border Patrol agents in Del Rio, Texas were photographed abusing Black migrant families and driving them back across the border to Mexico.

**Many women seeking protection who transit through Mexico are subjected to more than one of the above risks during their stay, which often lasts months or even years due to restrictive policies**. A Honduran woman, Mariana, recounted to IMUMI her misfortunes over the past two years waiting in Mexico, and how the Biden administration's policies—following on the Trump administration's attacks on the asylum system—have resulted in her ongoing inability to seek asylum in the US:

*"I fled Honduras with my two children in 2019 because my husband beat us and he was involved in a criminal gang that protected him. After several months in Mexico, we arrived at the US-Mexico border to request protection and we were sent back under [Remain in Mexico] through Nuevo Laredo. Since I had my two small children, we made our way to Monterrey, Mexico [a city several hours to the south], where we were living on the street. I was raped and became pregnant.*

*"A kind Mexican woman took us in and allowed us to live with her until the baby was born in October 2020. My kids didn't go to school in all of 2020. I still had a dream to live with my sister in the US and be safe, but things were really difficult. Then in April 2021, I learned that I could sign up for the [RMX wind-down process] even though I had never had my hearing, so I signed up for Conecta.[11] I got help to register my baby so he would have a birth certificate. Then I got an email stating that Conecta had closed and that I would have to wait again.*

*"I don't understand what I am supposed to do, where I am supposed to go. I have been trying for two years to follow the rules, but my kids are two years older now, I have a baby, and I don't know what to do. I can't go back to Honduras, I am afraid to be in Mexico, and I'm not allowed to request protection at the border. I feel lost."*

## Conclusion and Recommendations

Both President Biden and President Andrés Manuel López Obrador recognize that many women are fleeing gender-based violence and persecution in their countries of origin and need access to protection in both countries. IMUMI and WRC are deeply concerned about practices by both governments that normalize human rights violations, including the violation of the right to request asylum. Instead of restrictive policies and enforcement actions that put women and children seeking protection in harm's way, the US and Mexican governments should strengthen asylum systems in both countries and broaden complementary pathways for protection. We urge the Biden and López Obrador administrations to implement the following recommendations to ensure that the rights of women—including the right to access protection—are upheld.

---

11  Conecta was a web platform run by the United Nations High Commissioner for Refugees (UNHCR) where individuals who were subjected to the first iteration of RMX could enroll to access the RMX wind-down process and continue their immigration cases within the US. This platform was operational between February and August 2021. It was suspended due to the court order regarding the reinstatement of RMX.

Stuck in Uncertainty and Exposed to Violence:
The Impact of US and Mexican Migration Policies
on Women Seeking Protection in 2021

Case 2:26-cv-04831-MTL     Document 1-3     Filed 07/09/26     Page 241 of 242



### Recommendations for the Biden administration

» End the use of Title 42 to expel adults and families to Mexico and their countries of origin via land expulsions and expulsion flights.

» Restore access to asylum at ports of entry, so that individuals can approach a port of entry and request protection and other relief from inside the United States.

» Refrain from pressuring Mexico to increase enforcement by immigration and security forces or implementing new visa restrictions for nationalities arriving in large numbers. Focus the Collaborative Migration Management Strategy (CMMS) on expanding access to protection in the region and complementary pathways to protection, without sacrificing access to asylum at the US southern border.

» Reverse the expansion and stop further implementation of RMX.

» Release monthly Customs and Border Protection (CBP) data that is disaggregated by gender on encounters, expulsions, returns under RMX, and other statistics relating to US asylum processing.

### Recommendations for the Mexican government

» Allocate adequate funding to COMAR to decrease wait times, open more offices, and hire additional protection officers.

» Reform the Mexican Refugee Law to allow people to continue their asylum procedures from different parts of the country where they have family and community networks, better employment opportunities, and safer conditions.

» Ensure that women who have suffered or who remain in danger of violence in Mexico have access to relocation programs and services where they can safely wait for their asylum process.

» Expedite humanitarian visitor cards for asylum seekers, victims and witnesses of crimes, migrant children, and other vulnerable populations.

» Refuse to collaborate with the US government on the implementation of policies such as Title 42 and RMX that violate US, Mexican, and international law.[12]

» Eliminate the use of the National Guard and all armed forces in migration enforcement in compliance with the Mexican Constitution and international law.

