# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Florence Immigrant and Refugee Rights Project,

Plaintiff,

v.

Kris Mayes, et al.,

Defendants.

No. CV-26-04831-PHX-MTL

**ORDER**

**IT IS ORDERED** setting a virtual status hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) on **July 10, 2026, at 3:00 PM** before United States District Judge Michael T. Liburdi. The parties will be provided with information and instructions to join by video in advance of the hearing.

**IT IS FURTHER ORDERED** that Plaintiff must immediately transmit a copy of this Order to Defendants.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS FINALLY ORDERED** that the Court will not consider Plaintiff's request for a temporary restraining order until Plaintiff has completed service on the Attorney General, Speaker of the House, and the President of the Senate in accordance with A.R.S. § 12-1841. Plaintiff must file a notice of compliance promptly after completing service.

Dated this 10th day of July, 2026.


Michael T. Liburdi
United States District Judge

- 2 -