Kathryn Huddleston***
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
915 15th Street NW, 7th Floor
Washington, D.C. 20005
T: (212) 549-2500
khuddleston@aclu.org

Grace Choi*
Omar Jadwat*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
gchoi@aclu.org
ojadwat@aclu.org

John M. Mitchell**
Tara DeGeorge
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF ARIZONA
2712 North 7th Street
Phoenix, Arizona 85006
T: (602) 773-6007
jmitchell@acluaz.org
tdegeorge@acluaz.org

Cody Wofsy*
Hannah Steinberg*
Oscar Sarabia Roman*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
hsteinberg@aclu.org
osarabia@aclu.org

*Motion for pro hac vice forthcoming
**Admitted pursuant to Arizona Supreme Court Rule 38(d)
***Admitted to practice in Arizona and Texas. Practice in Washington, D.C. limited to federal courts and supervised by D.C.-barred attorney.

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| FLORENCE IMMIGRANT & REFUGEE RIGHTS PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>MAYES, *et al.*,<br><br>Defendants. | No. 2:26-cv-04831-MTL<br><br><br>**NOTICE OF CLAIM OF UNCONSTITUTIONALITY** |

Pursuant to A.R.S. § 12-1841, Plaintiff hereby provides notice to the Attorney General of Arizona, the Speaker of the Arizona House of Representatives, and the President of the Arizona Senate that Plaintiff has filed the Complaint (Doc. 1) attached hereto as **Appendix A** challenging the constitutionality Section 5 of Arizona House Concurrent Resolution 2060 (56th Leg. (2nd regular session)), enacted pursuant to Proposition 314 ("Prop. 314") and now codified as Ariz. Rev. Stat. ("A.R.S.") §§ 13-4295 and 13-4295.01-4295.06.

This Notice of Claim of Unconstitutionality is being sent to the Speaker of the Arizona House of Representatives and the President of the Arizona Senate at the physical addresses and email addresses set forth in the Certificate of Service below. The Attorney General has waived service. The following information is being provided pursuant to A.R.S. § 121841(B)(1) through (5):

## I.      Plaintiff's Attorneys' Contact Information.

The Plaintiff challenging the constitutionality of Section 5 of Prop 314 is the Plaintiff listed above and in the case caption. Below are the names, addresses, telephone numbers, and email addresses for each of Plaintiff's attorneys of record in this matter:

Kathryn Huddleston***
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
915 15th Street NW, 7th Floor
Washington, D.C. 20005
T: (212) 549-2500
khuddleston@aclu.org

Grace Choi*
Omar Jadwat*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660

John M. Mitchell**
Tara DeGeorge
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF ARIZONA
2712 North 7th Street
Phoenix, Arizona 85006
T: (602) 773-6007
jmitchell@acluaz.org
tdegeorge@acluaz.org

Cody Wofsy*
Hannah Steinberg*
Oscar Sarabia Roman*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, 7th Floor

gchoi@aclu.org
ojadwat@aclu.org

San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
hsteinberg@aclu.org
osarabia@aclu.org

**II.     Case Information.**

**1.     Case Name:** *Florence Immigrant & Refugee Rights Project v. Mayes, et al.*

    **a. Court Name:** United States District Court for the District of Arizona

    **b. Caption:** The caption in this matter is as set forth in the Complaint attached as Appendix A and as above on this Notice of Unconstitutionality.

    **c. Case Number:** 2:26-cv-04831-MTL

**III.     Brief Statement of the Basis of the Claim of Unconstitutionality.**

The Complaint alleges that Section 5 of Prop 314 violates the Supremacy Clause of the U.S. Constitution.

**IV.     Brief Description of the Proceeding, With Copies of Any Court Orders.**

Plaintiff filed its Complaint for declaratory and injunctive relief on July 9, 2026. Plaintiff concurrently filed a motion for a temporary restraining order and preliminary injunction (Doc. 2), attached as **Appendix B**.

The Court scheduled a virtual status hearing in the case for July 10, 2026, and a hearing on the motion for temporary restraining order on July 24, 2026. As required by A.R.S. § 12-1841, copies of those scheduling orders are attached as **Appendix C**.

**2.     Date, Time, Location, Judge, and Subject of the Next Hearing, if Any.**

There is a hearing before the Court on July 24, 2026, on the motion for temporary restraining order.

Date: July 11, 2026                    Respectfully submitted,

/s/ *Kathryn Huddleston*                /s/ *John M. Mitchell*
Kathryn Huddleston***                   John M. Mitchell**
AMERICAN CIVIL LIBERTIES UNION          Tara DeGeorge
FOUNDATION                              AMERICAN CIVIL LIBERTIES UNION
IMMIGRANTS' RIGHTS PROJECT              FOUNDATION OF ARIZONA

2

915 15th Street NW, 7th Floor
Washington, D.C. 20005
T: (212) 549-2500
khuddleston@aclu.org

Grace Choi*
Omar Jadwat*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
gchoi@aclu.org
ojadwat@aclu.org

2712 North 7th Street
Phoenix, Arizona 85006
T: (602) 773-6007
jmitchell@acluaz.org
tdegeorge@acluaz.org

Cody Wofsy*
Hannah Steinberg*
Oscar Sarabia Roman*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
hsteinberg@aclu.org
osarabia@aclu.org

*Motion for pro hac vice forthcoming
**Admitted pursuant to Arizona Supreme Court Rule 38(d)
***Admitted to practice in Arizona and Texas. Practice in Washington, D.C. limited to federal courts and supervised by D.C.-barred attorney.

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2026, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing System.


Steve Montenegro

Speaker of the House, Arizona House of Representatives

Arizona State Capitol Complex

1700 West Washington Phoenix, AZ 85007

SMONTENEGRO@azleg.gov


Warren Petersen

Senate President, Arizona State Senate

Arizona State Capitol Complex

1700 West Washington St. Phoenix, Arizona 85007

wpetersen@azleg.gov


*/s/ Kathryn Huddleston*
Kathryn Huddleston