Kathryn Huddleston***
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
915 15th Street NW, 7th Floor
Washington, D.C. 20005
T: (212) 549-2500
khuddleston@aclu.org

Grace Choi*
Omar Jadwat*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
gchoi@aclu.org
ojadwat@aclu.org

John M. Mitchell**
Tara DeGeorge
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF ARIZONA
2712 North 7th Street
Phoenix, Arizona 85006
T: (602) 773-6007
jmitchell@acluaz.org
tdegeorge@acluaz.org

Cody Wofsy*
Hannah Steinberg*
Oscar Sarabia Roman*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
hsteinberg@aclu.org
osarabia@aclu.org

*Motion for pro hac vice forthcoming
**Admitted pursuant to Arizona Supreme Court Rule 38(d)
***Admitted to practice in Arizona and Texas. Practice in Washington, D.C. limited to federal courts and supervised by D.C.-barred attorney.
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Florence Immigrant & Refugee Rights Project,<br><br>                    Plaintiff,<br><br>v.<br><br>Kris Mayes, in her official capacity as the Attorney General of the State of Arizona, *et al.*,<br><br>                    Defendants. | No. 2:26-cv-04831<br><br><br><br>**PLAINTIFF'S NOTICE OF ERRATA** |

## NOTICE OF ERRATA

As a result of file compression, the Declaration of Grace Choi In Support of Plaintiff's Motion for Temporary Restraining Order and Injunction contained inadvertent error: the documents attached to the Declaration have compressed too greatly and cannot be read. Please find attached a legible version of the Declaration and attachments.

Date: July 13, 2026                                   Respectfully submitted,

/s/ *Kathryn Huddleston*                              /s/ *John M. Mitchell*
Kathryn Huddleston***                                 John M. Mitchell**
AMERICAN CIVIL LIBERTIES UNION                        Tara DeGeorge
FOUNDATION                                            AMERICAN CIVIL LIBERTIES UNION
IMMIGRANTS' RIGHTS PROJECT                            FOUNDATION OF ARIZONA
915 15th Street NW, 7th Floor                         2712 North 7th Street
Washington, D.C. 20005                                Phoenix, Arizona 85006
T: (212) 549-2500                                     T: (602) 773-6007
khuddleston@aclu.org                                  jmitchell@acluaz.org
                                                      tdegeorge@acluaz.org

Grace Choi*
Omar Jadwat*                                          Cody Wofsy*
AMERICAN CIVIL LIBERTIES UNION                        Hannah Steinberg*
FOUNDATION                                            Oscar Sarabia Roman*
IMMIGRANTS' RIGHTS PROJECT                            AMERICAN CIVIL LIBERTIES UNION
125 Broad Street, 18th Floor                          FOUNDATION
New York, NY 10004                                    IMMIGRANTS' RIGHTS PROJECT
T: (212) 549-2660                                     425 California Street, 7th Floor
gchoi@aclu.org                                        San Francisco, CA 94104
ojadwat@aclu.org                                      T: (415) 343-0770
                                                      cwofsy@aclu.org
                                                      hsteinberg@aclu.org
                                                      osarabia@aclu.org

*Motion for pro hac vice forthcoming
**Admitted pursuant to Arizona Supreme Court Rule 38(d)
***Admitted to practice in Arizona and Texas. Practice in Washington, D.C. limited to federal courts and supervised by D.C.-barred attorney.

*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2026, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Kathryn Huddleston*
Kathryn Huddleston