# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Florence Immigrant and Refugee Rights Project,<br><br>Plaintiff,<br><br>v.<br><br>Kris Mayes, et al.,<br><br>Defendants. | No. CV-26-04831-PHX-MTL<br><br>**ORDER** |

Having considered Proposed Intervenor-Defendants Senate President Warren Petersen and Speaker of the House Steve Montenegro's Motion to Intervene as Defendants (Doc. 18), and good cause appearing,

**IT IS ORDERED granting** the Motion (Doc. 18). Intervenor-Defendants shall have the same briefing schedule with respect to Plaintiff's Motion for Temporary Restraining Order and answer deadline as Defendant Arizona Attorney General.

Dated this 14th day of July, 2026.

Michael T. Liburdi
United States District Judge