**LORI A. ZUCCO, Cochise County Attorney**
BY: JONATHAN L. PINKNEY, Chief Civil Deputy County Attorney
Arizona State Bar No. 025689
BY:  DYLAN HENDEL, Civil Deputy County Attorney
Arizona State Bar No. 039642
P.O. Drawer CA
Bisbee, Arizona 85603
(520) 432-8700
cvattymeo@cochise.az.gov
*Attorneys for Defendant Lori Zucco, in her*
*official capacity as the County Attorney*
*of Cochise County*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FLORENCE IMMIGRANT & REFUGEE RIGHTS PROJECT,<br><br>Plaintiff,<br><br>vs.<br><br>KRIS MAYES, in her official capacity as the Attorney General of the State of Arizona, et al.<br><br>Defendants. | **CASE NO. 2:26-cv-04831-PHX-MTL**<br><br>**NOTICE OF APPEARANCE**<br><br>**(Assigned to the Honorable Michael T. Liburdi)** |

NOTICE IS HEREBY GIVEN that Jonathan L. Pinkney, Chief Civil Deputy County Attorney, and Dylan Hendel, Civil Deputy County Attorney, hereby enter their appearance on behalf of Defendant Lori Zucco, in her official capacity as the County Attorney of Cochise County.

Service of all documents should be directed to undersigned counsel at the address listed above.

COCHISE COUNTY ATTORNEY
P. O. Drawer CA
Bisbee, AZ 85603
(520) 432-8700



RESPECTFULLY SUBMITTED THIS 14th day of July, 2026.

LORI A. ZUCCO
Cochise County Attorney

By: */s/ Jonathan L. Pinkney*
JONATHAN L. PINKNEY
Chief Civil Deputy County Attorney
P.O. Drawer CA
Bisbee, Arizona 85603

*By: /s/ Dylan Hendel*
DYLAN HENDEL
Civil Deputy County Attorney
P.O. Drawer CA
Bisbee, Arizona 85603

*Attorneys for Defendant Lori Zucco, in her
official capacity as the County Attorney of
Cochise County*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2026, I electronically transmitted the foregoing **NOTICE OF APPEARANCE** to the Clerk's Office using the Pacer (CM/ECF) System for filing and transmittal which automatically sends a Notice of Electronic Filing to all counsel of record.

By: */s/ Luisa Cota*
*An Employee of Cochise County
Attorney's Office*