**LORI A. ZUCCO, Cochise County Attorney**
BY: JONATHAN L. PINKNEY, Chief Civil Deputy County Attorney
Arizona State Bar No. 025689
BY:  DYLAN HENDEL, Civil Deputy County Attorney
Arizona State Bar No. 039642
P.O. Drawer CA
Bisbee, Arizona 85603
(520) 432-8700
cvattymeo@cochise.az.gov
*Attorneys for Defendant Lori Zucco, in her*
*official capacity as the County Attorney*
*of Cochise County*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FLORENCE IMMIGRANT & REFUGEE RIGHTS PROJECT,<br><br>Plaintiff,<br><br>vs.<br><br>KRIS MAYES, in her official capacity as the Attorney General of the State of Arizona, et al.<br><br>Defendants. | **CASE NO. 2:26-cv-04831-PHX-MTL**<br><br>**DEFENDANT LORI ZUCCO'S NOTICE ASSERTING HER STATUS AS A NOMINAL/RELIEF DEFENDANT**<br><br>**(Assigned to the Honorable Michael T. Liburdi)** |

Defendant Lori Zucco, in her official capacity as the County Attorney of Cochise County ("County Attorney Zucco"), asserts that her status as a Defendant in this lawsuit is purely as a relief or nominal Defendant. County Attorney Zucco was not involved in the passage or enactment of the statutes at issue and there is no allegation in the Complaint that she is responsible for the passage or enactment of these statutes. Rather, it appears that County Attorney Zucco is named because she, like all other county attorneys named as

Defendants, may have authority to prosecute alleged violations of the challenged statutes under the criminal penalty provisions. County Attorney Zucco is but one of fifteen such county attorneys who have the authority to prosecute violations of Arizona's criminal code.

Based on this limited role, Defendant Zucco notifies the Court and the parties that she takes no position at this time on the merits of Plaintiff's Complaint or its constitutional claims. Unless otherwise directed by the Court, Defendant Zucco does not intend to file a separate substantive response to the Complaint or Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction but rather provides this Notice.

RESPECTFULLY SUBMITTED THIS 14th day of July, 2026.

LORI A. ZUCCO
Cochise County Attorney


By: */s/ Dylan Hendel*
JONATHAN L. PINKNEY
Chief Civil Deputy County Attorney
DYLAN HENDEL
Civil Deputy County Attorney
P.O. Drawer CA
Bisbee, Arizona 85603
*Attorneys for Defendant Lori Zucco, in her official capacity as the County Attorney of Cochise County*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2026, I electronically transmitted the foregoing **DEFENDANT LORI ZUCCO'S NOTICE ASSERTING HER STATUS AS A NOMINAL/RELIEF DEFENDANT** to the Clerk's Office using the Pacer (CM/ECF) System for filing and transmittal which automatically sends a Notice of Electronic Filing to all counsel of record.

By: */s/ Luisa Cota*
*An Employee of Cochise County*
*Attorney's Office*



COCHISE COUNTY ATTORNEY
P. O. Drawer CA
Bisbee, AZ 85603
(520) 432-8700