GEORGE E. SILVA
Santa Cruz County Attorney

Robert F. May (Bar No. 033107)
Mathew Cannon (Bar No. 031990)
William Moran (Bar No. 036027)
Santa Cruz County Attorney's Office
2150 North Congress Drive, Suite 201
Nogales, Arizona   85621
Tel: (520) 375-7780; Fax: (520) 375-7710
rmay@santacruzcountyaz.gov
mcannon@santacruzcountyaz.gov
wmoran@santacruzcountyaz.gov
legalreview@santacruzcountyaz.gov

*Attorneys for Defendant Santa Cruz County Attorne,y*
*George Silva*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Florence Immigrant & Refugee Rights Project, | Case No. 2:26-cv-04831-PHX-MTL |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| Vs. | |
| Kris Mayes, Arizona Attorney General, in her official capacity; Col. Jeffrey Glover, Director of the Arizona Department of Public Safety, in his official capacity; Jasmine Blackwater-Nygren, in her official capacity as the County Attorney of Apache County; Lori Zucco, in her official capacity as the County Attorney of Cochise County; Ammon Barker, in his official capacity as the County Attorney of Coconino County; Gary Griffith, in his official capacity as the County Attorney of Greenlee County; Bradley D. Beauchamp, in his official capacity as the County Attorney of Gila County; | |

1

Scott Bennett, in his official capacity as the County Attorney of Graham County; Rachel Shackelford, in her official capacity as the County Attorney of La Paz County;Rachel Mitchell, in her official capacity as the County Attorney of Maricopa County; Matthew J. Smith, in his official capacity as the County Attorney of Mohave County; Brad Carlyon, in his official capacity as the County Attorney of Navajo County; Laura Conover, in her official capacity as the County Attorney of Pima County; Brad Miller, in his official capacity as the County Attorney of Pinal County; George Silva, in his official capacity as the County Attorney of Santa Cruz County; Dennis McGrane, in his official capacity as the County Attorney of Yavapai County; and Karolyn Kaczorowski, in her official capacity as the County Attorney of Yuma County,

    Defendants.

        NOTICE IS HEREBY GIVEN that Santa Cruz County Attorney, George Silva, by and through Robert F. May, Mathew Cannon, and William Moran of the Santa Cruz County Attorney's Office, hereby enters his appearance in his official capacity as County Attorney for Santa Cruz County, AZ.  Service of all documents should be directed to:

        Robert F. May (Rmay@santacruzcountyaz.gov)
        Mathew Cannon (mcannon@santacruzcountyaz.gov)
        William Moran (bmoran@santacruzcountyaz.gov)

        Santa Cruz County Attorney's Office
        2150 N. Congress Dr, Suite 201
        Nogales, Arizona 85621
        Telephone: 520-375-7780
         FAX: 520-375-7710
        General Email: legalreview@santacruzcountyaz.gov

2

The Santa Cruz County Defendant, County Attorney George Silva, joins those other County Defendants, who appear as a Nominal Party in this matter.  County Attorney George Silva was not involved in drafting and passing of the portion of Proposition 314 being challenged in this case.  County Attorney Silva is only responsible for prosecuting and enforcing the law, as it currently is or may be amended.

RESPECTFULLY SUBMITTED this 14th day of July, 2026.

GEORGE E. SILVA
SANTA CRUZ COUNTY ATTORNEY


_/s/Robert F. May_____
ROBERT F. MAY
BUREAU CHIEF – CIVIL DIVISION

## CERTIFICATE OF SERVICE

I hereby certify that on this 14ᵗʰ day of July, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system.  Counsel for all prior Defendants, as well as, Plaintiff, who have appeared and are registered CM/ECF users will be served by the CM/ECF system pursuant to the notice of electronic filing, with courtesy copies emailed as follows:

Kathryn Huddleston
John M. Mitchell
Grace Choi
Cody Wofsy
ACLU/Immigrants' Rights Project
khuddleston@aclu.org
jmitchell@acluaz.org
tdegeorge@acluaz.org
gchoi@aclu.org
ojadwat@aclu.org
cwofsy@aclu.org
hsteinberg@aclu.org
asarabia@aclu.org
*Attorneys for Plaintiff*

Joshua D. Bendor
Joshua M. Whitaker
William Y. Durbin
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-3333
Joshua.Bendor@azag.gov
Joshua.Whitaker@azag.gov
William.Durbin@azag.gov
Timothy.Horley@azag.gov
ACL@azag.gov
*Attorneys for Defendant Kristin K. Mayes, Attorney General*

Daniel S. Jurkowitz
Pima County Attorney's Office

4

32 N. Stone Avenue, Ste. 2100
Tucson, AZ  85701
Daniel.Jurkowitz@pcao.pima.gov
*Attorneys for Pima County Attorney*

William J. Kerekes
Kesia Morrison
Office of the Yuma County Attorney
250 W. 2nd Street, Ste. G
Yuma, AZ  85364
Bill.kerekes@yumacountyaz.gov
Kesia.Morrison@yumacountyaz.gov
*Attorneys for Yuma County Attorney*

Jason Mitchell
Mohave County attorney Office
MitchJ@mohave.gov
*Attorney for Mohave County Attorney*

Joe Alboa
Gila County Attorney's Office
jalbo@gilacontyaz.gov
*Attorney for Gila County Attorney*

Ryan Norton Dooley
La Paz County Attorney's Office
1320 Kofa Avenue
Parker, AZ  85344
rdooley@lapazcountyaz.org
*Attorneys for La Paz County Attorney*

Rose Marie Winkeler
Coconino County Attorney's Office
110 E. Cherry Avenue
Flagstaff, AZ  86001-4627
rose@flaglawgroup.com
*Attorneys for Coconino County Attorney*

Celeste M. Robertson
Joseph D. Young
Apache County Attorney's Office
P.O. Box 637
Saint Johns, AZ  85936
crobertson@apachecountyaz.gov
jyoung@apachecountyaz.gov
*Attorneys for Apache County Attorney*

Joseph James Branco
Joseph Eugene LaRue
Maricopa County Attorney Civil
Services Division
225 W. Madison St.
Phoenix, AZ  85003
brancoj@mcao.maricopa.gov
laruej@mcao.maricopa.gov
*Attorneys for Maricopa County Attorney*

Craig Charles Cameron
Christine Roberts
Pinal County Attorney's Office
P.O. Box 887
Florence, AZ  85132
Craig.cameron@pinal.gov
Christine.Roberts@pinal.gov
*Attorneys for Pinal County Attorney*

D. Michelle Beus
Graham County Attorney's Office
MBeus@graham.az.gov
*Attorneys for Graham County Attorney*

Robert Douglas Gilliland
Greenlee County Attorney's Office
P.O. Box 1717
Clifton, AZ  85533-1717
rgilliland@greenlee.az.gov
*Attorneys for Navajo County Attorney*

Robert Douglas Gilliland
Greenlee County Attorney's Office
P.O. Box 1717
Clifton, AZ  85533-1717
rgilliland@greenlee.az.gov
*Attorneys for Cochise County Attorney*

6