L. SCOTT BENNETT
Graham County Attorney
627 West Main Street
Safford, Arizona 85546
(928) 428-3620
State Bar No. 021673

D. Michelle Beus
Chief Civil Deputy County Attorney
State Bar No. 037252
mbeus@graham.az.gov

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Florence Immigrant and Refugee Rights Project,<br><br>Plaintiff,<br><br>vs.<br><br>Kris Mayes, in her official capacity as the Attorney General of the State of Arizona, et al.,<br><br>Defendants. | No.: 2:26-CV-04831-PHX-MTL<br><br><br>**NOTICE OF APPEARANCE**<br>**AND**<br>**NOTICE OF NOMINAL PARTY STATUS** |

Pursuant to LRCiv. 83.3(a), attorney D. Michelle Beus hereby enters her notice of appearance for Defendant Scott Bennett, in his official capacity as the County Attorney of Graham County (Bennett).

Service of all correspondence, motions, and other papers should be directed to:

> **D. Michelle Beus**
> Chief Civil Deputy County Attorney
> 627 W. Main Street
> Safford, AZ 85546
> 928-792-5171
> mbeus@graham.az.gov

- 1 -

Additionally, Bennett acknowledges receipt of Plaintiff's request to waive service in this case. Bennett agrees to save the cost of service of this lawsuit by not requiring formal service as provided in the applicable rules of civil procedure.

Lastly, notice is hereby given to the Court and the parties that Bennett is a nominal, results-only party in this litigation. It appears that Bennett has been named as a party because he is responsible for prosecuting criminal violations of the Arizona Revised Statutes within the jurisdiction of Graham County, Arizona. Accordingly, Bennett does not intend to submit an answer to Plaintiff's complaint, nor oppose Plaintiff's motions for a temporary restraining order and preliminary injunction in this matter.

Bennett shall comply with any Court orders directing that he, as a nominal party, provide discovery or otherwise participate in the substantive case; but otherwise asserts that his position in this lawsuit is nominal and results-only, and that his expected role in this lawsuit is merely to comply with any Court orders regarding the outcome and substance of the litigation, unless the Court orders his additional participation during any preliminary or procedural matter.

Respectfully submitted: July 14, 2026.

L. SCOTT BENNETT
GRAHAM COUNTY ATTORNEY

*/s/ D. Michelle Beus*
D. Michelle Beus
Chief Civil Deputy County Attorney

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2026, a copy of the foregoing was filed electronically with the Arizona District Court Clerk's Office using the CM/ECF System for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.


By:*/s/ D. Michelle Beus*