KAROLYN KACZOROWSKI
Yuma County Attorney

Kesia Morrison, #040830
Deputy County Attorney
Office of the Yuma County Attorney
250 West Second Street, Suite G
Yuma, Arizona 85364
Telephone:  (928) 817-4300
E-mail:  YCAttyCivil@yumacountyaz.gov

Attorney for Yuma County Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br><br>        Plaintiff,<br><br>    v.<br><br>KRIS MAYES; et al.,<br><br>        Defendants. | Case No. CV-26-04831-PHX-MTL<br><br>**NOTICE OF APPEARANCE; ASSERTION OF NOMINAL PARTY STATUS; REQUEST FOR WAIVER OF ANSWER AND APPEARANCE** |

Deputy County Attorney Kesia Morrison enters her appearance as counsel for Defendant Karolyn Kaczorowski, in her official capacity as the Yuma County Attorney (Kaczorowski).

Service of all correspondence, motions, and other papers should be directed to:

Kesia Morrison
Yuma County Attorney's Office
250 W. 2nd Street, Suite G
Yuma, Arizona 85364
Kesia.Morrison@yumacountyaz.gov
YCAttyCivil@yumacountyaz.gov

///

In the interest of efficiency and economy, Kaczorowski waives formal service in this case.

Kaczorowski hereby declares nominal party status, submits to the Court's jurisdiction in this matter, and agrees to be bound by the Court's orders herein. Kaczorowski asserts she has been named as a party in this matter only because of her statutory obligation to enforce laws within the jurisdiction of Yuma County, Arizona. Unless ordered otherwise by the Court, Kaczorowski does not intend to file an answer or other responsive pleading, appear at any hearing, provide discovery, or otherwise participate in the substantive litigation of this case.

RESPECTFULLY SUBMITTED: July 15, 2026.

*/s/ Kesia Morrison*
Kesia Morrison
Deputy County Attorney
*Attorney for Yuma County Defendant*

CERTIFICATE OF SERVICE

I certify that on July 15, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: */s/ Kesia Morrison*

2