RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY'S OFFICE

By:    Joseph E. LaRue (031348)
       Rosa Aguilar Dhakal (037774)
       Deputy County Attorneys

CIVIL SERVICES DIVISION
225 W Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Maricopa County Defendant*

## IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF ARIZONA

| | |
|---|---|
| FLORENCE IMMIGRANT & REFUGEE RIGHTS PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> KRIS MAYES, in her official capacity as the Attorney General of the State of Arizona, et. al., <br><br> Defendants. | NO. 2:26-cv-04831-MTL <br><br> **DEFENDANT MARICOPA COUNTY ATTORNEY'S NOTICE OF APPEARANCE AND NOTICE THAT SHE IS A <u>NOMINAL</u> DEFENDANT** <br><br> (Honorable Michael T. Liburdi) |

NOTICE IS HEREBY GIVEN that deputy county attorneys Joseph LaRue and Rosa Aguilar Dhakal hereby enter their appearance in this matter as counsel of record for the Maricopa County Attorney.

Undersigned counsel further notices the Court and the other Parties that the Maricopa County Attorney is a <u>nominal, results-only defendant status</u> for this litigation. This lawsuit does not challenge any action taken by the Maricopa County Attorney. She nonetheless submits to the Court's jurisdiction and agrees to be bound by any Orders and/or Rulings

that issue from this Court in this matter. But she does not intend to file an Answer or participate in the motion practice and other proceedings before this Court as an active party to the litigation. She further waives her appearance at future hearings in this matter.

The contact information for deputy county attorneys Joseph LaRue and Rosa Aguilar Dhakal is:

> JOSEPH E. LARUE (Bar No. 031348)
> laruej@mcao.maricopa.gov
> ROSA AGUILAR DHAKAL (Bar No. 037774)
> aguilarr@mcao.maricopa.gov
> MARICOPA COUNTY ATTORNEY'S OFFICE
> CIVIL SERVICES DIVISION
> 225 West Madison Street
> Phoenix, Arizona 85003
> Telephone (602) 506-8541
> ca-civilmailbox@mcao.maricopa.gov

RESPECTFULLY SUBMITTED July 15, 2026.

> RACHEL H. MITCHELL
> MARICOPA COUNTY ATTORNEY
>
> By:  /s/ Joseph E. LaRue
> Joseph E. LaRue
> Rosa Aguilar Dhakal
> Deputy County Attorneys
> *Attorneys for Maricopa County Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Michael T. Liburdi
United States District Court
Sandra Day O'Connor U.S. Courthouse, Ste. 524
401 West Washington Street, SPC 57
Phoenix, AZ 85003-2162

Cody H Wofsy
ACLU – San Francisco, CA
425 California St., Ste. 700
San Francisco, CA 94104
cwofsy@aclu.org
*Attorney for Plaintiff*

MARICOPA COUNTY
ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
222 N. CENTRAL AVENUE, SUITE 1100
PHOENIX, ARIZONA 85004

Grace Choi
ACLU – New York, NY
125 Broad St., 18th Fl.
New York, NY 10004
212-549-2660
*Attorney for Plaintiff*

Hannah Steinberg
ACLU – San Francisco, CA
425 California St., Ste. 700
San Francisco, CA 94104
415-343-0770
*Attorney for Plaintiff*

John M Mitchell
ACLU – Phoenix, AZ
PO Box 17148
Phoenix, AZ 85011
jmitchell@acluaz.org
*Attorney for Plaintiff*

Kathryn Huddleston
American Civil Liberties Union – Washington, DC
915 15th St., NW, Ste. 700
Washington, DC 20005
KHuddleston@aclu.org
*Attorney for Plaintiff*

Omar C Jadwat
ACLU – New York, NY
125 Broad St., 18th Fl.
New York, NY 10004
ojadwat@aclu.org
*Attorney for Plaintiff*

Oscar Sarabia Roman
ACLU – San Francisco, CA
425 California St., Ste. 700
San Francisco, CA 94104
osarabia@aclu.org
*Attorney for Plaintiff*

Tara D DeGeorge
ACLU – Phoenix, AZ
PO Box 17148
Phoenix, AZ 85011
tdegeorge@acluaz.org
*Attorney for Plaintiff*

. . .

. . .

. . .

Joshua David R Bendor
Joshua Michael Whitaker
William Yates Durbin
Timothy E Horley
Office of the Attorney General – Phoenix
2005 N Central Ave.
Phoenix, AZ 85004
Joshua.bendor@azag.gov
Joshua.Whitaker@azag.gov
William.durbin@azag.gov
Timothy.horley@azag.gov
*Attorneys for Defendant, Kris Mayes, Arizona Attorney General*

Dylan Hendel
Cochise County Attorney's Office
P.O. Drawer CA
Bisbee, AZ 85603
dhendel@cochise.az.gov
*Attorney for Cochise County Defendants*

Jason S Moore
Navajo County Attorney's Office
P.O. Box 668
Holbrook, AZ 86025-0668
jason.moore@navajocountyaz.gov
*Attorney for Navajo County Defendants*

Robert May
Santa Cruz County Attorney's Office
2150 North Congress Drive, Suite 201
Nogales, AZ 85621-1090
rmay@santacruzcountyaz.gov
*Attorney for Santa Cruz County Defendants*

LaKesia Morrison
Yuma County Attorney – Civil Division
250 W 2nd St., Ste. G
Yuma, AZ 85364
Kesia.morrison@yumacountyaz.gov
*Attorney for Yuma County Defendants*

Brunn Wall Roysden, III
Culper Law PLLC
111 W Marshall Ave.
Phoenix, AZ 85013
beau@culper.law
*Attorney for Defendants Warren Petersen and Steve Montenegro*

. . .

. . .

. . .

. . .

Kate Blakely Sawyer
Katlyn Jo Divis
Fusion Law PLLC
7600 N 15th St., Ste. 150
Phoenix, AZ 85020
602-315-7545
kbs@fusion.law
kd@fusion.law
*Attorneys for Defendants Warren Petersen and Steve Montenegro*


*/s/ M. Delgado*