**BRAD MILLER**
**PINAL COUNTY ATTORNEY**
Christine J. Roberts (033718)
Chief Civil Deputy
Craig Cameron (013176)
Deputy County Attorney
Post Office Box 887
Florence, AZ 85132
Telephone: (520) 866-6271
Email:  Christine.roberts@pinal.gov
        Craig.cameron@pinal.gov
*Attorneys for Brad Miller, Pinal County Attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> KRIS MAYES, Arizona Attorney General, in her official capacity, *et al.*, <br><br> Defendants. | No.  2:26-CV-04831-PHX-MTL <br><br><br> **NOTICE OF APPEARANCE** <br> **AND** <br> **NOTICE OF NOMINAL PARTY STATUS** |

**NOTICE IS HEREBY GIVEN** that Brad Miller, Pinal County Attorney, by and through Christine J. Roberts and Craig Cameron of the Pinal County Attorney's Office, hereby enters his appearance in his official capacity as County Attorney for Pinal County, Arizona ("County Attorney Miller").  Service of all documents should be directed to:

Christine J. Roberts (Christine.roberts@pinal.gov)
Craig Cameron (craig.cameron@pinal.gov)
Pinal County Attorney's Office, Civil Division
Post Office Box 887
Florence, AZ 85132
Telephone: (520) 866-6271

County Attorney Miller acknowledges receipt of Plaintiff's request to waive service in this case.  County Attorney Miller agrees to save the cost of service of this lawsuit by not requiring formal service as provided in the applicable rules of civil procedure.

County Attorney Miller joins those other County Defendants, who appear as Nominal, Results-Only Parties in this matter.  County Attorney Miller was not involved in drafting and passing of the portion of Proposition 314 being challenged in this case. County Attorney Miller is only responsible for prosecuting and enforcing the law, as it currently is or may be amended.

County Attorney Miller does not intend to submit an answer to Plaintiff's complaint, nor does he take a position regarding Plaintiff's motions for a temporary restraining order and preliminary injunction in this matter.

County Attorney Miller shall comply with any court orders directing that he, as a nominal party, provide discovery or otherwise participate in the substantive case; but otherwise asserts that his position in this lawsuit is nominal and results-only, and that his expected role in this lawsuit is merely to comply with any court orders regarding the outcome and substance of the litigation, unless the court orders his additional participation during any preliminary or procedural matter.

///

///

2

RESPECTFULLY SUBMITTED on this 15th day of July, 2026.

BRAD MILLER
PINAL COUNTY ATTORNEY


By: /s/ Christine J. Roberts
Christine J. Roberts
Chief Civil Deputy
*Attorney for Brad Miller, Pinal County Attorney*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all registered participants.


/s/ Rachel Bacerott