GEORGE E. SILVA
Santa Cruz County Attorney

Robert F. May (Bar No. 033107)
Mathew Cannon (Bar No. 031990)
William Moran (Bar No. 036027)
Santa Cruz County Attorney's Office
2150 North Congress Drive, Suite 201
Nogales, Arizona   85621
Tel: (520) 375-7780; Fax: (520) 375-7710
rmay@santacruzcountyaz.gov
mcannon@santacruzcountyaz.gov
wmoran@santacruzcountyaz.gov
legalreview@santacruzcountyaz.gov

*Attorneys for Defendant Santa Cruz County Attorney*
*George Silva*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Florence Immigrant & Refugee Rights Project., <br><br> Plaintiff, <br><br> vs. <br><br> Kris Mayes, et al., <br> Defendants. | Case No. 2:26-cv-04831-PHX-MTL <br><br> **SANTA CRUZ COUNTY DEFENDANT'S NOTICE ELECTING NOMINAL-PARTY STATUS** <br><br> (Hon. Michael T. Liburdi) |

1

The Santa Cruz County Defendant, County Attorney George Silva, hereby files his Notice electing nominal-party status.  County Attorney George Silva was not involved in drafting and passing of the portion of Proposition 314 being challenged in this case.  County Attorney Silva is only responsible for prosecuting and enforcing the law, as it currently is or may be amended.

RESPECTFULLY SUBMITTED this 16th day of July, 2026.

GEORGE E. SILVA
SANTA CRUZ COUNTY ATTORNEY


_/s/Robert F. May_____
ROBERT F. MAY
BUREAU CHIEF – CIVIL DIVISION

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all prior Defendants, as well as, Plaintiff, who have appeared and are registered CM/ECF users will be served by the CM/ECF system pursuant to the notice of electronic filing.

GEORGE E. SILVA
SANTA CRUZ COUNTY ATTORNEY


_/s/Robert F. May_____
ROBERT F. MAY
BUREAU CHIEF – CIVIL DIVISION

3