IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Florence Immigrant and Refugee Rights Project,<br><br>Plaintiff,<br><br>v.<br><br>Kris Mayes, et al.,<br><br>Defendants. | No. CV-26-04831-PHX-MTL<br><br>**ORDER** |

For the reasons stated on the record at the July 24, 2026 hearing on Plaintiff Florence Immigrant & Refugee Rights Project's Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 12),

**IT IS ORDERED denying** Plaintiff's request for a temporary restraining order. The portion of Plaintiff's Motion (Doc. 12) requesting a preliminary injunction remains pending, and the Court reserves ruling on that request.

**IT IS FURTHER ORDERED** that, as soon as practicable, the nominal parties must select a representative to participate in the parties' meet-and-confer and file a notice identifying that representative.

**IT IS FURTHER ORDERED** that the parties must meet and confer and, no later than **August 5, 2026**, file a joint report addressing (1) whether the preliminary-injunction proceeding should be consolidated with a trial on the merits under Federal Rule of Civil Procedure 65(a)(2), along with a proposed schedule for the recommended course of proceedings; (2) how the Court should proceed with respect to the nominal parties that

have not appeared in this action; (3) the deadline for the active Defendants to respond to Plaintiff's request for a preliminary injunction; (4) what additional briefing or other proceedings, if any, are necessary to resolve the request for a preliminary injunction; and (5) any other information the parties believe is necessary.

**IT IS FINALLY ORDERED** setting a status conference in this matter for **Tuesday, August 11, 2026, at 10:00 AM** in Courtroom 504, 401 West Washington Street, Phoenix, Arizona 85003, before United States District Judge Michael T. Liburdi. Out-of-state counsel may appear by video and will be provided with information and instructions for joining the hearing in advance. In-state counsel must appear in person.

Dated this 24th day of July, 2026.

Michael T. Liburdi
United States District Judge

- 2 -