L. SCOTT BENNETT
Graham County Attorney
627 West Main Street
Safford, Arizona 85546
(928) 428-3620
State Bar No. 021673

D. Michelle Beus
Chief Civil Deputy County Attorney
State Bar No. 037252
mbeus@graham.az.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Florence Immigrant and Refugee Rights Project,<br><br>Plaintiff,<br><br>vs.<br><br>Kris Mayes, in her official capacity as the Attorney General of the State of Arizona, et al.,<br><br>Defendants. | No.: 2:26-CV-04831-PHX-MTL<br><br>**MOTION FOR PERMISSION TO APPEAR REMOTELY** |

Undersigned counsel respectfully requests that counsel for parties who have elected nominal party status, including the Graham County Attorney and other parties represented herein, be permitted the option to appear remotely at the status conference scheduled for 8/11/26.

This request for remote appearance is made by the Graham County Attorney, and is specifically joined by counsel for the Pinal County Attorney, Santa Cruz County Attorney, Pima County Attorney, Yuma County Attorney, Mohave County Attorney, Cochise County Attorney, Gila County Attorney, Coconino County Attorney, and Director of the AZ Department of Public Safety; and undersigned counsel (D. Michelle Beus) has provided a typed signature for them below **on their behalf and with their permission**.

- 1 -

Undersigned has reached out for the position of the Plaintiff, the Defendant-Intervenors, and the Attorney General's Office, and all have indicated that they do not object to this motion for virtual appearance. Respectfully submitted: August 7, 2026.

L. SCOTT BENNETT
GRAHAM COUNTY ATTORNEY

*/s/ D. Michelle Beus*
D. Michelle Beus
*Counsel for Graham County Attorney*
-----------------------------------------------------

**/s/ Christine Roberts (with permission)**
Christine Roberts
*Counsel for Pinal County Attorney*

**/s/ Robert May (with permission)**
Robert May
*Counsel for Santa Cruz County Attorney*

**/s/ Daniel Jurkowitz (with permission)**
Daniel Jurkowitz
*Counsel for Pima County Attorney*

**/s/ Kesia Morrison (with permission)**
Kesia Morrison
*Counsel for Yuma County Attorney*

**/s/ Jason Mitchell (with permission)**
Jason Mitchell
*Counsel for Mohave County Attorney*

**/s/ Dylan Hendel (with permission)**
Dylan Hendel
*Counsel for Cochise County Attorney*

**/s/ Joe Albo (with permission)**
Joe Albo
*Counsel for Gila County Attorney*


*[SEE NEXT PAGE]*

- 2 -

**/s/ Angela Lane (with permission)**
Angela Lane
*Counsel for Coconino County Attorney*

**/s/ Kenneth Hughes (with permission)**
Kenneth Hughes
*Counsel for*
*Director of AZ Department of Public Safety*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026, a copy of the foregoing was filed electronically with the Arizona District Court Clerk's Office using the CM/ECF System for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.

By:*/s/ D. Michelle Beus*

- 3 -