# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Florence Immigrant and Refugee Rights Project, | No. CV-26-04831-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Kris Mayes, et al., | |
| Defendants. | |

Having considered the parties' Joint Status Report (Doc. 54),

**IT IS ORDERED** setting the following schedule:

1. The deadline for the parties to complete their proposed short period of targeted fact discovery is **October 9, 2026**. Any written discovery shall be served by **August 28, 2026**. Parties shall respond within 28 days unless good cause is affirmatively shown. Any depositions shall commence by **October 2, 2026**.

2. The deadline for the Florence Project to amend its complaint or its motion for preliminary injunction is **October 16, 2026**.

3. The deadline for the Attorney General and the Legislative Leaders to file Rule 12(b) motions to dismiss (or answers to the operative complaint) and responses to the motion for preliminary injunction is **October 30, 2026**. The Attorney General and the Legislative Leaders shall confer in good faith in advance of their filings to try to reduce duplication.

. . . .

4. The deadline for the Florence Project to respond to Rule 12(b) motions to dismiss and reply in support of its motion for preliminary injunction is **November 13, 2026**.

5. The deadline for the Attorney General and the Legislative Leaders to reply in support of their Rule 12(b) motions to dismiss is **November 20, 2026**.

6. The deadline for the parties to submit a joint report stating how much time they anticipate needing for a combined hearing on the pending motions, including whether they anticipate live testimony, is **November 20, 2026**.

**IT IS FURTHER ORDERED** that the parties may engage in limited fact discovery at this stage, subject to the following limitations:

1. Discovery shall focus on whether the Florence Project has standing, which may involve whether the statutes at issue have been enforced. The Florence Project may also seek discovery from Nominal Defendant Department of Public Safety on those topics.

2. For purposes of the limited discovery, the Attorney General and Legislative Leaders shall constitute one side, and the Florence Project shall constitute the other side. Each side shall collectively serve no more than 10 total interrogatories, 10 total requests for admission, and 5 total requests for production, and shall collectively notice no more than 2 total depositions, unless good cause is affirmatively shown.

**IT IS FURTHER ORDERED** that the Nominal Defendants are not required to submit a responsive pleading in this matter.

**IT IS FURTHER ORDERED** that the Nominal Defendants' representative may attend hearings on behalf of the Nominal Defendants.

**IT IS FURTHER ORDERED** that the Nominal Defendants have standing permission to appear virtually if an attorney for a Nominal Defendant wishes, is ordered, or is requested to appear at a hearing in this matter.

**IT IS FURTHER ORDERED** that the Nominal Defendants' representative's signature is sufficient for any joint submission that includes the Nominal Defendants.

. . . .

**IT IS FURTHER ORDERED** that the status conference set for August 11, 2026, (Doc. 50) is **VACATED**.

**IT IS FINALLY ORDERED** that the pending Motion for Permission to Appear Remotely (Doc. 57) is **DENIED** as moot.

Dated this 7th day of August, 2026.

Michael T. Liburdi
United States District Judge