Kathryn Huddleston***
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
915 15th Street NW, 7th Floor
Washington, D.C. 20005
T: (212) 549-2500
khuddleston@aclu.org

Grace Choi*
Omar Jadwat*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
gchoi@aclu.org
ojadwat@aclu.org

*Attorneys for Plaintiff*

John M. Mitchell**
Tara DeGeorge
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF ARIZONA
2712 North 7th Street
Phoenix, Arizona 85006
T: (602) 773-6007
jmitchell@acluaz.org
tdegeorge@acluaz.org

Cody Wofsy*
Hannah Steinberg*
Oscar Sarabia Roman*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
hsteinberg@aclu.org
osarabia@aclu.org

*Admitted pro hac vice
**Admitted pursuant to Arizona Supreme Court Rule 38(d)
***Admitted to practice in Arizona and Texas. Practice in Washington, D.C. limited to federal courts and supervised by D.C.-barred attorney.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Florence Immigrant & Refugee Rights Project, <br><br> Plaintiff, <br><br> v. <br><br> Kris Mayes, in her official capacity as the Attorney General of the State of Arizona, *et al.*, <br><br> Defendants. | No. 26-cv-04831-PHX-MTL <br><br> Hon. Michael T. Liburdi <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Florence Immigrant & Refugee Rights Project ("Plaintiff") hereby dismisses this action against Defendant Attorney General Kris Mayes, Defendant Jeffrey D. Glover as Director of the Arizona Department of Public Safety, Defendant County Attorneys, and Intervenor-Defendants Senate President Warren Petersen and House Speaker Steve Montenegro (collectively, "Defendants"), without prejudice.  Plaintiff filed its Complaint on July 9, 2026.  Dkt. No. 1.  Since then, no Defendant has served either an answer or a motion for summary judgment.

Date: August 12, 2026                    Respectfully submitted,


/s/ *Kathryn Huddleston*                 /s/ *John M. Mitchell*
Kathryn Huddleston***                    John M. Mitchell**
AMERICAN CIVIL LIBERTIES UNION           Tara DeGeorge
FOUNDATION                               AMERICAN CIVIL LIBERTIES UNION
IMMIGRANTS' RIGHTS PROJECT               FOUNDATION OF ARIZONA
915 15th Street NW, 7th Floor            2712 North 7th Street
Washington, D.C. 20005                   Phoenix, Arizona 85006
T: (212) 549-2500                        T: (602) 773-6007
khuddleston@aclu.org                     jmitchell@acluaz.org
                                         tdegeorge@acluaz.org
Grace Choi*
Omar Jadwat*                             Cody Wofsy*
AMERICAN CIVIL LIBERTIES UNION           Hannah Steinberg*
FOUNDATION                               Oscar Sarabia Roman*
IMMIGRANTS' RIGHTS PROJECT               AMERICAN CIVIL LIBERTIES UNION
125 Broad Street, 18th Floor             FOUNDATION
New York, NY 10004                       IMMIGRANTS' RIGHTS PROJECT
T: (212) 549-2660                        425 California Street, 7th Floor
gchoi@aclu.org                           San Francisco, CA 94104
ojadwat@aclu.org                         T: (415) 343-0770
                                         cwofsy@aclu.org
                                         hsteinberg@aclu.org
*Attorneys for Plaintiff*                osarabia@aclu.org

*Admitted pro hac vice
**Admitted pursuant to Arizona Supreme Court Rule 38(d)
***Admitted to practice in Arizona and Texas. Practice in Washington, D.C. limited to federal courts and supervised by D.C.-barred attorney.

1