# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Florence Immigrant and Refugee Rights Project,<br><br>Plaintiff,<br><br>v.<br><br>Kris Mayes, et al.,<br><br>Defendants. | No. CV-26-04831-PHX-MTL<br><br>**ORDER** |

The Court having reviewed Plaintiff Florence Immigrant and Refugee Rights Project's Notice of Voluntary Dismissal without Prejudice (Doc. 60), and finding good cause therefore;

**IT IS ORDERED** that, pursuant to Plaintiff's notice, this matter is dismissed without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's motion for preliminary injunction (Doc. 12) is **DENIED** as moot.

Dated this 13th day of August, 2026.

Michael T. Liburdi
United States District Judge