» Eliminate unconstitutional internal enforcement revisions and checkpoints that result in illegal racial profiling.

» Rescind the provision that requires foreigners to show proof of migration status to purchase a bus ticket in Mexico.

» Ensure access to public education for all migrant and refugee children.

» Ensure access to health services for migrant and refugee women and girls, especially reproductive health services.

---

12  Mexican organizations have pending litigation and complaints with the National Human Rights Commission against the bus travel restrictions, Mexico's participation in Remain in Mexico 1.0 and Remain in Mexico 2.0, Mexico´s implementation of internal Title 42 expulsion flights, discriminatory enforcement practices at internal checkpoints, and the participation of the National Guard in migration enforcement. For additional information about the lawsuits: 1. RMX 1.0 (Instituto para las Mujeres en la Migración (IMUMI), A.C. vs. SEGOB, SRE, INM, INMUJERES) - Mexican Supreme Court - 302/2020. 2. RMX2 - Mexico City District Court - exp. 1887/2021 3. Tit. 42 Expulsions - Mexico City Circuit Court - 153/2021. 4. Bus Travel Migration Status Restriction - Mexico City District Court - 1647/21 5. Discriminatory Migration Enforcement Practices - Mexican Supreme Court (E, A y J VM vs. INM, Cámara de Diputados y otros) -- 275/2019 6. National Guard Participation in Migration Enforcement -- (Gretchen Louise Kuhner Vs. Congreso de la Unión y Presidente de los Estados Unidos Mexicanos), Mexican Supreme Court, 73/2020.

Stuck in Uncertainty and Exposed to Violence:
The Impact of US and Mexican Migration Policies
on Women Seeking Protection in 2021

Case 2:26-cv-04831-MTL    Document 1-3    Filed 07/09/26    Page 242 of 242



» Increase access to housing for asylum seekers through ongoing support to civil society shelters, including safe spaces for vulnerable groups such as women, families, and LGTBQI+ individuals.

## Additional resources

» Analysis of Gender Violence: Women Seeking International Protection in Mexico, IMUMI, 2021.

» Asylum Denied: Remain in Mexico 2.0, Women's Refugee Commission, 2021.

» Dual Crises: Gender-Based Violence and Inequality Facing Children and Women During the COVID-19 Pandemic in El Salvador, Guatemala, and Honduras, KIND, 2021.

» Pathways to Justice: Gender-Based Violence and the Rule of Law, Wilson Center, 2021.

» Center for Gender and Refugee Studies (CGRS) Publications.

_____

This report was written by Gretchen Kuhner of the Instituto para las Mujeres en la Migración (IMUMI) and Savitri Arvey of the Women's Refugee Commission (WRC). It was reviewed by Katharina Obser, Ursela Ojeda, and Dale Busher from WRC. Patricia Arroyo reviewed statistics, Sara Velasco helped with fact checking, and Miriam Gonzalez reviewed the Spanish translation on behalf of IMUMI. It was edited by Joanna Kuebler and Diana Quick from WRC, and designed by Diana Quick.

IMUMI and WRC extend deep thanks to the women who generously shared their time and experiences, as well as the migrant shelters and organizations that provided information and facilitated the interviews with women.

This report was made possible by the generous support of the Open Society Foundations.

For additional information, please contact Gretchen Kuhner, director, IMUMI (gretchenk@imumi.org) or Savitri Arvey, policy advisor, WRC (SavitriA@wrcommission.org).

**Women's Refugee Commission**
The Women's Refugee Commission (WRC) improves the lives and protects the rights of women, children, and youth who have been displaced by conflict and crisis. We research their needs, identify solutions, and advocate for programs and policies to strengthen their resilience and drive change in humanitarian practice. Since our founding in 1989, we have been a leading expert on the needs of refugee women, children, and youth and the policies that can protect and empower them. womensrefugeecommission.org.

**IMUMI**
The Institute for Women in Migration, AC (IMUMI) is a civil society organization based in Mexico City that promotes the rights of women and their families in migration. IMUMI provides legal support to women and their families, collaborates with civil society organizations, academic institutions, and government bodies to ensure issues relevant to women are included in regional migration policy. imumi.org.

February 2022